| | |
|---|---|
| 1 | Alan P. Block (SBN 143783) |
| 2 | ablock@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C. |
| 3 | 300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071 |
| 4 | Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234 |
| 5 | |
| 6 | David Sochia (TX SBN 00797470)<br> (*Pro Hac Vice to be Submitted*) |
| 7 | dsochia@mckoolsmith.com<br>Ashley N. Moore (TX SBN 24074748) |
| 8 | (*Pro Hac Vice to be Submitted*)<br>amoore@mckoolsmith.com |
| 9 | Alexandra F. Easley (TX SBN 24099022)<br> (*Pro Hac Vice to be Submitted*) |
| 10 | aeasley@mckoolsmith.com<br>MCKOOL SMITH, P.C. |
| 11 | 300 Crescent Court, Suite 1500<br>Dallas, Texas 75201 |
| 12 | Telephone:  (214) 978-4000<br>Facsimile:    (214) 978-4044 |
| 13 | |
| 14 | James E. Quigley (TX SBN 24075810)<br> (*Pro Hac Vice to be Submitted*) |
| 15 | jquigley@mckoolsmith.com<br>MCKOOL SMITH, P.C. |
| 16 | 300 W. 6th Street, Suite 1700<br>Austin, Texas 78701 |
| 17 | Telephone:  (512) 692-8700<br>Facsimile:  (512) 692-8744 |
| 18 | Attorneys for Plaintiff |
| 19 | PALO ALTO RESEARCH CENTER INC. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PALO ALTO RESEARCH CENTER INC., | ) | Case No. 2:20-cv-10755 |
| Plaintiff, | ) | |
| v. | ) | |
| SNAP, INC., | ) | **CORPORATE DISCLOSURE STATEMENT FOR PALO ALTO RESEARCH CENTER INC.** |
| Defendant. | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |

PALO ALTO RESEARCH CENTER INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Palo Alto Research Center Inc. ("PARC") states:

- Plaintiff PARC hereby certifies that it is a wholly-owned subsidiary of Xerox Corporation.
- Xerox Corporation is a wholly-owned subsidiary of Xerox Holdings Corporation.
- No publicly held company owns more than 10% of Xerox Holdings Corporation's outstanding common stock.

DATED: November 25, 2020

Respectfully submitted,

MCKOOL SMITH, P.C.

BY  /s/ Alan P. Block
ALAN P. BLOCK

ATTORNEYS FOR PLAINTIFF
PALO ALTO RESEARCH CENTER INC.