NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alan P. Block (SBN 143783)
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
(213) 694-1200

ATTORNEY(S) FOR: Palo Alto Research Center Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Palo Alto Research Center Inc.<br><br>Plaintiff(s),<br>v.<br>Snap, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2:20-cv-10755<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Palo Alto Research Center Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Palo Alto Research Center Inc. | Plaintiff |
| Xerox Corporation | Owner of Palo Alto Research Center Inc. |

11/25/2020
Date

/s/ Alan P. Block
Signature

Attorney of record for (or name of party appearing in pro per):

Alan P. Block (SBN 143783)