Name and address:
MCKOOL SMITH, P.C.
Ashley N. Moore (TX Bar No. 24074748)
300 Crescent Court, Suite 1500
Dallas, TX 75201

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PALO ALTO RESEARCH CENTER INC.

Plaintiff(s)

v.

SNAP, INC.

Defendant(s).

CASE NUMBER

2:20-cv-10755

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Moore, Ashley N.

*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 978-4000

*Telephone Number*

(214) 978-4044

*Fax Number*

amoore@mckoolsmith.com

*E-Mail Address*

of

MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* ___

**and designating as Local Counsel**

Block, Alan P.

*Designee's Name (Last Name, First Name & Middle Initial)*

143783

*Designee's Cal. Bar No.*

(213) 694-1200

*Telephone Number*

(213) 694-1234

*Fax Number*

ablock@mckoolsmith.com

*E-Mail Address*

of

MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ___

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ___

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** ___

**U.S. District Judge/U.S. Magistrate Judge**