Name and address:
MCKOOL SMITH, P.C.
James E. Quigley (TX Bar No. 24075810)
300 W. 6th Street, Suite 1700
Austin, TX 78701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.<br><br>v.<br>Plaintiff(s)<br><br>SNAP, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-10755<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Quigley, James E.   of   MCKOOL SMITH, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*   300 W. 6th Street, Suite 1700
(512) 692-8700   (512) 692-8686   Austin, TX 78701
*Telephone Number*   *Fax Number*
jquigley@mckoolsmith.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**
Block, Alan P.   of   MCKOOL SMITH HENNIGAN, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*   300 South Grand Avenue, Suite 2900
143783   (213) 694-1200   (213) 694-1234   Los Angeles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
ablock@mckoolsmith.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**   ☐ be refunded   ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1