Name and address:
MCKOOL SMITH, P.C.
Alexandra F. Easley (TX Bar No. 24099022)
300 Crescent Court, Suite 1500
Dallas, TX 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PALO ALTO RESEARCH CENTER INC. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-10755 |
| v. | |
| SNAP, INC. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Easley, Alexandra F.    of    MCKOOL SMITH, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*    300 Crescent Court, Suite 1500
(214) 978-4000    (214) 978-4044    Dallas, Texas 75201
*Telephone Number*    *Fax Number*
aeasley@mckoolsmith.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel
Block, Alan P.    of    MCKOOL SMITH HENNIGAN, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*    300 South Grand Avenue, Suite 2900
143783    (213) 694-1200    (213) 694-1234    Los Angeles, CA 90071
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
ablock@mckoolsmith.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge