# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PALO ALTO RESEARCH CENTER INC. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-10755-AB-MRWx |
| v. | |
| SNAP, INC. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Quigley, James E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(512) 692-8700   (512) 692-8686
*Telephone Number*   *Fax Number*

jquigley@mckoolsmith.com
*E-Mail Address*

of

MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Block, Alan P.
*Designee's Name (Last Name, First Name & Middle Initial)*

143783   (213) 694-1200   213- 694-1234
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

ablock@mckoolsmith.com
*E-Mail Address*

of

MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated: December 11, 2020**

*U.S. District Judge/U.S. Magistrate Judge*