# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.<br><br>                                               Plaintiff(s)<br>    v.<br>SNAP, INC.<br><br>                                               Defendant(s). | CASE NUMBER<br><br>2:20-cv-10755-AB-MRWx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Moore, Ashley N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 978-4000  (214) 978-4044
*Telephone Number*  *Fax Number*

amoore@mckoolsmith.com
*E-Mail Address*

of  MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Block, Alan P.
*Designee's Name (Last Name, First Name & Middle Initial)*

143783  (213) 694-1200  213-694-1234
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

ablock@mckoolsmith.com
*E-Mail Address*

of  MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated: December 11, 2020**

*[signature]*

U.S. District Judge/U.S. Magistrate Judge