YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
DAVID OKANO (SB# 278485)
davidokano@paulhastings.com
BRUCE YEN (SB# 277920)
bruceyen@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

Attorneys for Defendant
SNAP INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> SNAP INC., <br><br> Defendant. | CASE NO. 2:20-cv-10755-AB-MRW <br><br> **SNAP INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Snap Inc. ("Snap") hereby discloses that Snap does not have a parent corporation.  Snap is publicly traded on the New York Stock Exchange at stock symbol SNAP.  In November 2017 Tencent Holdings Limited informed Snap that it purchased 10% or more of Snap's stock.  Because Snap's Class A common stock is non-voting, Tencent is not obligated to disclose changes in its ownership of Snap's Class A common stock.

DATED:  December 21, 2020

PAUL HASTINGS LLP

By: */s/ Yar R. Chaikovsky*
   Yar R. Chaikovsky

*Attorney for Defendant*
SNAP INC.