| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| PAUL HASTINGS LLP |
| Yar R. Chaikovsky (SB# 175421) |
| Philip Ou (SB# 259896) |
| David Okano (SB# 278485) |
| Bruce Yen (SB# 277920) |
| 1117 S. California Avenue |
| Palo Alto, CA 94304 |
| Phone: (650) 320-1800 |

ATTORNEY(S) FOR: Snap Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Palo Alto Research Center, Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:20-cv-10755-AB-MRW |
| v. | |
| Snap Inc. | **CERTIFICATION AND NOTICE** |
| | **OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Snap Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Snap Inc. | Defendant |

December 21, 2020    /s/ Yar R. Chaikovsky
Date                 Signature

Attorney of record for (or name of party appearing in pro per):

Snap Inc.