YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
DAVID OKANO (SB#278485)
davidokano@paulhastings.com
BRUCE YEN (SB# 277920)
bruceyen@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

Attorneys for Defendant
SNAP INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> SNAP INC., <br><br> Defendant. | CASE NO. 2:20-cv-10755-AB-MRW <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Complaint Served: December 2, 2020 <br> Current Response Date: December 23, 2020 <br> New Response Date: February 8, 2021 |

Plaintiff Palo Alto Research Center Inc. ("Plaintiff"), by and through its undersigned attorneys, and Defendant Snap Inc. ("Snap"), by and through its undersigned attorneys, hereby state as follows:

WHEREAS, Plaintiff filed a Complaint in this civil action on November 25, 2020;

WHEREAS, Plaintiff served Snap with the summons and the Complaint in the above-captioned civil action on December 2, 2020;

WHEREAS, Snap's response to the Complaint is currently due on December 23, 2020;

WHEREAS, Snap believes good cause exists to extend the time for Snap to respond to the Complaint to allow Snap adequate time to evaluate the Complaint and prepare its response to the Complaint;

WHEREAS, no prior extensions have been sought;

AS STIPULATED AND AGREED TO, by and between the undersigned counsel, Snap's deadline to respond to the Complaint shall be extended to February 8, 2021.

| | | |
|---|---|---|
| 1 | DATED:  December 21, 2020 | Dated:  December 21, 2020 |
| 2 | | |
| 3 | By:  /s/ *David Sochia* | By:  /s/ *Yar R. Chaikovsky* |
| 4 | Alan P. Block (SBN 143783)<br>ablock@mckoolsmith.com | Yar R. Chaikovsky (SB# 175421)<br>yarchaikovsky@paulhastings.com |
| 5 | MCKOOL SMITH HENNIGAN, P.C.<br>300 South Grand Avenue, Suite 2900 | Philip Ou (SB# 259896)<br>philipou@paulhastings.com |
| 6 | Los Angeles, California 90071 | David Okano (SB#278485) |
| 7 | Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234 | davidokano@paulhastings.com<br>Bruce Yen (SB# 277920) |
| 8 | | bruceyen@paulhastings.com |
| 9 | David Sochia (TX SBN 00797470)<br>(admitted Pro Hac Vice) | PAUL HASTINGS LLP<br>1117 S. California Avenue |
| 10 | dsochia@mckoolsmith.com | Palo Alto, California  94304-1106 |
| 11 | Ashley N. Moore (TX SBN 24074748)<br>(admitted Pro Hac Vice) | Telephone:  1(650) 320-1800<br>Facsimile:  1(650) 320-1900 |
| 12 | amoore@mckoolsmith.com | |
| 13 | Alexandra F. Easley (TX SBN | *Attorneys for Defendant* |
| 14 | 24099022)<br>(admitted Pro Hac Vice) | SNAP INC. |
| 15 | aeasley@mckoolsmith.com | |
| 16 | MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500 | |
| 17 | Dallas, Texas 75201 | |
| 18 | Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044 | |
| 19 | | |
| 20 | James E. Quigley (TX SBN 24075810)<br>(admitted Pro Hac Vice) | |
| 21 | jquigley@mckoolsmith.com | |
| 22 | MCKOOL SMITH, P.C.<br>300 W. 6th Street, Suite 1700 | |
| 23 | Austin, Texas 78701 | |
| 24 | Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744 | |
| 25 | | |
| 26 | *Attorneys for Plaintiff*<br>*Palo Alto Research Center Inc.* | |
| 27 | | |
| 28 | | |

- 2 -

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:20-CV-10755-AB-MRW