YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
DAVID OKANO (SB#278485)
davidokano@paulhastings.com
BRUCE YEN (SB# 277920)
bruceyen@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

STEVEN A. MARENBERG (SB# 101033)
stevenmarenberg@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars, Suite 2700
Los Angeles, California 90067
Telephone: 1(310) 620-5710
Facsimile: 1(310) 620-5810

Attorneys for Defendant
SNAP INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> SNAP INC., <br><br> Defendant. | CASE NO. 2:20-cv-10755-AB-MRW <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. Andre Birotte Jr. <br> Courtroom: 10C <br><br> Complaint Served: December 2, 2020 <br> Current Response Date: February 8, 2021 <br> New Response Date: February 16, 2021 |

Plaintiff Palo Alto Research Center Inc. ("Plaintiff"), by and through its undersigned attorneys, and Defendant Snap Inc. ("Snap"), by and through its undersigned attorneys, hereby stipulate as follows, subject to the approval of the Court:

WHEREAS, Plaintiff filed a Complaint in this civil action on November 25, 2020;

WHEREAS, Plaintiff served Snap with the summons and the Complaint in the above-captioned civil action on December 2, 2020;

WHEREAS, on December 21, 2020, the parties filed a Stipulation to Extend Time to Respond to the Complaint by forty-five (45) days to February 8, 2021 (Dkt. No. 25);

WHEREAS, on December 23, 2020, the Court granted the Stipulation to Extend Time to Respond to the Complaint and extended the deadline for Snap to respond to the Complaint to February 8, 2021 (Dkt. No. 26);

WHEREAS, Snap has requested, and PARC has agreed to, an additional 7-day extension to February 16, 2021 for Snap to respond to the Complaint;

WHEREAS, Snap believes good cause exists to extend the time for Snap to respond to the Complaint to allow Snap adequate time to evaluate the Complaint and prepare its response to the Complaint;

WHEREAS, this extension is sought in good faith and not for the purposes of delay; and

AS STIPULATED AND AGREED TO, by and between the undersigned counsel, Snap's deadline to respond to the Complaint shall be extended to February 16, 2021.

DATED: February 1, 2021

By: */s/ David Sochia*
Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(admitted Pro Hac Vice)
dsochia@mckoolsmith.com
Ashley N. Moore (TX SBN 24074748)
(admitted Pro Hac Vice)
amoore@mckoolsmith.com
Alexandra F. Easley (TX SBN 24099022)
(admitted Pro Hac Vice)
aeasley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(admitted Pro Hac Vice)
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

*Attorneys for Plaintiff*
*Palo Alto Research Center Inc.*

Dated: February 1, 2021

By: */s/ Yar R. Chaikovsky*
Yar R. Chaikovsky (SB# 175421)
yarchaikovsky@paulhastings.com
Philip Ou (SB# 259896)
philipou@paulhastings.com
David Okano (SB#278485)
davidokano@paulhastings.com
Bruce Yen (SB# 277920)
bruceyen@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

Steven A. Marenberg (SB# 101033)
PAUL HASTINGS LLP
1999 Avenue of the Stars, Twenty-Seventh Floor
Los Angeles, CA 90067
Telephone: 1(310) 620-5710
Facsimile: 1(310) 620-5810

*Attorneys for Defendant*
SNAP INC.