IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> SNAP INC., <br><br> Defendant. | CASE NO. 2:20-cv-10755-AB-MRW <br><br> **[PROPOSED] ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** <br><br> Complaint Served: December 2, 2020 <br> Current Response Date: February 8, 2021 <br> New Response Date: February 16, 2021 |

Having considered the parties' stipulation, the Court finds good cause to extend the time for Defendant Snap Inc. to respond to Palo Alto Research Center's Complaint. The Court hereby EXTENDS the time for Defendant Snap Inc. to respond to the Complaint until February 16, 2021.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable André Birotte Jr.