| | |
|---|---|
| 1 | YAR R. CHAIKOVSKY (SB# 175421) |
| | yarchaikovsky@paulhastings.com |
| 2 | PHILIP OU (SB# 259896) |
| | philipou@paulhastings.com |
| 3 | DAVID OKANO (SB# 278485) |
| | davidokano@paulhastings.com |
| 4 | BRUCE YEN (SB# 277920) |
| | bruceyen@paulhastings.com |
| 5 | PAUL HASTINGS LLP |
| | 1117 S. California Avenue |
| 6 | Palo Alto, California 94304-1106 |
| | Telephone: 1(650) 320-1800 |
| 7 | Facsimile: 1(650) 320-1900 |

STEVEN A. MARENBERG (SB# 101033)
stevenmarenberg@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars, Suite 2700
Los Angeles, California 90067
Telephone: 1(310) 620-5710
Facsimile: 1(310) 620-5270

Attorneys for Defendant
SNAP INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | CASE NO. 2:20-cv-10755-AB-MRW |
| Plaintiff, | **SNAP INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)** |
| vs. | |
| SNAP INC., | Hearing date: March 19, 2021 |
| Defendant. | Time: 10:00 am |
| | Judge: Hon. André Birotte Jr. |

1  PLEASE TAKE NOTICE that Defendant Snap Inc. ("Snap"), by and
2  through its counsel, shall and hereby does move the Court to dismiss Palo Alto
3  Research Center Inc.'s Complaint.  The motion shall be heard on March 19, 2021
4  at 10:00 am in Courtroom 7B, United States Courthouse, 350 West First Street,
5  Los Angeles, CA  90012.  This motion is made following the conference of
6  counsel pursuant to L.R. 7-3 which took place on January 19, 2021.  This motion
7  is based upon this notice of motion and the accompanying memorandum
8  (including exhibits), filed concurrently herewith, and upon such other and further
9  matters, papers, and arguments as may be submitted to the Court at or before the
10 hearing on this motion.

11  Specifically, Snap moves the Court to dismiss all counts (Counts I-III) of the
12 Complaint.  The patents that form the basis for these Counts are invalid for failure
13 to claim patent-eligible subject matter.  *See Alice Corp. Pty. Ltd. v. CLS Bank
14 Intern.*, 134 S. Ct. 2347 (2014).

| | | |
|---|---|---|
| 1 | DATED:  February 16, 2021 | PAUL HASTINGS LLP |
| 2 | | |
| 3 | | By: */s/ Yar R. Chaikovsky* |
| 4 | | Yar R. Chaikovsky (SB# 175421) |
| | | yarchaikovsky@paulhastings.com |
| 5 | | Philip Ou (SB# 259896) |
| 6 | | philipou@paulhastings.com |
| | | David Okano (SB#278485) |
| 7 | | davidokano@paulhastings.com |
| | | Bruce Yen (SB# 277920) |
| 8 | | bruceyen@paulhastings.com |
| 9 | | PAUL HASTINGS LLP |
| | | 1117 S. California Avenue |
| 10 | | Palo Alto, California  94304-1106 |
| 11 | | Telephone:  1(650) 320-1800 |
| | | Facsimile:  1(650) 320-1900 |
| 12 | | |
| 13 | | Steven A. Marenberg (SB# 101033) |
| 14 | | PAUL HASTINGS LLP |
| | | 1999 Avenue of the Stars, Twenty- |
| 15 | | Seventh Floor |
| 16 | | Los Angeles, CA 90067 |
| | | Telephone: 1(310) 620-5710 |
| 17 | | Facsimile: 1(310) 620-5810 |
| 18 | | |
| | | *Attorneys for Defendant* |
| 19 | | SNAP INC. |