YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
DAVID OKANO (SB# 278485)
davidokano@paulhastings.com
BRUCE YEN (SB# 277920)
bruceyen@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

STEVEN A. MARENBERG (SB# 101033)
stevenmarenberg@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars, Suite 2700
Los Angeles, California 90067
Telephone: 1(310) 620-5710
Facsimile: 1(310) 620-5270

Attorneys for Defendant
SNAP INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> SNAP INC., <br><br> Defendant. | CASE NO. 2:20-cv-10755-AB-MRW <br><br> **DECLARATION OF BRUCE YEN IN SUPPORT OF SNAP INC.'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)** |

1  I, Bruce Yen, declare:

2  1.  I am an associate with Paul Hastings LLP, counsel of record in this
3  action for Defendant Snap Inc. ("Snap").  I submit this declaration in support of
4  Snap's Motion to Dismiss.  I have personal knowledge of the facts contained within
5  this declaration, and if called as a witness, could testify competently to the matters
6  contained herein.

7  2.  On January 19, 2021, counsel for Snap including myself along with
8  counsel for Twitter, Inc. and Facebook, Inc. met and conferred telephonically with
9  counsel for Palo Alto Research Center, Inc. ("PARC") regarding Snap's motion to
10  dismiss.

11  3.  Attached hereto as **Exhibit A** is a true and correct copy of a January
12  12, 2021 letter from counsel for Snap to counsel for PARC.

13  4.  Attached hereto as **Exhibit B** is a true and correct copy of a January
14  19, 2021 email from counsel for Facebook to counsel for PARC.

15  5.  Attached hereto as **Exhibit C** is a true and correct copy of a January
16  22, 2021 letter from counsel for PARC to counsel for Snap.

17  6.  Attached hereto as **Exhibit D** is a true and correct copy of a February
18  4, 2021 email correspondence between counsel for Snap and counsel for PARC.

19  7.  Attached hereto as **Exhibit E** is a true and correct copy of a February
20  10, 2021 email correspondence between counsel for Snap and counsel for PARC.

21  8.  Attached hereto as **Exhibit F** is a true and correct copy of a February
22  15, 2021 email correspondence between counsel for Snap and counsel for PARC.

23  I declare under penalty of perjury that the foregoing is true and correct to the
24  best of my knowledge.

25
26
27
28

| | | |
|---|---|---|
| 1 | DATED:  February 16, 2021 | PAUL HASTINGS LLP |

By: */s/ Bruce Yen*
Bruce Yen (SB# 277920)
bruceyen@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900


*Attorney for Defendant*
SNAP INC.