1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 12  PALO ALTO RESEARCH CENTER INC.,<br>13<br>14              Plaintiff,<br>15       vs.<br>16  SNAP INC.,<br>17              Defendant.<br>18<br>19 | CASE NO. 2:20-cv-10755-AB-MRW<br><br>**[PROPOSED] ORDER GRANTING SNAP INC.'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**<br><br>Hearing Date: March 19, 2021<br>Time:  10:00 am<br>Courtroom:  7B<br>Judge: Hon. André Birotte Jr. |

20
21
22
23
24
25
26
27
28

The Court has considered Snap Inc.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  The Court has also conducted a hearing on the motion to dismiss.  The Court finds that there is good cause to grant that motion.

Specifically, the Court finds that U.S. Patent Nos. 9,208,439; 8,966,362; and 8,489,599 are invalid for failure to claim patent-eligible subject matter.  Thus, the Court hereby DISMISSES, without leave to amend, Counts I-III of Palo Alto Research Center Inc.'s Complaint.

**IT IS SO ORDERED.**

DATED:

_____
Honorable André Birotte Jr.