Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 694-1200
Facsimile:    (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(Pro Hac Vice)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 500
Dallas, Texas 75201
Telephone (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
McKool Smith, P.C.
300 W. 6th Street, Suite 700
Austin,, Texas 7870
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Attorneys for Plaintiff
PALO ALTO RESEARCH CENTER INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff. <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB(MRWx) <br><br> **DECLARATION OF ALEXANDRA F. EASLEY IN SUPPORT OF PALO ALTO RESEARCH CENTER INC.'S RESPONSE TO SNAP INC.'S MOTION TO DISMISS** <br><br> DATE: MARCH 19, 2021 <br> TIME: 10:00AM <br> COURTROOM: 7B <br> JUDGE: Hon. André Birotte Jr. |

DECLARATION OF ALEXANDRA F. EASLEY            CASE NO. 2:20-CV-10755 AB(MRWx)

I, Alexandra F. Easley, declare:

1. I am an attorney with McKool Smith, P.C., counsel in this action for Plaintiff Palo Alto Research Center, Inc. ("PARC"). I submit this declaration in support of PARC's Response to Snap Inc.'s Motion to Dismiss. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the May 26, 2011 Amendment to the Claims and Remarks/Arguments from the '599 File History.

3. Attached hereto as **Exhibit B** is a true and correct copy of the May 23, 2012 Amendment to the Claims and Remarks/Arguments from the '599 File History.

4. Attached hereto as **Exhibit C** is a true and correct copy of the December 10, 2012 Appeal Brief from the '599 File History.

5. Attached hereto as **Exhibit D** is a true and correct copy of the March 15, 2013 Notice of Allowance from the '599 File History.

6. Attached hereto as **Exhibit E** is a true and correct copy of Dkt. 70, *Speakware, Inc. v. Microsoft Corp.*, No. 8:18-cv-1293, slip op. (C.D. Cal. June 6, 2019).

7. Attached hereto as **Exhibit F** is a true and correct copy of Dkt. 48, *Ceiva Logic, Inc. v. Amazon.com, Inc.*, No. CV 19-09129-AB, slip op. (C.D. Cal. July 1, 2020).

8. Attached hereto as **Exhibit G** is a true and correct copy of the July 7, 2015 Amendment to the Claims, Specification, and Remarks from the '439 File History.

9. Attached hereto as **Exhibit H** is a true and correct copy of the August 5, 2015 Notice of Allowance from the '439 File History.

10. Attached hereto as **Exhibit I** is a true and correct copy of the June 17, 2010 Amendment to the Claims and Remarks/Arguments from the '362 File History.

11. Attached hereto as **Exhibit J** is a true and correct copy of the October 26,

2010 Amendment to the Claims and Remarks/Arguments from the '362 File History.

12. Attached hereto as **Exhibit K** is a true and correct copy of the August 22, 2014 Amendment to the Claims and Remarks/Arguments from the '362 File History.

13. Attached hereto as **Exhibit L** is a true and correct copy of the January 4, 2019 Amendment to the Claims, Specification, and Remarks/Arguments from the USP 10,915,911 File History.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed February 26, 2021.

                                             */s/ Alexandra F. Easley*
                                             Alexandra F. Easley

McKool Smith, P.C.