# EXHIBIT A

| | | |
|---|---|---|
| Application Number | : 12/326,457 | Confirmation Number: 3430 |
| Applicant | : Victoria M.E. Bellotti | |
| Filed | : 02 December 2008 | |
| T.C./A.U. | : 2165 | |
| Examiner | : Vu, Bai D. | |

Docket Number    : PARC-20080172-US-NP
Customer No.     : 35,699

Amendment after Non Final Rejection
Via Electronic Filing

## AMENDMENT

Sir:

      In response to the Office Action of **21 March 2011**, please amend the above-identified Application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 11 of this paper.

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1.  (Currently Amended) A method for delivering context-based content to a first user, the method comprising:
    receiving a set of contextual information with respect to the first user;
    processing the contextual information to determine a context or an activity being performed by the first user; [[and]]
    determining whether either or both the context and a current activity of the first user satisfy a trigger condition which has been previously defined by the first user or a second user;, and if so:
    in response to the trigger condition being satisfied, selecting at least one content piece associated with the trigger condition from a content database comprising a plurality of content pieces based on the context and the current activity of to present to the first user, wherein different trigger conditions result in selections of different content pieces associated with different substances; and
    _____presenting the selected content piece to the first user.

2.  (Currently Amended) The method of claim 1, wherein the method further comprises allowing the first user to create a content piece that is associated with a user-defined contextual or activity-driven trigger condition by:
    recording the content piece that is provided by the first user;
    creating an a content entry in the content database for the recorded content piece, wherein the content entry is associated with one or more trigger conditions; and

2

| | |
|---|---|
| 8 | associating one or more trigger conditions for the ~~content~~ entry |
| 9 | with a user-defined context; and |
| 10 | wherein the method further comprises: |
| 11 | continuously comparing <u>previously defined</u> ~~previously-defined~~ |
| 12 | trigger conditions for the ~~content~~ entry with the ongoing context of the |
| 13 | first user and/or user activity; and |
| 14 | when one or more trigger conditions are met, retrieving the |
| 15 | associated content <u>piece</u> and presenting the retrieved content <u>piece</u> to the |
| 16 | first user. |

| | |
|---|---|
| 1 | 3. (Currently Amended) The method of claim 2, wherein the method |
| 2 | further comprises allowing the first user to create <u>a</u> shareable content <u>piece</u> by: |
| 3 | recording the <u>sharable</u> content <u>piece</u> that is provided by the first user; and |
| 4 | creating a content package for the recorded <u>sharable</u> content <u>piece</u>, |
| 5 | wherein the content package includes the recorded <u>sharable</u> content <u>piece</u>, and |
| 6 | wherein the content package includes one or more user-defined trigger conditions; |
| 7 | wherein the content package allows a recipient of the content package to |
| 8 | insert, modify, and/or remove content or trigger conditions from the content |
| 9 | package. |

| | |
|---|---|
| 1 | 4. (Original) The method of claim 1, wherein the method further |
| 2 | comprises defining a context by: |
| 3 | creating one or more context entries in a context manager; and |
| 4 | associating a respective context entry with a set of contextual information. |

| | |
|---|---|
| 1 | 5. (Currently Amended) The method of claim 4, wherein the method |
| 2 | further comprises evolving the presentation of content over time by updating ~~the~~ |
| 3 | ~~content~~ entries in the content database and updating the context entries in the |
| 4 | context manager responsive to actions performed by the first user. |

1       6.      (Currently Amended) The method of claim 1, wherein presenting
2   the selected content piece comprises following a number of presentation rules
3   associated with the selected content piece, monitoring actions performed by the
4   first user, and presenting the selected content piece based on the actions
5   performed by the first user.

1       7.      (Original) The method of claim 6, wherein the context or activity
2   is defined as a combination of at least a high-level abstraction which corresponds
3   to one or more low-level contextual information values, wherein the low-level
4   contextual information values can correspond to one or more measurable
5   parameters.

1       8.      (Currently Amended) The method of claim 6, wherein a respective
2   rule ~~can be~~is defined with one or more high-level abstractions.

1       9.      (Original) The method of claim 8, further comprising allowing the
2   first user to share the rules with a second user, wherein the second user can
3   redefine the shared rules based on the second user's low-level contextual and
4   activity parameters.

1       10.     (Currently Amended) The method of claim 1, wherein presenting
2   the selected content piece comprises sharing the selected content piece with a
3   remote device.

1       11.     (Original) The method of claim 1, wherein the contextual
2   information includes one or more of: time, date, location, proximity to a system-
3   detectable tag, device orientation, velocity, direction, distance, vibration, altitude,

4

1  temperature, pressure, humidity, sound, luminous intensity, camera image, and
2  video stream.

1      12.    (Currently Amended) The method of claim 1, wherein <u>the</u> content
2  <u>piece</u> includes one or more of: audio clip, image, video stream, language lesson,
3  e-mail, weather report, calendar reminder, news feed, rich site summary (RSS)
4  feed, information update from a Web 2.0 application, and Internet blog.

1      13.    (Currently Amended) A computer-readable storage medium
2  storing instructions that when executed by a computer cause the computer to
3  perform a method for delivering context-based content to a first user, the method
4  comprising:
5      receiving a set of contextual information with respect to the first user;
6      processing the contextual information to determine a context or an activity
7  being performed by the first user; [[and]]
8      determining whether either or both the context and a current activity of the
9  first user satisfy a trigger condition which has been previously defined by the first
10 user or a second user<u>;</u> ~~, and if so:~~
11     <u>in response to the trigger condition being satisfied,</u> selecting <u>at least one</u>
12 content <u>piece</u> ~~associated with the trigger condition~~ from a content database
13 <u>comprising a plurality of content pieces based on the context and the current</u>
14 <u>activity of</u> ~~to present to~~ the first user<u>, wherein different trigger conditions result in</u>
15 <u>selections of different content pieces associated with different substances</u>; and
16     presenting the selected content <u>piece to the first user</u>.

1      14.    (Currently Amended) The computer-readable storage medium of
2  claim 13, wherein the method further comprises allowing the first user to create <u>a</u>
3  content <u>piece</u> that is associated with the user-defined contextual or activity-driven
4  trigger condition by:

| | |
|---|---|
| 5 | recording the content piece that is provided by the first user; |
| 6 | creating a<u>n</u> ~~content~~ entry in the content database for the recorded |
| 7 | content <u>piece</u>, wherein the ~~content~~ entry is associated with one or more |
| 8 | trigger conditions; and |
| 9 | associating one or more trigger conditions for the ~~content~~ entry |
| 10 | with a user-defined context; and |
| 11 | wherein the method further comprises: |
| 12 | continuously comparing <u>previously defined</u> ~~previously-defined~~ |
| 13 | trigger conditions for the ~~content~~ entry with the ongoing context of the |
| 14 | first user and/or user activity; and |
| 15 | when one or more trigger conditions are met, retrieving the |
| 16 | associated content <u>piece</u> and presenting the retrieved content <u>piece</u> to the |
| 17 | first user. |

| | |
|---|---|
| 1 | 15.  (Currently Amended) The computer-readable storage medium of |
| 2 | claim 14, wherein the method further comprises allowing the first user to create <u>a</u> |
| 3 | shareable content <u>piece</u> by: |
| 4 | recording the <u>sharable</u> content <u>piece</u> that is provided by the first user; and |
| 5 | creating a content package for the recorded <u>sharable</u> content <u>piece</u>, |
| 6 | wherein the content package includes the recorded <u>sharable</u> content <u>piece</u>, and |
| 7 | wherein the content package includes one or more user-defined trigger conditions; |
| 8 | wherein the content package allows a recipient of the content package to |
| 9 | insert, modify, and/or remove content and/or trigger conditions from the content |
| 10 | package. |

| | |
|---|---|
| 1 | 16.  (Original) The computer-readable storage medium of claim 13, |
| 2 | wherein the method further comprises defining a context by: |
| 3 | creating one or more context entries in a context manager; and |
| 4 | associating a respective context entry with a set of contextual information. |

6

1      17.    (Currently Amended) The computer-readable storage medium of
2  claim 16, wherein the method further comprises evolving the presentation of
3  content over time by updating ~~the content~~ entries in the content database and
4  updating the context entries in the context manager responsive to actions
5  performed by the first user.

1      18.    (Currently Amended) The computer-readable storage medium of
2  claim 13, wherein presenting the selected content <u>piece</u> comprises following a
3  number of presentation rules associated with the selected content<u> piece</u>,
4  monitoring actions performed by the first user, and presenting the selected content
5  <u>piece</u> based on the actions performed by the first user.

1      19.    (Original) The computer-readable storage medium of claim 13,
2  wherein the contextual information includes one or more of: time, date, location,
3  proximity to a system-detectable tag, device orientation, velocity, direction,
4  distance, vibration, altitude, temperature, pressure, humidity, sound, luminous
5  intensity, camera image, and video stream.

1      20.    (Currently Amended) The computer-readable storage medium of
2  claim 13<u>,</u> wherein <u>the</u> content <u>piece </u>includes one or more of: audio clip, image,
3  video stream, language lesson, e-mail, weather report, calendar reminder, news
4  feed, rich site summary (RSS) feed, information update from a Web 2.0
5  application, and Internet blog.

1      21.    (Currently Amended) An apparatus for delivering context-based
2  content to a first user, comprising:
3       <u>a processor;</u>

| | |
|---|---|
| 4 | an input mechanism configured to receive a set of contextual information |
| 5 | with respect to the first user; |
| 6 | a content database configured to store a ~~collection of context-~~ |
| 7 | ~~based~~plurality of content pieces; |
| 8 | a content delivery mechanism configured to present content to a first user; |
| 9 | and |
| 10 | a context manager configured to process the contextual information to |
| 11 | determine a context or an activity being performed by the first user, and to |
| 12 | determine whether either or both the context and a current activity of the first user |
| 13 | satisfy a trigger condition which has been previously defined by the first user or a |
| 14 | second user; |
| 15 | wherein in response to the trigger condition being satisfied, the content |
| 16 | manager is further configured to select at least one content piece associated with |
| 17 | the trigger condition from the content based on the context and the current |
| 18 | activity of the first user, wherein different trigger conditions result in selections of |
| 19 | different content pieces associated with different substances; and ~~if the context or~~ |
| 20 | ~~current user activity is determined to satisfy a trigger condition,~~ |
| 21 | ~~the context manager is further configured to select content~~ |
| 22 | ~~associated with the trigger condition from a content database to present to the first~~ |
| 23 | ~~user; and~~ |
| 24 | wherein the content delivery mechanism is further configured to present |
| 25 | the selected content piece to the first user. |

| | |
|---|---|
| 1 | 22. (Currently Amended) The apparatus of claim 21, wherein the |
| 2 | apparatus further comprises a content management mechanism configured to |
| 3 | allow the first user to create a content piece that is associated with the user- |
| 4 | defined contextual or activity-driven trigger condition by: |
| 5 | recording the content piece that is provided by the first user; |

6       creating a<u>n</u> ~~content~~ entry in the content database for the recorded content
7  <u>piece</u>, wherein the ~~content~~ entry is associated with one or more trigger conditions;
8       associating one or more trigger conditions for the ~~content~~ entry with a
9  user-defined context;
10      continuously comparing <u>previously-defined</u> ~~previously-defined~~ trigger
11 conditions for the ~~content~~ entry with the ongoing context of the first user and/or
12 user activity; and
13      when one or more trigger conditions are met, retrieving the associated
14 content <u>piece</u> and presenting the retrieved content <u>piece</u> to the first user.

1      23.    (Currently Amended) The apparatus of claim 22, wherein the
2  content management mechanism is further configured to allow the first user to
3  create <u>a</u> shareable content <u>piece</u> by:
4       recording the <u>sharable</u> content <u>piece</u> that is provided by the first user; and
5       creating a content package for the recorded <u>sharable</u> content <u>piece</u>,
6  wherein the content package includes the recorded <u>sharable</u> content <u>piece</u>, and
7  wherein the content package includes one or more user-defined trigger conditions<u>;</u>
8       wherein the content package allows a recipient of the content package to
9  insert, modify, and/or remove content or trigger conditions from the content
10 package.

1      24.    (Original) The apparatus of claim 21, wherein the context manager
2  defines a context by:
3       creating one or more context entries for the context; and
4       associating a respective context entry with a set of contextual information.

1      25.    (Currently Amended) The apparatus of claim 24, wherein the
2  apparatus is further configured to evolve the presentation of content over time by
3  updating ~~the content~~ entries in the content database and updating the user-defined

9

| | |
|---|---|
| 4 | context entries in the context manager responsive to actions performed by the first |
| 5 | user. |

| | |
|---|---|
| 1 | 26.   (Currently Amended) The apparatus of claim 21, wherein |
| 2 | presenting the selected content <u>piece</u> comprises following a number of |
| 3 | presentation rules associated with the selected content <u>piece</u>, monitoring actions |
| 4 | performed by the first user, and presenting the selected content <u>piece</u> based on the |
| 5 | actions performed by the first user. |

| | |
|---|---|
| 1 | 27.   (Original) The apparatus of claim 21, wherein the contextual |
| 2 | information includes one or more of:  time, date, location, proximity to a system- |
| 3 | detectable tag, device orientation, velocity, direction, distance, vibration, altitude, |
| 4 | temperature, pressure, humidity, sound, luminous intensity, camera image, and |
| 5 | video stream. |

| | |
|---|---|
| 1 | 28.   (Currently Amended) The apparatus of claim 21, wherein <u>the</u> |
| 2 | content <u>piece</u> includes one or more of: audio clip, image, video stream, language |
| 3 | lesson, e-mail, weather report, calendar reminder, news feed, rich site summary |
| 4 | (RSS) feed, information update from a Web 2.0 application, and Internet blog. |

**REMARKS**

In the Official Action mailed on **21 March 2011** (hereinafter "Office Action"), the Examiner reviewed claims 1-28.  Examiner rejected claim 8 under 35 U.S.C. § 112.  Examiner rejected claims 21-28 under 35 U.S.C. § 101.  Examiner rejected claims 1-28 under 35 U.S.C. § 102(e) based on Schultz et al. (U.S. Pub. No. 2009/0265764, hereinafter "Schultz").

**Examiner Interview**

Applicant thanks Examiner for the phone interview conducted on 4 May 2011.  Applicant proposed amendments to the claims and argued that the cited reference Schultz does not disclose selecting a content piece from a content database comprising a plurality of content pieces based on user context.  Examiner agreed that the proposed amendments overcome the cited reference.  Accordingly, Applicant has incorporated the proposed amendments into this response.

**Rejections under 35 U.S.C. § 101**

Examiner rejected claims 21-28 under 35 U.S.C. § 101.  More specifically, Examiner stated that claim 21 lacks the necessary physical articles or objects to constitute a machine.  Accordingly, Applicant has amended claim 21 to clarify that the claimed apparatus includes a processor, which is a machine, thus overcoming the non-statutory subject matter claim rejection.  These amendments find support in FIG. 5 of the instant application.  No new matter has been added.

**Rejections under 35 U.S.C. § 112**

Examiner rejected claim 8 under 35 U.S.C. § 112 as being indefinite. Accordingly, Applicant has amended claim 8 by replacing the term "can be" with the term "is" to overcome the claim rejection. No new matter has been added

**Rejections under 35 U.S.C. § 102**

Examiner rejected claims 1-28 under 35 U.S.C. § 102(e) as being anticipated by Schultz. Applicant respectfully disagrees because Schultz fails to disclose selecting a content piece from a content database comprising a plurality of content pieces based on user context.

Embodiments of the present invention provide a content management system that can deliver audio or visual content to a user in response to user activities and environmental factors (see instant application, par. [0026]). Prior to the operation, a user uploads a plurality of pieces of content into the system and specifies under which conditions a particular piece of content will be delivered (see instant application, pars. [0026], [0055], and [0091]). During the operation, the system gathers contextual information to determine an inferred context, and uses this context to identify a piece of content to be presented to the user (see instant application, par. [0028]). The system further determines whether a trigger condition is met, and if so, presents the identified content piece to the user (see instant application, par. [0090]). Note that different trigger conditions or user context will result in content with different substances being presented to the user (see instant application, Table 1).

In contrast, Schultz discloses aggregating context information and allowing the context information to be used by authorized context consumers (see Schultz, the Abstract). Although Examiner states that Schultz discloses selecting content associated with the trigger condition from a context database (see Office Action, page 5, ll. 11-13), Applicant respectfully points out that, in the cited text, Schultz discloses providing user-requested content using the highest resolution

12

that is possible based on the user's content (see Schultz, par. [0054]). Note that in the Schultz system the content is requested by the user, and user context determines the content delivery method. Schultz does not disclose selecting a piece of content to be presented from a plurality of content pieces based on the user context.

Accordingly, Applicant has amended claims 1, 13, and 21 to clarify that, in embodiments of the present invention, the system selects a piece of content from a content database comprising a plurality of content pieces based on the user context, and a different trigger condition results in a selection of a different content piece associated with a different substance. These amendments find support in pars. [0055] and [0090]-[0091], and Table 1 of the instant application. No new matter has been added.

Hence, Applicant respectfully submits that independent claims 1, 13, and 21 as presently amended are in condition for allowance. Applicant also submits that claims 2-12, which depend upon claim 1; claims 14-20, which depend upon claim 13; and claims 22-28, which depend upon claim 21, are for the same reasons in condition for allowance and for reasons of the unique combinations recited in such claims.

## **CONCLUSION**

It is submitted that the application is presently in form for allowance. Such action is respectfully requested.

                                               Respectfully submitted,

                          By        /Shun Yao/
                                  Shun Yao
                                  Registration No. 59,242

                        Date:  26 May 2011

Shun Yao
Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 759-1667
Fax: (530) 759-1665
Email: shun@parklegal.com