# EXHIBIT I

| | | |
|---|---|---|
| Application Number | : 11/803,920 | Confirmation Number: 7378 |
| Applicant | : Diana K. Smetters et al. | |
| Filed | : 15 May 2007 | |
| T.C./A.U. | : 2176 | |
| Examiner | : Rutledge, Amelia L. | |
| | | |
| Docket Number | : PARC-20061126-US-NP | |
| Customer No. | : 35699 | |

Amendment after Non Final Rejection
Via Electronic Filing

## AMENDMENT

Sir:

In response to the Office Action of **25 March 2010**, please amend the above-identified Application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

1

JXC Amendment A PARC-20061126 (non-final OAR).doc

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1\. (Currently Amended) A method for facilitating content dissemination, the method comprising:
  ~~allowing a user~~ providing a tool for an owner of a document to add a tag to ~~a first~~ the document, wherein the tag indicates an ~~operation~~ action to be performed on a portion of the document and a receiving entity corresponding to the action;
  processing the tag; and
  performing the ~~operation~~ action with respect to the corresponding receiving entity on the document portion based on the tag.

2\. (Currently Amended) The method of claim 1, wherein the tag also indicates ~~specifies one or more of:~~
  ~~an action;~~
  the portion of the document~~; and~~
  ~~a receiving entity corresponding to the action~~.

3\. (Currently Amended) The method of claim 2,
  wherein the action comprises one or more of:
    a showing of, sharing of, copying of, request of comment for, and a request of approval for the document portion with respect to the receiving entity;

| | |
|---|---|
| 6 | wherein the document portion ~~may include~~ includes one or more of: a |
| 7 | paragraph, a section, ~~and/or~~ and a specific text location; and |
| 8 | wherein the receiving entity ~~can be~~ is identified by at least one of: |
| 9 | one or more user identifiers, |
| 10 | one or more group identifiers, |
| 11 | one or more email addresses, |
| 12 | one or more network addresses, and |
| 13 | one or more pathnames. |

| | | |
|---|---|---|
| 1 | 4. | (Currently Amended) The method of claim 1, wherein ~~allowing the user~~ providing the tool for the owner of the document to add the tag comprises |
| 2 | | |
| 3 | | allowing the user to insert the tag inline within the document. |

| | | |
|---|---|---|
| 1 | 5. | (Original) The method of claim 4, wherein allowing the user to |
| 2 | | insert the tag in the document comprises: |
| 3 | | providing the user with a visual representation of a collection of tags; and |
| 4 | | allowing the user to select one or more tags from the collection of tags. |

| | | |
|---|---|---|
| 1 | 6. | (Original) The method of claim 1, |
| 2 | | wherein the operation includes sending the document portion to a second |
| 3 | | user; and |
| 4 | | wherein the method further comprises: |
| 5 | | receiving a second document or document portion in response to the |
| 6 | | operation performed; and |
| 7 | | modifying the first document based on the second document or document |
| 8 | | portion. |

| | | |
|---|---|---|
| 1 | 7. | (Original) The method of claim 1, further comprising receiving a |
| 2 | | user command which triggers the processing of the tag. |

3

1    8.    (Original) The method of claim 1, wherein the processing of the
2    tag is performed at pre-determined times.

1    9.    (Original) The method of claim 1, further comprising triggering
2    the processing of the tag based on one or more events.

1    10.   (Currently Amended) The method of claim 1, wherein performing
2    the ~~operation~~ action on the document portion comprises:
3           encrypting a copy of the document portion; and
4           sending the encrypted copy to the receiving entity.

1    11.   (Currently Amended) The method of claim 1, wherein performing
2    the ~~operation~~ action on the document portion comprises:
3           authenticating a copy of the document portion by signing the copy with a
4    digital signature; and
5           sending the authenticated copy to the receiving entity.

1    12.   (Currently Amended) The method of claim 1, wherein at least a
2    part of the tag is formulated in natural language or contains an abstract
3    specification which ~~can be~~ is used to identify at least one portion of the ~~first~~
4    document.

1    13.   (Currently Amended) A non-transitory computer-readable storage
2    medium storing instructions that when executed by a computer cause the
3    computer to perform a method for facilitating content dissemination, the method
4    comprising:
5           ~~allowing a user~~ providing a tool for an owner of a document to add a tag
6    to ~~a first~~ the document, wherein the tag indicates an ~~operation~~ action to be

4

JXC Amendment A PARC-20061126 (non-final OAR).doc

7  performed on a portion of the document and a receiving entity corresponding to
8  the action;
9       processing the tag; and
10      performing the ~~operation~~ action with respect to the corresponding
11 receiving entity on the document portion based on the tag.

1       14.   (Currently Amended) The storage medium of claim 13, wherein
2  the tag also indicates ~~specifies one or more of:~~
3       ~~an action;~~
4       -the portion of the document~~; and~~
5       ~~a receiving entity corresponding to the action~~.

1       15.   (Currently Amended) The storage medium of claim 14,
2       wherein the action comprises one or more of:
3            a showing of, sharing of, copying of, request of comment
4       for, and a request of approval for the document portion with
5       respect to the receiving entity;
6       wherein the document portion ~~may include~~ includes one or more of: a
7  paragraph, a section, ~~and/or~~ and a specific text location; and
8       wherein the receiving entity ~~can be~~ is identified by at least one of:
9       one or more user identifiers,
10      one or more group identifiers,
11      one or more email addresses,
12      one or more network addresses, and
13      one or more pathnames.

1       16.   (Currently Amended) The storage medium of claim 13, wherein
2  ~~allowing the user~~ providing the tool for the owner of the document to add the tag
3  comprises allowing the user to insert the tag inline within the document.

5

1    17.    (Original) The storage medium of claim 16, wherein allowing the
2    user to insert the tag in the document comprises:
3        providing the user with a visual representation of a collection of tags; and
4        allowing the user to select one or more tags from the collection of tags.

1    18.    (Original) The storage medium of claim 13,
2    wherein the operation includes sending the document portion to a second
3    user; and
4    wherein the method further comprises:
5    receiving a second document or document portion in response to the
6    operation performed; and
7    modifying the first document based on the second document or document
8    portion.

1    19.    (Original) The storage medium of claim 13, further comprising
2    receiving a user command which triggers the processing of the tag.

1    20.    (Original) The storage medium of claim 13, wherein the
2    processing of the tag is performed at pre-determined times.

1    21.    (Original) The storage medium of claim 13, further comprising
2    triggering the processing of the tag based on one or more events.

1    22.    (Currently Amended) The storage medium of claim 13, wherein
2    performing the ~~operation~~ action on the document portion comprises:
3        encrypting a copy of the document portion; and
4        sending the encrypted copy to the receiving entity.

1       23.     (Currently Amended) The storage medium of claim 13, wherein
2  performing the ~~operation~~ action on the document portion comprises:
3          authenticating a copy of the document portion by signing the copy with a
4  digital signature; and
5          sending the authenticated copy to the receiving entity.

1       24.     (Currently Amended) The storage medium of claim 13, wherein at
2  least a part of the tag is formulated in natural language or contains an abstract
3  specification which ~~can be~~ is used to identify at least one portion of the ~~first~~
4  document.

1       25.     (Currently Amended) A computer system that facilitates content
2  dissemination, the computer system comprising:
3          a processor;
4          a memory;
5          a tagging mechanism ~~to allow a user~~ configured to provide a tool for an
6  owner of a document to add a tag to a first document, wherein the tag indicates an
7  ~~operation~~ action to be performed on a portion of the document and a receiving
8  entity corresponding to the action; and
9          a tag processing mechanism to process the tag and perform the ~~operation~~
10 action with respect to the corresponding receiving entity on the document portion
11 based on the tag.

# REMARKS

In the Official Action mailed on **25 March 2010** (hereinafter "Office Action"), Examiner reviewed claims 1-25.  Examiner rejected claims 1-4, 6-8, 10, 12-16, 18-20, 22 and 24-25 under 35 U.S.C. § 102(b) based on Moody et al. (U.S. Patent No. 5,890,177, hereinafter "Moody").  Examiner rejected claims 5, 9, 11, 17 and 21-23.  Examiner rejected claims 5, 9, 11, 17, 21 and 23 under 35 U.S.C. § 103(a) based on Moody, in view of Bhogal et al. (U.S. Pub. No. 2005/0033813, hereinafter "Bhogal").

## Examiner Interview

Applicant thanks Examiner for the telephone interview conducted on 21 April 2010.  Applicant proposed amendments to the claims and argued that the cited reference Moody does not disclose a tag that **indicates an action** to be performed on a portion of the document, and **indicates a receiving entity** corresponding to the action.  Examiner agrees that the proposed amendments overcome the cited reference.  Accordingly, Applicant has incorporated the proposed amendments into this response.

## Rejections under 35 U.S.C. § 102

Examiner rejected claims 1-4, 6-8, 10, 12-16, 18-20, 22 and 24-25 under 35 U.S.C. § 102(b) based on Moody.  Applicant respectfully disagrees with Examiner's rejection.  Moody does not disclose a tag that **indicates an action** to be performed on a portion of the document, and **indicates a receiving entity** corresponding to the action.

Specifically, embodiments of the present invention provide a system that facilitates content dissemination.  During operation, the system allows an owner of a document to add a tag to the document, such that the tag indicates an action

to be performed on a portion of the document, and indicates a receiving entity corresponding to the action (see instant application at pars. [0038] and [0042]). The system then processes the tag, and performs the action with respect to the receiving entity on the document portion based on the tag (see instant application at par. [0082]).

In the Office Action, Examiner rejected the independent claims and claim 2, averring that Moody discloses the above limitations, citing to col. 5 at line 48 – col. 6 at line 55, and FIG. 3 of Moody (see Office Action at pages 3 – 4). However, Applicant respectfully notes that the cited sections of Moody merely disclose:

> When reviewing the changes, the duplicated paragraphs allow the author to see the edits in the different versions of the edited paragraphs in context. Each paragraph has a special tag at the beginning of the paragraph with the editor's initials and a number indicating a paragraph set to which the paragraph belongs (see Moody at col. 5, lines 54 – 59).

Thus, Moody merely discloses that a tag indicates an author and paragraph for an edit **that has already been applied** to a document. Moreover, Applicant respectfully points out that Moody is merely concerned with a system that **retrieves and compares edited copies** of a document, and creates a single marked-up document that displays the edited sections (see Moody, abstract). However, Applicant finds no disclosure in Moody that discloses a tag which indicates an action to be performed on a portion of the document, and indicates a receiving entity corresponding to the action.

Accordingly, Applicant has amended claims 1, 13, and 25 to clarify that a tag that indicates an action to be performed on a portion of the document, and indicates a receiving entity corresponding to the action. These amendments find support in paragraphs [0038] and [0042] of the instant application. Also, Applicant has amended claims 2-4, 10-12, 14-16, and 22-24 to improve claim language consistency. No new matter has been added.

Hence, Applicant respectfully submits that independent claims 1, 13, and 25 as presently amended are in condition for allowance.  Applicant also submits that claims 2-12, which depend upon claim 1, and claims 14-24, which depend upon claim 13, are for the same reasons in condition for allowance and for reasons of the unique combinations recited in such claims.

## **CONCLUSION**

It is submitted that the application is presently in form for allowance. Such action is respectfully requested.

                                          Respectfully submitted,

By    /Ying Wang/
        Ying Wang
        Registration No. 63,786

By    /Shun Yao/
        Shun Yao
        Registration No. 59,242

Date: 17 June 2010

Ying Wang
Park, Vaughan & Fleming LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 204-4051
Fax: (530) 759-1665
Email: annie@parklegal.com

Shun Yao
Park, Vaughan & Fleming LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 759-1667
Fax: (530) 759-1665
Email: shun@parklegal.com