# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff. <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB(MRWx) <br><br> **[PROPOSED] ORDER DENYING SNAP INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

The Court, having considered Snap Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and Palo Alto Research Center Inc.'s response thereto, is of the opinion that the Motion should be denied. It is therefore:

ORDERED that Defendant Snap Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is DENIED.

DATED:_____           _____

                                        André Birotte Jr.
                                        United States District Judge