# EXHIBIT 2

| | | |
|---|---|---|
| Application Number | : 12/326,457 | Confirmation Number: 3430 |
| Applicant | : Victoria M.E. Bellotti | |
| Filed | : 02 December 2008 | |
| T.C./A.U. | : 2165 | |
| Examiner | : Vu, Bai D. | |
| | | |
| Docket Number | : PARC-20080172-US-NP | |
| Customer No. | : 35,699 | |

Amendment after Final Rejection
Via Electronic Filing

## AMENDMENT

In response to the Official Action of **23 February 2012** (hereinafter "Office Action"), please amend the above-identified Application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 11 of this paper.

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1\. (Currently Amended) A method for delivering context-based content to a first user, the method comprising:

receiving at least one content package, wherein the content package includes at least one content piece and a <u>set of rules</u> ~~trigger condition~~ associated with the content package, <u>wherein the set of rules includes a trigger condition and an expected response,</u> and wherein the trigger condition specifies a context ~~or a user activity~~ that triggers a presentation of the content piece;

receiving a set of contextual information with respect to the first user;

processing the contextual information to determine a current context <u>for the first user</u> ~~or a current activity being performed by the first user~~;

determining whether ~~either or both~~ the current context ~~and the current activity of the first user satisfy~~ <u>satisfies</u> the trigger condition; [[and]]

in response to the trigger condition being satisfied, presenting the content piece to the first user<u>;</u>

<u>receiving a response from the first user corresponding to the presented content piece;</u>

<u>determining whether the received response matches the expected response; and</u>

<u>performing an action based on an outcome of the determination</u>.

1    2.    (Currently Amended) The method of claim 1, wherein the method
2  further comprises ~~allowing the first user to create~~ creating the content package for
3  the first user, wherein creating the content package involves: [[by:]]
4         recording the content piece that is provided by the first user;
5         creating an entry in a content database for the recorded content piece,
6  wherein the entry ~~is associated with~~includes one or more trigger conditions; and
7         associating the one or more trigger conditions for the entry with a user-
8  defined context; and
9         wherein the method further comprises:
10              continuously comparing previously defined trigger conditions for
11       the entry with the ongoing context of the first user ~~and/or user activity~~;
12       and
13              ~~when~~ in response to the one or more trigger conditions being
14       [[are]] met, retrieving the ~~associated~~ content piece, and presenting the
15       retrieved content piece to the first user.


1    3.    (Currently Amended) The method of claim 2, wherein the method
2  further comprises ~~allowing the first user to create~~ creating a shareable content
3  piece for the first user, wherein creating the sharable content piece involves:
4  [[by:]]
5         recording the sharable content piece that is provided by the first user; and
6         creating a content package for the recorded sharable content piece,
7  wherein the content package includes the recorded sharable content piece, and
8  wherein the content package includes one or more trigger conditions;
9         wherein the content package allows a recipient of the content package to
10 insert, modify, and/or remove content or trigger conditions from the content
11 package.

YD Amendment C PARC-20080172-US-NP (Non final OAR)

4.  (Original) The method of claim 1, wherein the method further comprises defining a context by:
    creating one or more context entries in a context manager; and
    associating a respective context entry with a set of contextual information.

5.  (Previously Presented) The method of claim 4, wherein the method further comprises updating entries in a content database and updating the context entries in the context manager responsive to actions performed by the first user.

6.  (Cancelled)

7.  (Currently Amended) The method of <u>claim 1</u><s>claim 6</s>, wherein the context <s>or the user activity</s> is defined as a combination of at least a high-level abstraction which corresponds to one or more low-level contextual information values, wherein the low-level contextual information values can correspond to one or more measurable parameters.

8.  (Currently Amended) The method of <u>claim 1</u><s>claim 6</s>, wherein a respective rule is defined with one or more high-level abstractions.

9.  (Currently Amended) The method of claim 8, further comprising allowing the first user to share the rules with a second user, wherein the second user can redefine the shared rules based on the second user's low-level contextual <s>and activity</s> parameters.

10. (Previously Presented) The method of claim 1, wherein presenting the content piece comprises sharing the content piece with a remote device.

1      11.    (Original) The method of claim 1, wherein the contextual
2  information includes one or more of: time, date, location, proximity to a system-
3  detectable tag, device orientation, velocity, direction, distance, vibration, altitude,
4  temperature, pressure, humidity, sound, luminous intensity, camera image, and
5  video stream.

1      12.    (Previously Presented) The method of claim 1, wherein the content
2  piece includes one or more of: audio clip, image, video stream, language lesson,
3  e-mail, weather report, calendar reminder, news feed, rich site summary (RSS)
4  feed, information update from a Web 2.0 application, and Internet blog.

1      13.    (Currently Amended) A computer-readable storage medium
2  storing instructions that when executed by a computer cause the computer to
3  perform a method for delivering context-based content to a first user, the method
4  comprising:
5      receiving at least one content package, wherein the content package
6  includes at least one content piece and a ~~trigger condition~~<u>set of rules</u> associated
7  with the content package, <u>wherein the set of rules includes a trigger condition and</u>
8  <u>an expected response,</u> and wherein the trigger condition specifies a context ~~or a~~
9  ~~user activity~~ that triggers a presentation of the content piece;
10     receiving a set of contextual information with respect to the first user;
11     processing the contextual information to determine a current context <u>for</u>
12  <u>the first user</u> ~~or a current activity being performed by the first user~~;
13     determining whether ~~either or both~~ the current context ~~and the current~~
14  ~~activity of the first user satisfy~~ <u>satisfies</u> the trigger condition; [[and]]
15     in response to the trigger condition being satisfied, presenting the content
16  piece to the first user<u>;</u>
17     <u>receiving a response from the first user corresponding to the presented</u>
18  <u>content piece;</u>

5

| | |
|---|---|
| 19 | <u>determining whether the received response matches the expected</u> |
| 20 | <u>response; and</u> |
| 21 | <u>performing an action based on an outcome of the determination</u>. |

| | |
|---|---|
| 1 | 14. (Currently Amended) The computer-readable storage medium of |
| 2 | claim 13, wherein the method further comprises ~~allowing the first user to create~~ |
| 3 | <u>creating</u> the content package <u>for the first user, wherein creating the content</u> |
| 4 | <u>package involves:</u> [[by:]] |
| 5 | recording the content piece that is provided by the first user; |
| 6 | creating an entry in a content database for the recorded content piece, |
| 7 | wherein the entry ~~is associated with~~<u>includes</u> one or more trigger conditions; and |
| 8 | associating <u>the</u> one or more trigger conditions for the entry with a user- |
| 9 | defined context; and |
| 10 | wherein the method further comprises: |
| 11 | continuously comparing previously defined trigger conditions for |
| 12 | the entry with the ongoing context of the first user ~~and/or user activity~~; |
| 13 | and |
| 14 | ~~when~~ <u>in response to</u> the one or more trigger conditions <u>being</u> |
| 15 | [[are]] met, retrieving the ~~associated~~ content piece and presenting the |
| 16 | retrieved content piece to the first user. |

| | |
|---|---|
| 1 | 15. (Currently Amended) The computer-readable storage medium of |
| 2 | claim 14, wherein the method further comprises ~~allowing the first user to create~~ |
| 3 | <u>creating</u> a shareable content piece <u>for the first user, wherein creating the sharable</u> |
| 4 | <u>content piece involves:</u> [[by:]] |
| 5 | recording the sharable content piece that is provided by the first user; and |
| 6 | creating a content package for the recorded sharable content piece, |
| 7 | wherein the content package includes the recorded sharable content piece, and |
| 8 | wherein the content package includes one or more trigger conditions; |

6

| | |
|---|---|
| 9 | wherein the content package allows a recipient of the content package to |
| 10 | insert, modify, and/or remove content and/or trigger conditions from the content |
| 11 | package. |

| | | |
|---|---|---|
| 1 | 16. | (Original) The computer-readable storage medium of claim 13, |
| 2 | | wherein the method further comprises defining a context by: |
| 3 | | creating one or more context entries in a context manager; and |
| 4 | | associating a respective context entry with a set of contextual information. |

| | | |
|---|---|---|
| 1 | 17. | (Previously Presented) The computer-readable storage medium of |
| 2 | | claim 16, wherein the method further comprises updating entries in a content |
| 3 | | database and updating the context entries in the context manager responsive to |
| 4 | | actions performed by the first user. |

| | | |
|---|---|---|
| 1 | 18. | (Cancelled) |

| | | |
|---|---|---|
| 1 | 19. | (Original) The computer-readable storage medium of claim 13, |
| 2 | | wherein the contextual information includes one or more of: time, date, location, |
| 3 | | proximity to a system-detectable tag, device orientation, velocity, direction, |
| 4 | | distance, vibration, altitude, temperature, pressure, humidity, sound, luminous |
| 5 | | intensity, camera image, and video stream. |

| | | |
|---|---|---|
| 1 | 20. | (Previously Presented) The computer-readable storage medium of |
| 2 | | claim 13, wherein the content piece includes one or more of: audio clip, image, |
| 3 | | video stream, language lesson, e-mail, weather report, calendar reminder, news |
| 4 | | feed, rich site summary (RSS) feed, information update from a Web 2.0 |
| 5 | | application, and Internet blog. |

1  21. (Currently Amended) An apparatus for delivering context-based
2  content to a first user, comprising:
3      a processor;
4      an input mechanism configured to receive a set of contextual information
5  with respect to the first user;
6      a receiving mechanism configured to receive at least one content package,
7  wherein the content package includes at least one content piece and a ~~trigger~~
8  ~~condition~~set of rules associated with the content package, wherein the set of rules
9  includes a trigger condition and an expected response, and wherein the trigger
10 condition specifies a context ~~or a user activity~~ that triggers a presentation of the
11 content piece;
12     a content delivery mechanism configured to present the context-based
13 content to a first user; and
14     a context manager configured to process the contextual information to
15 determine a current context for the first user ~~or a current activity being performed~~
16 ~~by the first user~~, and to determine whether ~~either or both~~ the current context ~~and~~
17 ~~the current activity of the first user satisfy~~satisfies the trigger condition;
18     wherein in response to the trigger condition being satisfied, the content
19 delivery mechanism is configured to present the content piece to the first user;
20 and
21     wherein while presenting the content piece to the first user, the content
22 delivery mechanism is further configured to:
23         receive a response from the first user corresponding to the
24     presented content piece,
25         determine whether the received response matches the expected
26     response, and
27         perform an action based on an outcome of the determination.

8

1    22.    (Currently Amended) The apparatus of claim 21, wherein the
2    apparatus further comprises a content management mechanism configured to
3    ~~allow the first user to~~ create the content package <u>for the first user, wherein</u>
4    <u>creating the content package involves:</u> [[by:]]
5        recording the content piece that is provided by the first user;
6        creating an entry in a content database for the recorded content piece,
7    wherein the entry ~~is associated with~~<u>includes</u> one or more trigger conditions;
8        associating <u>the</u> one or more trigger conditions for the entry with a user-
9    defined context;
10       continuously comparing previously defined trigger conditions for the entry
11   with the ongoing context of the first user ~~and/or user activity~~; and
12       ~~when~~ <u>in response to the</u> one or more trigger conditions <u>being</u> [[are]] met,
13   retrieving the ~~associated~~ content piece and presenting the retrieved content piece
14   to the first user.

1    23.    (Currently Amended) The apparatus of claim 22, wherein the
2    content management mechanism is further configured to ~~allow the first user to~~
3    create a shareable content piece <u>for the first user, wherein creating the sharable</u>
4    <u>content piece involves:</u> [[by:]]
5        recording the sharable content piece that is provided by the first user; and
6        creating a content package for the recorded sharable content piece,
7    wherein the content package includes the recorded sharable content piece, and
8    wherein the content package includes one or more trigger conditions;
9        wherein the content package allows a recipient of the content package to
10   insert, modify, and/or remove content or trigger conditions from the content
11   package.

1    24.    (Original) The apparatus of claim 21, wherein the context manager
2    defines a context by:

9
YD Amendment C PARC-20080172-US-NP (Non final OAR)

| | |
|---|---|
| 3 | creating one or more context entries for the context; and |
| 4 | associating a respective context entry with a set of contextual information. |

| | |
|---|---|
| 1 | 25.   (Previously Presented) The apparatus of claim 24, wherein the |
| 2 | apparatus is further configured to update entries in the content database and |
| 3 | update the user-defined context entries in the context manager responsive to |
| 4 | actions performed by the first user. |

| | |
|---|---|
| 1 | 26.   (Cancelled) |

| | |
|---|---|
| 1 | 27.   (Original) The apparatus of claim 21, wherein the contextual |
| 2 | information includes one or more of:  time, date, location, proximity to a system- |
| 3 | detectable tag, device orientation, velocity, direction, distance, vibration, altitude, |
| 4 | temperature, pressure, humidity, sound, luminous intensity, camera image, and |
| 5 | video stream. |

| | |
|---|---|
| 1 | 28.   (Previously Presented) The apparatus of claim 21, wherein the |
| 2 | content piece includes one or more of: audio clip, image, video stream, language |
| 3 | lesson, e-mail, weather report, calendar reminder, news feed, rich site summary |
| 4 | (RSS) feed, information update from a Web 2.0 application, and Internet blog. |

## REMARKS

In the Office Action mailed on **23 February 2012**, the Examiner reviewed claims 1-28. Examiner rejected claims 1, 5, 13, 17, and 21 under 35 U.S.C. § 112. Examiner rejected claims 1-5, 10-17, 19-25, and 27-28 under 35 U.S.C. § 102(b) as being anticipated by Brandenberg et al. (US Patent Pub. No. 2003/0063072, hereinafter "Brandenberg"). Examiner rejected claims 6-9, 18, and 26 under 35 U.S.C. § 103(a) as being unpatentable over Brandenberg, in view of Schultz et al. (US Patent Pub. No. 2009/0265764, hereinafter "Schultz").

### Examiner Interview

Applicant thanks Examiner for the phone interview conducted on 9 May 2012. Applicant proposed amendments to the claims and argued that the cited reference, Brandenberg, does not disclose determining whether a user response corresponding to a presented content piece matches an expected response, and performing an action on the content piece based on the outcome of the determination. Examiner agreed that the proposed amendments overcome the cited references. Accordingly, Applicant has incorporated the proposed amendments into this response.

### Rejections under 35 U.S.C. § 112

Examiner rejected claims 1, 5, 13, 17, and 21 under 35 U.S.C. § 112, second paragraph, as being indefinite. More specifically, Examiner stated that claims 1, 13, and 21 are indefinite for stating "determine whether both the current context and the current activity satisfy the trigger condition" while the previous portion of the claims states that determining them both is only optional. Accordingly, Applicant has amended claims 1, 13, and 21 to clarify that the system determines the current context, and then determines whether the current

11

context satisfies the trigger condition, thus obviating the rejection to these claims under 35 U.S.C. § 112.

Examiner rejected claim 21, stating that it is not clear what the presented content refers to. Accordingly, Applicant has amended claim 21 to clarify that the content delivery mechanism is configured to present "the context-based content" to the first user, thus obviating the rejection to claim 21 under 35 U.S.C. § 112.

Moreover, Examiner rejected claims 5 and 17, stating that it is unclear whether the recited claim limitation "a content database" refers to "a content database" recited in claims 2 and 14, respectively. Applicant respectfully points out that claim 5 depends upon claim 4, which depends upon claim 1. There is no dependency relationship between claim 2 and claim 5. Hence, the limitations of "a content database" in claim 2 and claim 5 are independent of each other. Similarly, there is no dependency relationship between claims 14 and 17, and thus the limitations of "a content database" in claim 14 and claim 17 are independent of each other.

**Rejections under 35 U.S.C. § 102 and 35 U.S.C. § 103**

Examiner rejected claims 1-5, 10-17, 19-25, and 27-28 under 35 U.S.C. § 102(b) as being anticipated by Brandenburg. Examiner rejected claims 6-9, 18, and 26 under 35 U.S.C. § 103(a) as being unpatentable over Brandenberg, in view of Schultz. Applicant respectfully disagrees with the rejection, because Brandenberg and Schultz do not disclose determining whether a user response corresponding to a presented content piece matches an expected response, and performing an action on the content piece based on the outcome of the determination.

Embodiments of the present invention provide a content management system that can deliver audio or visual content to a user based on a user context (see instant application, par. [0026]). Prior to the operation, the content management system receives a set of content packages, wherein a content

12

package includes a collection of content and a set of rules for presenting the content package (see instant application, par. [0055]). The set of rules includes at least one trigger condition and a pre-defined expected response (see instant application, par. [0056]). Once the trigger condition is met, the content management system delivers the content to the user (see instant application, par. [0090]). Subsequently, the system receives a response from the user corresponding to the presented content, determines whether the response matches the pre-defined expected response, and performs an action based on the outcome of the determination (see instant application, pars. [0062]-[0064]). For example, if the user fails to mimic the played audio signal correctly, the system replays the audio file for the user (see instant application, par. [0056]).

In contrast, Brandenberg merely discloses determining which items of digital content are relevant to the user and transmitting the content to the client device (see Brandenberg, the Abstract). Brandenberg fails to disclose determining whether a user response corresponding to a presented content piece matches an expected response, and performing an action on the content piece based on the outcome of the determination.

Schultz discloses that context information can be aggregated and used by authorized context consumers (see Schultz, the Abstract). Schultz does not disclose receiving a user response after the content is presented.

Accordingly, Applicant has amended claims 1, 13, and 21 to clarify that, in embodiments of the present invention, the system determines whether a user response corresponding to a presented content piece matches an expected response, and performs an action on the content piece based on the outcome of the determination. These amendments find support in pars. [0062]-[0064] of the instant application. Claims 6, 18, and 26 have been cancelled without prejudice. No new matter has been added.

Hence, Applicant respectfully submits that independent claims 1, 13, and 21 as presently amended are in condition for allowance. Applicant also submits

that claims 2-5 and 7-12, which depend upon claim 1; claims 14-17 and 19-20, which depend upon claim 13; and claims 22-25 and 27-28, which depend upon claim 21, are for the same reasons in condition for allowance and for reasons of the unique combinations recited in such claims.

## **CONCLUSION**

It is submitted that the application is presently in form for allowance. Such action is respectfully requested.

Respectfully submitted,

By     /Jorge Campos/
Jorge Campos
Registration No. 62,872

Date: 23 May 2012

Jorge Campos
Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (408) 402-8157
Fax: (530) 759-1665
Email: jorge@parklegal.com