**EXHIBIT 5**

|                     |                       |                              |
|---------------------|-----------------------|------------------------------|
| Application Number  | : 13/873,061          | Confirmation Number: 1776    |
| Applicant           | : Michael Roberts     |                              |
| Filed               | : 29 April 2013       |                              |
| T.C./A.U.           | : 2129                |                              |
| Examiner            | : Chen, Alan S.       |                              |
|                     |                       |                              |
| Docket Number       | : PARC-20121083-US-NP |                              |
| Customer No.        | : 35,699              |                              |

Amendment after Non Final Rejection
Via Electronic Filing

# AMENDMENT

In response to the Official Action of 7 April 2015 (hereinafter "Office Action"), please amend the above-identified Application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 3 of this paper.

**Remarks/Arguments** begin on page 10 of this paper.

# AMENDMENTS TO THE SPECIFICATION

**Please replace paragraph [0039] with the following amended paragraph:**

[0039] The server may write the event data to storage, analyze the data, and/or publish the event data.  The server may write the data to storage for subsequent analysis.  The server may transfer event information from an event ~~posting 3022 data store adapter 304~~ posting interface 302 to data store adapter 304.  Such event information may be transferred via a real-time event stream, which may include streams of real-time events for each user.  The server may use a data store adapter 304 to record events to low-level storage, such as low-level event history database 306.  Low-level event history database 306 can be, for example, a NoSQL database storing low-level event history information.

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

## Listing of Claims:

1     1. (Currently Amended) A method~~computer-executable method~~
2  ~~performed by a server to provide user information to a recommender~~, comprising:
3     ~~receiving, from the recommender, a registration for notification of~~
4  ~~changes to a context graph, wherein the context graph includes~~
5  ~~information about user behavior and/or user interests;~~
6     receiving, from a mobile device, event data derived from
7  contextual data collected using detectors that detect <u>a physical context</u>
8  <u>surrounding</u> the mobile device~~'s physical surroundings~~;
9     modifying ~~the context~~<u>a context</u> graph <u>that stores facts and</u>
10  <u>assertions about a user's behavior and interests using</u>~~based on~~ the event
11  data;
12  ~~determining that the modification to the context graph matches the~~
13  ~~registration; and~~
14     <u>in response to determining that there exists a registration for</u>
15  <u>notification of changes that matches the modification to the context graph,</u>
16  sending a notification of context graph change to <u>a recommender</u>~~the~~
17  ~~recommender~~.

1    2.    (Currently Amended) The method of claim 1, further comprising:
2    receiving, from the mobile device, additional event data including
3 application event data and/or operating system event data;
4    modifying the context graph based on the additional event data;
5    determining that the modification to the context graph matches the
6 registration; and
7    sending a <u>second</u> notification of context graph change to the recommender.

1    3.    (Original) The method of claim 1, wherein the event data includes
2    high-level event data generated by the mobile device from contextual data.

1    4.    (Original) The method of claim 1, further comprising:
2    receiving a query for context graph data from the recommender; and
3    sending the context graph data to the recommender.

1    5.    (Currently Amended) The method of claim 1, further comprising:
2    receiving real-time event data through a RESTful WebAPI; and
3    modifying the context graph ~~data~~ based on the received real-time event
4 data.

1    6.    (Currently Amended) The method of claim 1, further comprising:
2    receiving bulk upload of event data through an event posting interface; and
3    modifying the context graph ~~data~~ based on the received bulk upload event
4 data.

1    7.    (Currently Amended) A <u>non-transitory</u> computer-readable storage
2 medium storing instructions that when executed by a computer cause the

3   computer to <u>perform a method</u><s>provide user information to a recommender</s>, the
4   method comprising:
5         <s>receiving, from the recommender, a registration for notification of</s>
6         <s>changes to a context graph, wherein the context graph includes</s>
7         <s>information about user behavior and/or user interests;</s>
8         receiving, from a mobile device, event data derived from
9   contextual data collected using detectors that detect <u>a physical context</u>
10  <u>surrounding</u> the mobile device<s>'s physical surroundings</s>;
11        modifying <s>the context</s><u>a context</u> graph <u>that stores facts and</u>
12  <u>assertions about a user's behavior and interests using</u><s>based on</s> the event
13  data;
14        <s>determining that the modification to the context graph matches the</s>
15  <s>registration; and</s>
16        <u>in response to determining that there exists a registration for</u>
17  <u>notification of changes that matches the modification to the context graph,</u>
18  sending a notification of context graph change to <u>a recommender</u> <s>the</s>
19  <s>recommender</s>.

1       8.   (Currently Amended) The <u>non-transitory</u> computer-readable
2   storage medium of claim 7, wherein the computer-readable storage medium stores
3   additional instructions that, when executed, cause the computer to perform
4   additional steps comprising:
5       receiving, from the mobile device, additional event data including
6   application event data and/or operating system event data;
7       modifying the context graph based on the additional event data;
8       determining that the modification to the context graph matches the
9   registration; and
10      sending a <u>second</u> notification of context graph change to the recommender.

5

1        9.        (Currently Amended) The <u>non-transitory</u> computer-readable
2    storage medium of claim 7, wherein the event data includes high-level event data
3    generated by the mobile device from contextual data.

1        10.       (Currently Amended) The <u>non-transitory</u> computer-readable
2    storage medium of claim 7, further comprising:
3            receiving a query for context graph data from the recommender; and
4            sending the context graph data to the recommender.

1        11.       (Currently Amended) The <u>non-transitory</u> computer-readable
2    storage medium of claim 7, further comprising:
3            receiving real-time event data through a RESTful WebAPI; and
4            modifying the context graph ~~data~~ based on the received real-time event
5    data.

1        12.       (Currently Amended) The <u>non-transitory</u> computer-readable
2    storage medium of claim 7, further comprising:
3            receiving bulk upload of event data through an event posting interface; and
4            modifying the context graph ~~data~~ based on the received bulk upload event
5    data.

1        13.       (Currently Amended) A computing system ~~for providing user~~
2    ~~information to a recommender, the system~~ comprising:
3            one or more processors,
4            a <u>non-transitory</u> computer-readable medium coupled to the one or more
5    processors having instructions stored thereon that, when executed by the one or
6    more processors, cause the one or more processors to perform operations
7    comprising:

8   ~~receiving, from the recommender, a registration for notification of changes~~
9   ~~to a context graph, wherein the context graph includes information about user~~
10   ~~behavior and/or user interests;~~
11   receiving, from a mobile device, event data derived from contextual data
12   collected using detectors that detect <u>a physical context surrounding</u> the mobile
13   device<u>'s physical surroundings</u>;
14   modifying ~~the context~~<u>a context</u> graph <u>that stores facts and assertions about</u>
15   <u>a user's behavior and interests using</u>~~based on~~ the event data;
16   ~~determining that the modification to the context graph matches the~~
17   ~~registration; and~~
18   <u>in response to determining that there exists a registration for notification of</u>
19   <u>changes that matches the modification to the context graph,</u> sending a notification
20   of context graph change to <u>a recommender</u>~~the recommender~~.

1   14.   (Currently Amended) The computer-readable storage medium of
2   claim 13, wherein the computer-readable storage medium stores additional
3   instructions that, when executed, cause the computer to perform additional steps
4   comprising:
5   receiving, from the mobile device, additional event data including
6   application event data and/or operating system event data;
7   modifying the context graph based on the additional event data;
8   determining that the modification to the context graph matches the
9   registration; and
10   sending a <u>second</u> notification of context graph change to the recommender.

1   15.   (Original) The computer-readable storage medium of claim 13,
2   wherein the event data includes high-level event data generated by the mobile
3   device from contextual data.

1       16.     (Original) The computer-readable storage medium of claim 13,
2       wherein the computer-readable storage medium stores additional instructions that,
3       when executed, cause the computer to perform additional steps comprising:
4               receiving a query for context graph data from the recommender; and
5               sending the context graph data to the recommender.

1       17.     (Currently Amended) The computer-readable storage medium of
2       claim 13, wherein the computer-readable storage medium stores additional
3       instructions that, when executed, cause the computer to perform additional steps
4       comprising:
5               receiving real-time event data through a RESTful WebAPI; and
6               modifying the context graph ~~data~~ based on the received real-time event
7       data.

1       18.     (Currently Amended) The computer-readable storage medium of
2       claim 13, wherein the computer-readable storage medium stores additional
3       instructions that, when executed, cause the computer to perform additional steps
4       comprising:
5               receiving bulk upload of event data through an event posting interface; and
6               modifying the context graph ~~data~~ based on the received bulk upload event
7       data.

1       19.     (New) The method of claim 1, further comprising:
2               sending a second notification to the recommender by pushing events into
3       the recommender's publish/subscribe system asynchronously using a long-poll
4       persistent push connection.

| | |
|---|---|
| 1 | 20. (New) The method of claim 1, wherein sending the |
| 2 | notification comprises notifying the recommender of topological changes |
| 3 | in the context graph and/or changes to individual properties of nodes and |
| 4 | edges in the context graph. |
| 5 | |

# REMARKS

In the Office Action mailed on **07 April 2015**, Examiner reviewed claims 1-18. Examiner objected to the specification. Examiner rejected claims 7-12 under 35 U.S.C. § 101. Examiner rejected claims 1-18 under 35 U.S.C. § 102(a) as being anticipated by Ravindra et al. (US Pub. No. 2013/0110992, hereinafter "Ravindra").

## Examiner Interview

Applicant thanks Examiner for the phone interview conducted on 29 June 2015. Applicant proposed amendments to the claims and argued that the cited reference, Ravindra, does not disclose a system that, upon determining that a registration exists for a context graph modification, sends a notification of context graph change to a recommender. No agreement was reached. Applicant has amended the claims in this response.

## Objections to the Specification

Examiner objected to the specification. Examiner objected to the specification, stating that paragraph [0039] includes informalities. Accordingly, applicant has amended the specification to correct the informalities. No new matter has been added.

## Rejections under 35 U.S.C. § 101

Examiner rejected claims 7-12 under 35 U.S.C. § 101. More specifically, Examiner stated that the claimed invention is directed to non-statutory subject matter. Accordingly, Applicant has amended claims 7-12 to clarify that the claimed embodiments are directed to a non-transitory computer-readable storage medium, thus obviating the claim rejections based on the non-statutory subject

matter.  No new matter has been added.

**<u>Rejections under 35 U.S.C. § 102</u>**

Examiner rejected claims 1-18 under 35 U.S.C. § 102(a) as being anticipated by Ravindra.  Applicant respectfully points out to Examiner that Ravindra does not disclose a system that, in response to determining that there exists a registration for notification of changes that matches a modification to a context graph, sends a notification of context graph change to a recommender.

Embodiments of the present invention provide a system for a server to provide user information to a recommender.  During operation, the system receives, from a mobile device, event data derived from contextual data collected using detectors that detect a physical context surrounding the mobile device.  The system then modifies a context graph that stores facts and assertions about a user's behavior and interests using the event data.  In response to determining that there exists a registration for notification of changes that matches the modification to the context graph, the system sends a notification of context graph change to the recommender.[1]

In the Office Action, the Examiner states that Ravindra discloses "determining that the modification to the context graph matches the registration,"[2] citing to paragraphs 161-163 and figure 7 of Ravindra, and "sending a notification of context graph change to the recommender,"[3] citing to figures 11 and 12 of Ravindra.

Ravindra does not describe a context graph.  Ravindra describes a factor graph.  Ravindra discloses that a "factor graph is one example of a graphical representation of the probability distributions featuring nodes, or factors, each of

---

1 See instant application at least in pars. [0022]-[0025], [00 36], [0061] and FIG. 3-FIG. 6.
2 See Office Action, page 4
3 See Office Action, page 4

which represents an arbitrary multivariate function."[4] A factor graph with nodes representing multivariate functions is not the same as a context graph. As described in the instant specification, a context graph is a "model that stores facts and assertions about a user's behavior and interests." The factor graph of Ravindra stores no facts or assertions about the user's behavior and interests. The nodes of Ravindra merely represent multivariate functions associated with probability distributions[5], and does not go so far as to represent a fact or assertion about the user's behavior and interests.

Ravindra discloses "unauthorized applications that are not registered with the trust manager 710 will be unable to make requests for recommendations or action cues from the profile service 750 or 850"[6] and "an application declares an intention to query the profile service 750 for certain data."[7]

Ravindra at most describes that an application registers with a trust manager, to allow the application to request recommendations or action cues from the profile service.[8] In Ravindra, an application registering with a trust manager does not cause the profile service to send notification of any graph changes to the application. Rather, the application only receives data (e.g., recommendations) from the profile service by submitting an explicit request for the data from the profile service, which is separate from the trust manager. Furthermore, the profile service in Ravindra does not continuously monitor a graph for changes and send notification to the application when a change is detected in the graph's topology.

Hence, Ravindra is limited to requiring an application to query the profile service each time the application requests data, and does not go so far as to send a notification of context graph change to a recommender, in response to determining that there exists a registration for notification of changes that matches

---

4 See Ravindra, paragraph [0093]
5 See Ravindra, paragraph [0093]
6 See Ravindra, paragraph [0161]
7 See Ravindra, paragraph [0163]

12

a modification to the context graph. Support for the amendments can be found at least in paragraphs 23, 41, 43, 51, 53, 54, 61 of the instant specification.

Accordingly, Applicant has amended independent claims 1, 7, and 13 to clarify that embodiments of the present invention disclose a system that, in response to determining that there exists a registration for notification of changes that matches a modification to a context graph, sends a notification of context graph change to a recommender. These amendments find support in paragraphs 23, 28, 41, 43, 51, 53, 54, and 61 of the instant application. Support for new claims 19 and 20 can be found in paragraphs 43 and 51 of the instant application. No new matter has been added.

Hence, Applicant respectfully submits that independent claims 1, 7, and 13 as presently amended are in condition for allowance. Applicant also submits that claims 2-6, which depend upon claim 1, claims 8-12, which depend upon claim 7, claims 14-18, which depend upon claim 13, are for the same reasons, as well as for reasons of the unique combinations recited in such claims, in condition for allowance.

---

8 See Ravindra, paragraph [0161]

## CONCLUSION

It is submitted that the application is presently in form for allowance. Such action is respectfully requested.

Respectfully submitted,

By     /Jorge Campos/
            Jorge Campos
            Registration No. 62,872

Date: 7 July 2015

By     /HowardHLouie/
            Howard Louie
            Registration No. 60,820

Date: 7 July 2015

Jorge Campos
PARK, VAUGHAN, FLEMING, & DOWLER LLP
2800 Fifth Street, Suite 110
Davis, CA 95618-7759
Tel: (408) 402-8157
Fax: (530) 204-4064
Email: jorge@parklegal.com

Howard H. Louie
PARK, VAUGHAN, FLEMING, & DOWLER LLP
2800 Fifth Street, Suite 110
Davis, CA 95618-7759
Tel: (530) 746-7840
Fax: (530) 204-4064
Email: howard@parklegal.com