# EXHIBIT B

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-10753 | DATE FILED<br>11/25/2020 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>PALO ALTO RESEARCH CENTER INC. | | DEFENDANT<br>FACEBOOK, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | U.S. 8,489,599 | 7/16/2013 | Palo Alto Research Center Incorporated |
| 2 | U.S. 9,208,439 | 12/8/2015 | Palo Alto Research Center Incorporated |
| 3 | U.S. 9,137,190 | 9/15/2015 | Palo Alto Research Center Incorporated |
| 4 | U.S. 8,732,584 | 5/20/2014 | Palo Alto Research Center Incorporated |
| 5 | U.S. 7,043,475 | 5/9/2006 | Palo Alto Research Center Incorporated |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | | INCLUDED BY | | | |
|---|---|---|---|---|---|
| | | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☑ Other Pleading |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | |
| 1 | U.S. 8,606,781 | 12/10/2013 | Palo Alto Research Center Incorporated | | |
| 2 | U.S. 7,167,871 | 1/23/2007 | Palo Alto Research Center Incorporated | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-10754 | DATE FILED<br>11/25/2020 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br><br>PALO ALTO RESEARCH CENTER INC. | | DEFENDANT<br><br>TWITTER, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | U.S. 8,489,599 | 7/16/2013 | Palo Alto Research Center Incorporated |
| 2 | U.S. 9,208,439 | 12/8/2015 | Palo Alto Research Center Incorporated |
| 3 | U.S. 8,966,362 | 2/24/2015 | Palo Alto Research Center Incorporated |
| 4 | U.S. 8,606,781 | 12/10/2013 | Palo Alto Research Center Incorporated |
| 5 | U.S. 7,043,475 | 5/9/2006 | Palo Alto Research Center Incorporated |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☑ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | U.S. 7,167,871 | 1/23/2007 | Palo Alto Research Center Incorporated |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-10755 | DATE FILED<br>11/25/2020 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br><br>PALO ALTO RESEARCH CENTER INC. | | DEFENDANT<br><br>SNAP, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | U.S. 8,489,599 | 7/16/2013 | Palo Alto Research Center Incorporated |
| 2 | U.S. 9,208,439 | 12/8/2015 | Palo Alto Research Center Incorporated |
| 3 | U.S. 8,966,362 | 2/24/2015 | Palo Alto Research Center Incorporated |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/873,061 | 12/08/2015 | 9208439 | PARC-20121083-US-NP | 1776 |

35699          7590          11/18/2015

PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 282 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Michael Roberts, Los Gatos, CA;
Shane P. Ahern, Foster City, CA;
Oliver Brdiczka, Mountain View, CA;
PALO ALTO RESEARCH CENTER INCORPORATED, Palo Alto, CA

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**   Mail Stop ISSUE FEE
      Commissioner for Patents
      P.O. Box 1450
      Alexandria, Virginia 22313-1450
   or **Fax**  (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

```
35699        7590        08/05/2015
PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759
```

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

                    (Depositor's name)

                    (Signature)

                    (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/873,061 | 04/29/2013 | Michael Roberts | PARC-20121083-US-NP | 1776 |

TITLE OF INVENTION: GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 11/05/2015 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| CHEN, ALAN S | 2129 | 706-046000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☒ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Shun Yao
2  Park, Vaughan, Fleming &
3  Dowler LLP

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE
PALO ALTO RESEARCH CENTER INCORPORATED

(B) RESIDENCE: (CITY and STATE OR COUNTRY)
PALO ALTO, CA

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number 240037 (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ Applicant certifying micro entity status. See 37 CFR 1.29
☐ Applicant asserting small entity status. See 37 CFR 1.27
☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /SHUN YAO, REG.# 59242/     Date 04 NOVEMBER 2015

Typed or printed name SHUN YAO     Registration No. 59,242

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.  OMB 0651-0033  U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13873061 |
| **Filing Date:** | 29-Apr-2013 |
| **Title of Invention:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **First Named Inventor/Applicant Name:** | Michael Roberts |
| **Filer:** | Shun Yao |
| **Attorney Docket Number:** | PARC-20121083-US-NP |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Utility Appl Issue Fee | 1501 | 1 | 960 | 960 |
| Publ. Fee- Early, Voluntary, or Normal | 1504 | 1 | 0 | 0 |

**Extension-of-Time:**

**Miscellaneous:**

| | |
|---|---|
| **Total in USD ($)** | **960** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 23991028 |
| **Application Number:** | 13873061 |
| **International Application Number:** | |
| **Confirmation Number:** | 1776 |
| **Title of Invention:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **First Named Inventor/Applicant Name:** | Michael  Roberts |
| **Customer Number:** | 35699 |
| **Filer:** | Shun Yao |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | PARC-20121083-US-NP |
| **Receipt Date:** | 04-NOV-2015 |
| **Filing Date:** | 29-APR-2013 |
| **Time Stamp:** | 20:10:39 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 960 |
| RAM confirmation Number | 8660 |
| Deposit Account | 240037 |
| Authorized User | YAO, SHUN |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | Authorization-deposit-account-PARC.pdf | 21989<br>0703504a8c0f45b447dce3672d85c4cc6a86d7ee | no | 1 |

**Warnings:**

**Information:**

| 2 | Maintenance Fee Address Change | PARC-20121083-US-NP_Fee_address.pdf | 210184<br>01ace52b0b928012dfdfe85a10f8ec313c13e8bf | no | 2 |

**Warnings:**

**Information:**

| 3 | Issue Fee Payment (PTO-85B) | PARC-20121083-US-NP_Transmittal.pdf | 93688<br>2ffd6dbbbf1debeae66de7521a0c903b93ed4bff | no | 1 |

**Warnings:**

**Information:**

| 4 | Fee Worksheet (SB06) | fee-info.pdf | 32382<br>b608f409e1e47b0b31b716316b78a84ae450d25d | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 358243 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# AUTHORIZATION TO DEDUCT ANY UNDERPAYMENTS OR CREDIT ANY OVERPAYMENTS TO DEPOSIT ACCOUNT 24-0037

Please deduct any underpayments, credit any overpayments, and charge all required extension of time fees associated with attached filing to Deposit Account Number 24-0037.

Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel:  (530) 759-1661
Fax: (530) 759-1665
Email: richard@parklegal.com

Respectfully submitted,

By _A. Rick M_

A. Richard Park
Registration No. 41,241

PTO/SB/47 (03-09)
Approved for use through 05/31/2015. OMB 0651-0016
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# "FEE ADDRESS" INDICATION FORM

| Address to: | Fax to: |
|---|---|
| **Mail Stop M Correspondence** | **571-273-6500** |
| **Commissioner for Patents**       - OR - | |
| **P.O. Box 1450** | |
| **Alexandria, VA 22313-1450** | |

> **INSTRUCTIONS:** The issue fee must have been paid for application(s) listed on this form.  In addition, only an address represented by a Customer Number can be established as the fee address for maintenance fee purposes (hereafter, fee address).  A fee address should be established when correspondence related to maintenance fees should be mailed to a different address than the correspondence address for the application. **When to check the first box below**: If you have a Customer Number to represent the fee address. **When to check the second box below**: If you have no Customer Number representing the desired fee address, in which case a completed Request for Customer Number (PTO/SB/125) must be attached to this form.  For more information on Customer Numbers, see the Manual of Patent Examining Procedure (MPEP) § 403.

For the following listed application(s), please recognize as the "Fee Address" under the provisions of 37 CFR 1.363 the address associated with:

[✔] Customer Number: **25453**

*OR*

[ ] The attached Request for Customer Number (PTO/SB/125) form.

| PATENT NUMBER (if known) | APPLICATION NUMBER |
|---|---|
| | 13/873,061 |

Completed by (check one):

[ ] Applicant/Inventor

/Shun Yao, Reg.# 59242/
Signature

[✔] Attorney or Agent of record  59242
(Reg. No.)

Shun Yao
Typed or printed name

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed.
(Form PTO/SB/96)

530-746-7839
Requester's telephone number

[ ] Assignee recorded at Reel _____ Frame_____

04 November 2015
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more that one signature is required, see below*.

[ ] * Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.363.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1. 11 and 1.14. This collection is estimated to take 5 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alex andria, VA  22313- 1450. DO NOT SEND COMPLETE D FORMS TO THIS A DDRESS.
**SEND TO:  Mail Stop M Correspondence, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 35699 | 7590 | 08/05/2015 |
|---|---|---|

PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

| EXAMINER |
|---|
| CHEN, ALAN S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2129 | |

DATE MAILED: 08/05/2015

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/873,061 | 04/29/2013 | Michael Roberts | PARC-20121083-US-NP | 1776 |

TITLE OF INVENTION: GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 11/05/2015 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.  THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT.  SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.  SEE 35 U.S.C. 151.  THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.  IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax**   **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

35699          7590          08/05/2015

PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/873,061 | 04/29/2013 | Michael Roberts | PARC-20121083-US-NP | 1776 |

TITLE OF INVENTION: GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 11/05/2015 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| CHEN, ALAN S | 2129 | 706-046000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                     (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/873,061 | 04/29/2013 | Michael Roberts | PARC-20121083-US-NP | 1776 |

35699        7590        08/05/2015

PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

| EXAMINER |
|---|
| CHEN, ALAN S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2129 | |

DATE MAILED: 08/05/2015

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

|  | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Notice of Allowability*** | 13/873,061 | ROBERTS ET AL. | |
|  | Examiner | Art Unit | AIA (First Inventor to File) Status |
|  | ALAN CHEN | 2129 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *amendment received on 7/7/2015*.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-20*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All    b) ☐ Some   *c) ☐ None of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/ALAN CHEN/
Primary Examiner, Art Unit 2129



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 1776**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 13/873,061 | 04/29/2013 **RULE** | 706 | 2129 | PARC-20121083-US-NP |

**APPLICANTS**
   PALO ALTO RESEARCH CENTER INCORPORATED, Palo Alto, CA

**INVENTORS**
   Michael Roberts, Los Gatos, CA;
   Shane P. Ahern, Foster City, CA;
   Oliver Brdiczka, Mountain View, CA;

**** CONTINUING DATA ***************************

**** FOREIGN APPLICATIONS ***************************

**** IF REQUIRED, FOREIGN FILING LICENSE GRANTED ****
   06/05/2013

| | | | |
|---|---|---|---|
| Foreign Priority claimed ☐ Yes ☑ No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS |
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | | | |
| Verified and Acknowledged _/ALAN CHEN/_ Examiner's Signature | Initials | | |

| STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|
| CA | 8 | 18 | 3 |

**ADDRESS**
   PVF -- PARC
   c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
   2820 FIFTH STREET
   DAVIS, CA 95618-7759
   UNITED STATES

**TITLE**
   GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM

| FILING FEE RECEIVED 1740 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13873061 | ROBERTS ET AL. |
| | Examiner | Art Unit |
| | ALAN CHEN | 2129 |

**CPC**

| Symbol | | | Type | Version |
|---|---|---|---|---|
| G06N | 5 | 02 | F | 2013-01-01 |
| G06Q | 30 | 0269 | I | 2013-01-01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |

| NONE | Total Claims Allowed: | |
|---|---|---|
| | 20 | |
| (Assistant Examiner)           (Date) | | |
| /ALAN CHEN/<br>Primary Examiner.Art Unit 2129           8/2/2015 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)           (Date) | 1 | 5&6 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13873061 | ROBERTS ET AL. |
| | **Examiner** | **Art Unit** |
| | ALAN CHEN | 2129 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | | | | | **NON-CLAIMED** | | | | |
| 706 | 45 | G | 0 | 6 | N | 5 / 02 (2006.01.01) | | | | | | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /ALAN CHEN/ Primary Examiner.Art Unit 2129 | 8/2/2015 | **O.G. Print Claim(s)** | **O.G. Print Figure** |
| (Primary Examiner) | (Date) | 1 | 5&6 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13873061 | ROBERTS ET AL. |
| | **Examiner** | **Art Unit** |
| | ALAN CHEN | 2129 |

| ☒ | Claims renumbered in the same order as presented by applicant | ☐ | CPA | ☐ | T.D. | ☐ | R.1.47 |

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /ALAN CHEN/ Primary Examiner.Art Unit 2129 | 8/2/2015 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 5&6 |

U.S. Patent and Trademark Office

Part of Paper No. 20150802

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13873061 | ROBERTS ET AL. |
| | **Examiner** | **Art Unit** |
| | ALAN CHEN | 2129 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| G06N 5/02 | 4/2/2015 | AC |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 710 | | 4/2/2015 | AC |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| USPAT, USPGPUB, EPO, JPO, DERWENT, IBM_TDB; Inventor's search | 4/2/2015 | AC |
| updated EAST | 8/2/2015 | AC |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | see search history printouts | 8/2/2015 | AC |

| | /ALAN CHEN/ Primary Examiner.Art Unit 2129 |
|---|---|

United States Patent and Trademark Office

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/873,061 | 04/29/2013 | Michael Roberts | PARC-20121083-US-NP | 1776 |

35699        7590        07/09/2015
PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

| EXAMINER |
|---|
| CHEN, ALAN S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2129 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/09/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Office.Action@xerox.com
sy_incoming@parklegal.com

| *Applicant-Initiated Interview Summary* | Application No. | Applicant(s) |
| | 13/873,061 | ROBERTS ET AL. |
| | Examiner | Art Unit | |
| | ALAN CHEN | 2129 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *ALAN CHEN*.                                          (3)_____.

(2) *Howard Louie (Reg. No. 60,820)*.          (4)_____.

Date of Interview: *29 June 2015*.

Type:  ☒ Telephonic   ☐ Video Conference
       ☐ Personal [copy given to: ☐ applicant   ☐ applicant's representative]

Exhibit shown or demonstration conducted:  ☐ Yes   ☐ No.
   If Yes, brief description: _____.

Issues Discussed   ☐101 ☐112 ☐102 ☐103 ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: *1*.

Identification of prior art discussed: *Ravindra et al.*.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

   *Examiner suggests adding a limitation regarding continuously monitoring a graph for changes and sending notification of any changes to the graph to an application, in addition to the proposed amendment to claim 1.  This will better assist in differentiating the claims from Ravindra et al.*.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☒ Attachment

| /ALAN CHEN/ | |
| Primary Examiner, Art Unit 2129 | |

**Summary of Record of Interview Requirements**

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant.  An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2  Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing.  The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary.  The action of the Patent and Trademark Office will be based exclusively on the written record in the Office.  No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so.  It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks.  Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below.  Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper.  In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview.  In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by
    attachment of a copy of amendments or claims agreed as being allowable).  Note: Agreement as to allowability is tentative and does
    not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.
A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the
    Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
        (The identification of arguments need not be lengthy or elaborate.  A verbatim or highly detailed description of the arguments is not
        required.  The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the
        examiner can be understood in the context of the application file.  Of course, the applicant may desire to emphasize and fully
        describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by
    the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview.  If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

**Examiner to Check for Accuracy**

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her.  If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

Application Number  :  13/873,061                    Confirmation Number: 1776
Applicant           :  Michael Roberts
Filed               :  29 April 2013
T.C./A.U.           :  2129
Examiner            :  Chen, Alan S.

Docket Number       :  PARC-20121083-US-NP
Customer No.        :  35,699

Proposed Amendment
Via Fax (xxx) xxx-xxx

## PROPOSED AMENDMENT

Dear Examiner Chen:

> Please find the proposed amendment below.

## Identification of Claims and References for Discussion

> Claim for discussion:  1

> Reference for discussion:  Ravindra et al. (US Pub. No. 2013/0110992, hereinafter "Ravindra").

## Applicant's Arguments

> Examiner rejected claims 1-18 under 35 U.S.C. § 102(a) as being anticipated by Ravindra et al. (US Pub. No. 2013/0110992, hereinafter "Ravindra").  Applicant respectfully points out to Examiner that Ravindra does not disclose a system that, upon determining that a registration exists for a context graph modification, sends a notification of context graph change to a recommender.

> Embodiments of the present invention provide a system for a server to provide user information to a recommender.  During operation, the system receives, from a mobile device, event data derived from contextual data collected using detectors that detect the mobile device's physical surroundings.  The system

1

modifies the context graph based on the event data.  The system then determines that there exists a registration for notification of changes that matches the context graph modification, and upon determining that the registration exists for the context graph modification, sends a notification of context graph change to the recommender.[1]

In the Office Action, the Examiner states that Ravindra discloses "determining that the modification to the context graph matches the registration,"[2] citing to paragraphs 161-163 and figure 7 of Ravindra, and "sending a notification of context graph change to the recommender,"[3] citing to figures 11 and 12 of Ravindra.

Ravindra discloses "unauthorized applications that are not registered with the trust manager 710 will be unable to make requests for recommendations or action cues from the profile service 750 or 850"[4] and "an application declares an intention to query the profile service 750 for certain data."[5]

Ravindra at most describes that an application registers with a trust manager, to allow the application to request recommendations or action cues from the profile service.  In Ravindra, an application registering with a trust manager does not cause the profile service to send notification of any graph changes to the application.  Instead, the application must explicitly submit a request for recommendations from the profile service, which is separate from the trust manager.  Furthermore, the profile service in Ravindra does not continue to monitor a graph for changes and send notification of any changes in the graph to the application.  Ravindra is limited to the application submitting a query to the profile service each time the application wants data.

---

1 See instant application at least in pars. [0022]-[0025], [00 36], [0061] and FIG. 3-FIG. 6.
2 See Office Action, page 4
3 See Office Action, page 4
4 See Ravindra, paragraph [0161]
5 See Ravindra, paragraph [0163]

Hence, Ravindra is limited to requiring an application to query the profile service each time the application requests data, and does not go so far as to send a notification of context graph change to a recommender, upon determining that a registration exists for a context graph modification.  Support for the amendments can be found at least in paragraphs 23, 41, 43, 51, 53, 54, 61 of the instant specification.

**Proposed Amendment:**

1      1.      (Currently Amended) A computer-executable method performed

2    by a server to provide user information to a recommender, comprising:

3    ~~receiving, from the recommender, a registration for notification of changes~~

4    ~~to a context graph, wherein the context graph includes information about user~~

5    ~~behavior and/or user interests;~~

6         receiving, from a mobile device, event data derived from contextual data

7    collected using detectors that detect the mobile device's physical surroundings;

8         modifying the context graph based on the event data;

9         <u>determining that there exists a registration for notification of changes that</u>

10   <u>matches the context graph modification; and</u>

11        <u>upon determining that the registration exists for the context graph</u>

12   <u>modification,</u> ~~determining that the modification to the context graph matches the~~

13   ~~registration; and~~

14        sending a notification of context graph change to the recommender.


Respectfully submitted,


By      ___/Jorge Campos/_____
        Jorge Campos
        Registration No. 62,872

Date:  8 June 2015

By      ___/HowardHLouie/_____
        Howard Louie
        Registration No. 60,820

Date:  8 June  2015

Jorge Campos
PARK, VAUGHAN, FLEMING, & DOWLER LLP
2800 Fifth Street, Suite 110

4

Davis, CA 95618-7759
Tel: (408) 402-8157
Fax: (530) 204-4064
Email: jorge@parklegal.com

Howard H. Louie
PARK, VAUGHAN, FLEMING, & DOWLER LLP
2800 Fifth Street, Suite 110
Davis, CA 95618-7759
Tel: (530) 746-7840
Fax: (530) 204-4064
Email: howard@parklegal.com

5

Application Number   :  13/873,061                    Confirmation Number: 1776
Applicant           :  Michael Roberts
Filed               :  29 April 2013
T.C./A.U.           :  2129
Examiner            :  Chen, Alan S.

Docket Number       :  PARC-20121083-US-NP
Customer No.        :  35,699


Amendment after Non Final Rejection
Via Electronic Filing


## AMENDMENT

    In response to the Official Action of 7 April 2015 (hereinafter "Office Action"), please amend the above-identified Application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 3 of this paper.

**Remarks/Arguments** begin on page 10 of this paper.


1

## AMENDMENTS TO THE SPECIFICATION

**Please replace paragraph [0039] with the following amended paragraph:**

[0039] The server may write the event data to storage, analyze the data, and/or publish the event data.  The server may write the data to storage for subsequent analysis.  The server may transfer event information from an event ~~posting 3022 data store adapter 304~~posting interface 302 to data store adapter 304.  Such event information may be transferred via a real-time event stream, which may include streams of real-time events for each user.  The server may use a data store adapter 304 to record events to low-level storage, such as low-level event history database 306.  Low-level event history database 306 can be, for example, a NoSQL database storing low-level event history information.

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

## Listing of Claims:

1.    (Currently Amended) A method~~computer-executable method performed by a server to provide user information to a recommender~~, comprising:

~~receiving, from the recommender, a registration for notification of changes to a context graph, wherein the context graph includes information about user behavior and/or user interests;~~

receiving, from a mobile device, event data derived from contextual data collected using detectors that detect a physical context surrounding the mobile device~~'s physical surroundings~~;

modifying ~~the context~~a context graph that stores facts and assertions about a user's behavior and interests using~~based on~~ the event data;

~~determining that the modification to the context graph matches the registration; and~~

in response to determining that there exists a registration for notification of changes that matches the modification to the context graph, sending a notification of context graph change to a recommender~~the recommender~~.

1        2.    (Currently Amended) The method of claim 1, further comprising:

2        receiving, from the mobile device, additional event data including

3 application event data and/or operating system event data;

4        modifying the context graph based on the additional event data;

5        determining that the modification to the context graph matches the

6 registration; and

7        sending a <u>second</u> notification of context graph change to the recommender.

1        3.    (Original) The method of claim 1, wherein the event data includes

2        high-level event data generated by the mobile device from contextual data.

1        4.    (Original) The method of claim 1, further comprising:

2        receiving a query for context graph data from the recommender; and

3        sending the context graph data to the recommender.

1        5.    (Currently Amended) The method of claim 1, further comprising:

2        receiving real-time event data through a RESTful WebAPI; and

3        modifying the context graph ~~data~~ based on the received real-time event

4 data.

1        6.    (Currently Amended) The method of claim 1, further comprising:

2        receiving bulk upload of event data through an event posting interface; and

3        modifying the context graph ~~data~~ based on the received bulk upload event

4 data.

1        7.    (Currently Amended) A <u>non-transitory</u> computer-readable storage

2 medium storing instructions that when executed by a computer cause the

3    computer to <u>perform a method</u>~~provide user information to a recommender~~, the

4    method comprising:

5    ~~receiving, from the recommender, a registration for notification of~~

6    ~~changes to a context graph, wherein the context graph includes~~

7    ~~information about user behavior and/or user interests;~~

8    receiving, from a mobile device, event data derived from

9    contextual data collected using detectors that detect <u>a physical context</u>

10    <u>surrounding</u> the mobile device~~'s physical surroundings~~;

11    modifying ~~the context~~<u>a context</u> graph <u>that stores facts and</u>

12    <u>assertions about a user's behavior and interests using</u>~~based on~~ the event

13    data;

14    ~~determining that the modification to the context graph matches the~~

15    ~~registration; and~~

16    <u>in response to determining that there exists a registration for</u>

17    <u>notification of changes that matches the modification to the context graph,</u>

18    sending a notification of context graph change to <u>a recommender</u>~~the~~

19    ~~recommender~~.

1    8.    (Currently Amended) The <u>non-transitory</u> computer-readable

2    storage medium of claim 7, wherein the computer-readable storage medium stores

3    additional instructions that, when executed, cause the computer to perform

4    additional steps comprising:

5    receiving, from the mobile device, additional event data including

6    application event data and/or operating system event data;

7    modifying the context graph based on the additional event data;

8    determining that the modification to the context graph matches the

9    registration; and

10    sending a <u>second</u> notification of context graph change to the recommender.

1       9.     (Currently Amended) The <u>non-transitory</u> computer-readable

2  storage medium of claim 7, wherein the event data includes high-level event data

3  generated by the mobile device from contextual data.

1      10.    (Currently Amended) The <u>non-transitory</u> computer-readable

2  storage medium of claim 7, further comprising:

3       receiving a query for context graph data from the recommender; and

4       sending the context graph data to the recommender.

1      11.    (Currently Amended) The <u>non-transitory</u> computer-readable

2  storage medium of claim 7, further comprising:

3       receiving real-time event data through a RESTful WebAPI; and

4       modifying the context graph ~~data~~ based on the received real-time event

5  data.

1      12.    (Currently Amended) The <u>non-transitory</u> computer-readable

2  storage medium of claim 7, further comprising:

3       receiving bulk upload of event data through an event posting interface; and

4       modifying the context graph ~~data~~ based on the received bulk upload event

5  data.

1      13.    (Currently Amended) A computing system ~~for providing user~~

2  ~~information to a recommender, the system~~ comprising:

3       one or more processors,

4     a <u>non-transitory</u> computer-readable medium coupled to the one or more

5  processors having instructions stored thereon that, when executed by the one or

6  more processors, cause the one or more processors to perform operations

7  comprising:

8 ~~receiving, from the recommender, a registration for notification of changes~~
9 ~~to a context graph, wherein the context graph includes information about user~~
10 ~~behavior and/or user interests;~~
11 receiving, from a mobile device, event data derived from contextual data
12 collected using detectors that detect <u>a physical context surrounding</u> the mobile
13 device~~'s physical surroundings~~;
14 modifying ~~the context~~<u>a context</u> graph <u>that stores facts and assertions about</u>
15 <u>a user's behavior and interests using</u>~~based on~~ the event data;
16 ~~determining that the modification to the context graph matches the~~
17 ~~registration; and~~
18 <u>in response to determining that there exists a registration for notification of</u>
19 <u>changes that matches the modification to the context graph,</u> sending a notification
20 of context graph change to <u>a recommender</u>~~the recommender~~.

1 14.    (Currently Amended) The computer-readable storage medium of
2 claim 13, wherein the computer-readable storage medium stores additional
3 instructions that, when executed, cause the computer to perform additional steps
4 comprising:
5 receiving, from the mobile device, additional event data including
6 application event data and/or operating system event data;
7 modifying the context graph based on the additional event data;
8 determining that the modification to the context graph matches the
9 registration; and
10 sending a <u>second</u> notification of context graph change to the recommender.

1 15.    (Original) The computer-readable storage medium of claim 13,
2 wherein the event data includes high-level event data generated by the mobile
3 device from contextual data.

7

1       16.    (Original) The computer-readable storage medium of claim 13,

2  wherein the computer-readable storage medium stores additional instructions that,

3  when executed, cause the computer to perform additional steps comprising:

4       receiving a query for context graph data from the recommender; and

5       sending the context graph data to the recommender.

1       17.    (Currently Amended) The computer-readable storage medium of

2  claim 13, wherein the computer-readable storage medium stores additional

3  instructions that, when executed, cause the computer to perform additional steps

4  comprising:

5       receiving real-time event data through a RESTful WebAPI; and

6       modifying the context graph ~~data~~ based on the received real-time event

7  data.

1       18.    (Currently Amended) The computer-readable storage medium of

2  claim 13, wherein the computer-readable storage medium stores additional

3  instructions that, when executed, cause the computer to perform additional steps

4  comprising:

5       receiving bulk upload of event data through an event posting interface; and

6       modifying the context graph ~~data~~ based on the received bulk upload event

7  data.

1       19.    (New) The method of claim 1, further comprising:

2       sending a second notification to the recommender by pushing events into

3  the recommender's publish/subscribe system asynchronously using a long-poll

4  persistent push connection.

1        20.    (New) The method of claim 1, wherein sending the

2  notification comprises notifying the recommender of topological changes

3  in the context graph and/or changes to individual properties of nodes and

4  edges in the context graph.

5

## REMARKS

In the Office Action mailed on **07 April 2015**, Examiner reviewed claims 1-18.  Examiner objected to the specification.  Examiner rejected claims 7-12 under 35 U.S.C. § 101.  Examiner rejected claims 1-18 under 35 U.S.C. § 102(a) as being anticipated by Ravindra et al. (US Pub. No. 2013/0110992, hereinafter "Ravindra").

### Examiner Interview

Applicant thanks Examiner for the phone interview conducted on 29 June 2015.  Applicant proposed amendments to the claims and argued that the cited reference, Ravindra, does not disclose a system that, upon determining that a registration exists for a context graph modification, sends a notification of context graph change to a recommender.  No agreement was reached.  Applicant has amended the claims in this response.

### Objections to the Specification

Examiner objected to the specification.  Examiner objected to the specification, stating that paragraph [0039] includes informalities.  Accordingly, applicant has amended the specification to correct the informalities.  No new matter has been added.

### Rejections under 35 U.S.C. § 101

Examiner rejected claims 7-12 under 35 U.S.C. § 101.  More specifically, Examiner stated that the claimed invention is directed to non-statutory subject matter.  Accordingly, Applicant has amended claims 7-12 to clarify that the claimed embodiments are directed to a non-transitory computer-readable storage medium, thus obviating the claim rejections based on the non-statutory subject

matter.  No new matter has been added.

## Rejections under 35 U.S.C. § 102

Examiner rejected claims 1-18 under 35 U.S.C. § 102(a) as being anticipated by Ravindra.  Applicant respectfully points out to Examiner that Ravindra does not disclose a system that, in response to determining that there exists a registration for notification of changes that matches a modification to a context graph, sends a notification of context graph change to a recommender.

Embodiments of the present invention provide a system for a server to provide user information to a recommender.  During operation, the system receives, from a mobile device, event data derived from contextual data collected using detectors that detect a physical context surrounding the mobile device.  The system then modifies a context graph that stores facts and assertions about a user's behavior and interests using the event data.  In response to determining that there exists a registration for notification of changes that matches the modification to the context graph, the system sends a notification of context graph change to the recommender.[1]

In the Office Action, the Examiner states that Ravindra discloses "determining that the modification to the context graph matches the registration,"[2] citing to paragraphs 161-163 and figure 7 of Ravindra, and "sending a notification of context graph change to the recommender,"[3] citing to figures 11 and 12 of Ravindra.

Ravindra does not describe a context graph.  Ravindra describes a factor graph.  Ravindra discloses that a "factor graph is one example of a graphical representation of the probability distributions featuring nodes, or factors, each of

---

1 See instant application at least in pars. [0022]-[0025], [00 36], [0061] and FIG. 3-FIG. 6.
2 See Office Action, page 4
3 See Office Action, page 4

11

which represents an arbitrary multivariate function."[4]  A factor graph with nodes representing multivariate functions is not the same as a context graph.  As described in the instant specification, a context graph is a "model that stores facts and assertions about a user's behavior and interests."  The factor graph of Ravindra stores no facts or assertions about the user's behavior and interests.  The nodes of Ravindra merely represent multivariate functions associated with probability distributions[5], and does not go so far as to represent a fact or assertion about the user's behavior and interests.

Ravindra discloses "unauthorized applications that are not registered with the trust manager 710 will be unable to make requests for recommendations or action cues from the profile service 750 or 850"[6] and "an application declares an intention to query the profile service 750 for certain data."[7]

Ravindra at most describes that an application registers with a trust manager, to allow the application to request recommendations or action cues from the profile service.[8]  In Ravindra, an application registering with a trust manager does not cause the profile service to send notification of any graph changes to the application.  Rather, the application only receives data (e.g., recommendations) from the profile service by submitting an explicit request for the data from the profile service, which is separate from the trust manager.  Furthermore, the profile service in Ravindra does not continuously monitor a graph for changes and send notification to the application when a change is detected in the graph's topology.

Hence, Ravindra is limited to requiring an application to query the profile service each time the application requests data, and does not go so far as to send a notification of context graph change to a recommender, in response to determining that there exists a registration for notification of changes that matches

---

4 See Ravindra, paragraph [0093]
5 See Ravindra, paragraph [0093]
6 See Ravindra, paragraph [0161]
7 See Ravindra, paragraph [0163]

a modification to the context graph.  Support for the amendments can be found at least in paragraphs 23, 41, 43, 51, 53, 54, 61 of the instant specification.

Accordingly, Applicant has amended independent claims 1, 7, and 13 to clarify that embodiments of the present invention disclose a system that, in response to determining that there exists a registration for notification of changes that matches a modification to a context graph, sends a notification of context graph change to a recommender.  These amendments find support in paragraphs 23, 28, 41, 43, 51, 53, 54, and 61 of the instant application.  Support for new claims 19 and 20 can be found in paragraphs 43 and 51 of the instant application. No new matter has been added.

Hence, Applicant respectfully submits that independent claims 1, 7, and 13 as presently amended are in condition for allowance.  Applicant also submits that claims 2-6, which depend upon claim 1, claims 8-12, which depend upon claim 7, claims 14-18, which depend upon claim 13, are for the same reasons, as well as for reasons of the unique combinations recited in such claims, in condition for allowance.

---

8 See Ravindra, paragraph [0161]

HHL Amendment A PARC-20121083-US-NP (non-final OAR).doc

## CONCLUSION

It is submitted that the application is presently in form for allowance. Such action is respectfully requested.

Respectfully submitted,

By      /Jorge Campos/
Jorge Campos
Registration No. 62,872

Date: 7 July 2015

By      /HowardHLouie/
Howard Louie
Registration No. 60,820

Date: 7 July 2015

Jorge Campos
PARK, VAUGHAN, FLEMING, & DOWLER LLP
2800 Fifth Street, Suite 110
Davis, CA 95618-7759
Tel: (408) 402-8157
Fax: (530) 204-4064
Email: jorge@parklegal.com

Howard H. Louie
PARK, VAUGHAN, FLEMING, & DOWLER LLP
2800 Fifth Street, Suite 110
Davis, CA 95618-7759
Tel: (530) 746-7840
Fax: (530) 204-4064
Email: howard@parklegal.com

HHL Amendment A PARC-20121083-US-NP (non-final OAR).doc

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 22850679 |
| **Application Number:** | 13873061 |
| **International Application Number:** | |
| **Confirmation Number:** | 1776 |
| **Title of Invention:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **First Named Inventor/Applicant Name:** | Michael  Roberts |
| **Customer Number:** | 35699 |
| **Filer:** | Shun Yao |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | PARC-20121083-US-NP |
| **Receipt Date:** | 07-JUL-2015 |
| **Filing Date:** | 29-APR-2013 |
| **Time Stamp:** | 23:55:50 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | Authorization-deposit-account-PARC.pdf | 21989 <br> 0703504a8c0f45b447dce3672d85c4cc6a8 6d7ee | no | 1 |

| Warnings: |
|---|
| Information: |

| 2 | | Amendment2.pdf | 55563<br><br>1fd33c5c33c5062985619206566838b01cb374ed6 | yes | 14 |

| **Multipart Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 9 |
| Applicant Arguments/Remarks Made in an Amendment | 10 | 14 |

| Warnings: | |
|---|---|
| Information: | |
| **Total Files Size (in bytes):** | 77552 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# AUTHORIZATION TO DEDUCT ANY UNDERPAYMENTS OR CREDIT ANY OVERPAYMENTS TO DEPOSIT ACCOUNT 24-0037

Please deduct any underpayments, credit any overpayments, and charge all required extension of time fees associated with attached filing to Deposit Account Number 24-0037.

Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel:  (530) 759-1661
Fax: (530) 759-1665
Email: richard@parklegal.com

Respectfully submitted,

By

A. Richard Park
Registration No. 41,241

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 13/873,061 | Filing Date 04/29/2013 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE   ☐ SMALL   ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | **07/07/2015** | | | | | |
| | Total (37 CFR 1.16(i)) | * 20 | Minus | ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/ROCHELLE GETER/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/873,061 | 04/29/2013 | Michael Roberts | PARC-20121083-US-NP | 1776 |

35699        7590        04/07/2015
PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

| EXAMINER |
|---|
| CHEN, ALAN S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2129 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/07/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Office.Action@xerox.com
sy_incoming@parklegal.com

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | **Application No.** 13/873,061 | **Applicant(s)** ROBERTS ET AL. |
|---|---|---|
| | **Examiner** ALAN CHEN | **Art Unit** 2129 | **AIA (First Inventor to File) Status** Yes |

| -- The MAILING DATE of this communication appears on the cover sheet with the correspondence address -- |
|---|

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>4/29/2013</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.**     2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-18</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-18</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☒ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on <u>4/29/2013</u> is/are:  a)☒ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
    a)☐ All  b)☐ Some**  c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>11/14 and 5/23</u>.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

Application/Control Number: 13/873,061                                        Page 2

Art Unit: 2129

## DETAILED ACTION

1.      The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.

### *Specification*

2.      The disclosure is objected to because of the following informalities: in paragraph

39, line 25, "posting 3022 data store adapter 304" should be replaces with 'posting

interface 302 to data store adapter 304'.

Appropriate correction is required.

### *Claim Rejections - 35 USC § 101*

3.      35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or
> composition of matter, or any new and useful improvement thereof, may obtain a patent
> therefor, subject to the conditions and requirements of this title.

4.      Claims 7-12 are rejected under 35 U.S.C. 101 because the claims contain

elements embodied outside the four statutory categories.  In view of Applicant's

disclosure, paragraphs 64-65, the "computer-readable storage medium" is not limited to

elements that fall into the four statutory categories, instead being defined as including

both proper 35 U.S.C. §101 statutory category elements *(e.g., non-volatile memory*

*such as ROM or flash/magnetic storage devices)* and improper 35 U.S.C. §101 statutory

category elements *(e.g., carrier waves and signals, not precluded by disclosure)*.  As

such, the claim is not limited to statutory subject matter and is therefore non-statutory.

To overcome this rejection the claims need to be amended to include only the physical

computer media and not include communication/transmission media or other media that

Application/Control Number: 13/873,061                                    Page 3

Art Unit: 2129

falls outside of the four statutory categories.  Examiner recommends the language 'non-

transitory computer-readable storage medium'.

### *Claim Rejections - 35 USC § 102*

5.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (a)(2) the claimed invention was described in a patent issued under section 151, or in an application for patent published or deemed published under section 122(b), in which the patent or application, as the case may be, names another inventor and was effectively filed before the effective filing date of the claimed invention.

6.      Claims 1-18 are rejected under 35 U.S.C. 102(a)(2) as being anticipated by US

Pat. Pub. No. 2013/0110992 to Ravindra et al. *(hereinafter Ravindra).*

7.      Per claim 1, Ravindra discloses a computer-executable method *(see figures)*

performed by a server *(figs. 7, 9, 10 and 13, profile service provided by servers;*

*paragraph 143)* to provide user information *(fig. 15, user profile obtained and updatable,*

*used to provide recommendations; paragraphs 88+)* to a recommender *(figs, 7 and 15,*

*user's device provides recommendations for music, restaurant, etc., based on user*

*profile and results generated from inference engine)*, comprising: receiving, from the

recommender, a registration for notification of changes *(fig. 7, item 710, trust manager*

*only allows those applications registered with it to make requests/changes to profile*

*services, item 750; paragraphs 161-163)* to a context graph *(paragraph 152+, factor*

*graph is used for user profile, containing contextual data related to users such as*

*context data obtained from sensors, user's social network messages, etc)*, wherein the

context graph includes information about user behavior *(paragraph 85)* and/or user

Application/Control Number: 13/873,061

Page 4

Art Unit: 2129

interests *(paragraph 90, user preferences)*; receiving, from a mobile device, event data derived from contextual data collected using detectors that detect the mobile device's physical surroundings *(paragraph 132, context data collected by user mobile device sensors, such as GPS, accelerometer, microphone, etc.)*;  modifying the context graph based on the event data *(fig. 10, detect context generating event and update user profile)*; determining that the modification to the context graph matches the registration *(fig. 7, item 710 and paragraphs 161-163, only registered applications can communicate between server and user device;  paragraph 144 further discloses user identifier may be needed use the profile service)*;  and sending a notification of context graph change to the recommender *(figs. 11 and 12, notifications sent to profile agent).*

8.      Per claim 2, Ravindra discloses claim 1, further disclosing receiving, from the mobile device, additional event data including application event data *(paragraph 147, applications generate context data)* and/or operating system event data *(paragraph 146, operating system event data from sensors)*;  modifying the context graph based on the additional event data *(fig. 15, items 1500-1540, users profile updated based on additional contextual data)*; determining that the modification to the context graph matches the registration *(fig. 7, item 710 and paragraphs 161-163, only registered applications can communicate between server and user device;  paragraph 144 further discloses user identifier may be needed use the profile service)*; and sending a notification of context graph change to the recommender *(figs. 11 and 12, notifications sent to profile agent).*

Application/Control Number: 13/873,061                                        Page 5
Art Unit: 2129

9.      Per claim 3, Ravindra discloses claim 1, further disclosing the event data includes high-level event data generated by the mobile device from contextual data *(paragraph 97, social networking event data such as user's social network feeds or posts can be used as contextual data)*.

10.     Per claim 4, Ravindra discloses claim 1, further disclosing receiving a query for context graph data from the recommender *(fig. 15, item 1500)*; and sending the context graph data to the recommender *(fig. 15, item 1570)*.

11.     Per claim 5, Ravindra discloses claim 1, further disclosing receiving real-time event data through a RESTful WebAPI *(paragraph 135, uses REpresentational State Transfer-based communications)*; and modifying the context graph data based on the received real-time event data *(fig. 15, item 1540, updates user profile)*.

12.     Per claim 6, Ravindra discloses claim 1, further disclosing receiving bulk upload of event data through an event posting interface *(paragraph 135, context data can be uploaded in batches)*; and modifying the context graph data based on the received bulk upload event data *(fig. 15, item 1540, updates user profile)*.

13.     Claims 7-18 are substantially similar in scope and spirit as claims 1-6.  Therefore the rejection of claims 1-6 are applied accordingly.

### Conclusion

14.      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.  Patents and patent related publications are cited in the Notice of References Cited (Form PTO-892) attached to this action to further show the state of

Application/Control Number: 13/873,061                                              Page 6
Art Unit: 2129

the art with respect to use of graphs with context data to make recommendations to a

user.

15.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to ALAN CHEN whose telephone number is (571) 272-

4143.  The examiner can normally be reached on M-F 9-5.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jeffrey A. Gaffin can be reached on (571) 272-4146.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/ALAN CHEN/
Primary Examiner, Art Unit 2129
4/2/2015

| *Notice of References Cited* | Application/Control No. 13/873,061 | Applicant(s)/Patent Under Reexamination ROBERTS ET AL. | |
|---|---|---|---|
| | Examiner ALAN CHEN | Art Unit 2129 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2013/0110992 | 05-2013 | Ravindra et al. | 709/220 |
| * | B | US-2014/0297739 | 10-2014 | Stein et al. | 709/204 |
| * | C | US-2013/0254213 | 09-2013 | Cheng et al. | 707/748 |
| * | D | US-2012/0203640 | 08-2012 | Karmarkar et al. | 705/14.66 |
| * | E | US-2012/0046770 | 02-2012 | Becker et al. | 700/94 |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13873061 | ROBERTS ET AL. |
| | **Examiner** | **Art Unit** |
| | ALAN CHEN | 2129 |

| CPC- SEARCHED | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| G06N 5/02 | 4/2/2015 | AC |

| CPC COMBINATION SETS  - SEARCHED | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US CLASSIFICATION SEARCHED | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 710 | | 4/2/2015 | AC |

| SEARCH NOTES | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| USPAT, USPGPUB, EPO, JPO, DERWENT, IBM_TDB; Inventor's search | 4/2/2015 | AC |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| **US Class/ CPC Symbol** | **US Subclass / CPC Group** | **Date** | **Examiner** |
| | | | |

| | /ALAN CHEN/ <br> Primary Examiner.Art Unit 2129 |
|---|---|

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 13873061 |
| Filing Date | 2013-04-29 |
| First Named Inventor | Michael Roberts |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | PARC-20121083-US-NP |

### U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 13873061 |
| | Filing Date | 2013-04-29 |
| | First Named Inventor | Michael Roberts |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket  Number | PARC-20121083-US-NP |

| /A.C./ | 1 | BELLOTTI, VICTORIA et al., "Activity-Based Serendipitous Recommendations with the Magitti Mobile Leisure Guide", CHI 2008 Proceedings, April 5-10, 2008. | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |

**EXAMINER SIGNATURE**

| Examiner Signature | /Alan Chen/ | Date Considered | 04/02/2015 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 13873061 |
| Filing Date | 2013-04-29 |
| First Named Inventor | Michael Roberts |
| Art Unit | 2161 |
| Examiner Name | Not yet assigned |
| Attorney Docket Number | PARC-20121083-US-NP |

### U.S.PATENTS — Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code¹ | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.  Add

### U.S.PATENT APPLICATION PUBLICATIONS — Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| /A.C/ | 1 | 20120122476 | A1 | 2012-05-17 | Lee et al. | |
| /A.C/ | 2 | 20020173295 | A1 | 2002-11-21 | Nykanen et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  Add

### FOREIGN PATENT DOCUMENTS — Remove

| Examiner Initial* | Cite No | Foreign Document Number³ | Country Code² i | Kind Code⁴ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T⁵ |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button  Add

### NON-PATENT LITERATURE DOCUMENTS — Remove

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | Application Number | 13873061 |
| | Filing Date | 2013-04-29 |
| | First Named Inventor | Michael Roberts |
| | Art Unit | 2161 |
| | Examiner Name | Not yet assigned |
| | Attorney Docket  Number | PARC-20121083-US-NP |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button    Add

**EXAMINER SIGNATURE**

| Examiner Signature | /Alan Chen/ | Date Considered | 4/2/2015 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 13873061 |
| Filing Date | 2013-04-29 |
| First Named Inventor | Michael Roberts |
| Art Unit | 2161 |
| Examiner Name | Not yet assigned |
| Attorney Docket Number | PARC-20121083-US-NP |

### U.S.PATENTS — Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. **Add**

### U.S.PATENT APPLICATION PUBLICATIONS — Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20120122476 | A1 | 2012-05-17 | Lee et al. | |
| | 2 | 20020173295 | A1 | 2002-11-21 | Nykanen et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

### FOREIGN PATENT DOCUMENTS — Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

### NON-PATENT LITERATURE DOCUMENTS — Remove

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | Application Number | 13873061 |
| --- | --- | --- |
| | Filing Date | 2013-04-29 |
| | First Named Inventor | Michael Roberts |
| | Art Unit | 2161 |
| | Examiner Name | Not yet assigned |
| | Attorney Docket Number | PARC-20121083-US-NP |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
| --- | --- | --- | --- |
| | 1 | | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button   **Add** |
| --- |

| **EXAMINER SIGNATURE** |
| --- |

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

1 See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. 2 Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). 3 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 4 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 5 Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | |

| Application Number | 13873061 |
|---|---|
| Filing Date | 2013-04-29 |
| First Named Inventor | Michael Roberts |
| Art Unit | 2161 |
| Examiner Name | Not yet assigned |
| Attorney Docket Number | PARC-20121083-US-NP |

---

### CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐     That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐     That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☒     See attached certification statement.

☐     Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐     None

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Shun Yao/ | Date (YYYY-MM-DD) | 2014-11-14 |
|---|---|---|---|
| Name/Print | Shun Yao | Registration Number | 59,242 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 20700166 |
| **Application Number:** | 13873061 |
| **International Application Number:** | |
| **Confirmation Number:** | 1776 |
| **Title of Invention:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **First Named Inventor/Applicant Name:** | Michael Roberts |
| **Customer Number:** | 35699 |
| **Filer:** | Shun Yao |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | PARC-20121083-US-NP |
| **Receipt Date:** | 14-NOV-2014 |
| **Filing Date:** | 29-APR-2013 |
| **Time Stamp:** | 20:08:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | Authorization-deposit-account-PARC.pdf | 21989<br>0703504a8c0f45b447dce3672d85c4cc6a86d7ee | no | 1 |

| | |
|---|---|
| **Warnings:** | |
| **Information:** | |

| 2 | Transmittal Letter | IDS_Certification_Statement.pdf | 24427 adea2efb57cf1942f76959d98232ae3cafd0a3eb | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 3 | Information Disclosure Statement (IDS) Form (SB08) | IDS_Form__SB_08a.pdf | 612140 915495fe4e7c931b3c9555532051bc9dc9314159 | no | 4 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| **Total Files Size (in bytes):** | 658556 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# AUTHORIZATION TO DEDUCT ANY UNDERPAYMENTS OR CREDIT ANY OVERPAYMENTS TO DEPOSIT ACCOUNT 24-0037

Please deduct any underpayments, credit any overpayments, and charge all required extension of time fees associated with attached filing to Deposit Account Number 24-0037.

Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel:  (530) 759-1661
Fax: (530) 759-1665
Email: richard@parklegal.com

Respectfully submitted,

By

A. Richard Park
Registration No. 41,241

Attorney Docket No.: PARC-20121083-US-NP

**INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97**

| | |
|---|---|
| **Inventor:** | Michael Roberts |
| **Title:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **Filing Date:** | 29 April 2013 |
| **Serial Number:** | 13/873,061 |
| **Group Art Unit:** | 2161 |
| **Examiner:** | To be Assigned |

Listed below or on an attached Form PTO/SB/08a is information known to applicant(s) and submitted pursuant to 37 C.F.R. §1.56. A copy of each listed publication and foreign patent, except for pending U.S. Patents and published U.S. Applications, is being submitted herewith, along with a concise explanation of information in a foreign language, if any, pursuant to 37 C.F.R. §1.97-1.98.

Applicants respectfully request that the listed information be considered by the Examiner and be made of record in the above-identified application. If form PTO/SB/08a is enclosed, the Examiner is requested to initial and return it in accordance with MPEP §609.

This statement is not intended to represent that a search has been made or that the information cited in the statement is, or is considered to be, material to patentability as defined in §1.56.



 X  This statement qualifies under 37 C.F.R. §1.97, <u>subsection (b)</u> because (check all that apply):

       __   (1)    It is being filed within 3 months of the application filing date.
                            -- OR --
       __   (2)    It is being filed within 3 months of entry of a national stage.
                            -- OR --
       X__   (3)    It is being filed before the mail date of the first Office Action on the merits.
                            -- OR --
       __   (4)    It is being filed before the mail date of a first Office action after the filing of a request for continued examination under 37 C.F.R. §1.114.

__    This statement qualifies under 37 C.F.R. §1.97, <u>subsection (c)</u>, because this statement is being filed after the latest of: (1) three months beyond the filing date of a national application; (2) three months beyond the date of entry of the national stage as set forth in §1.491 in an international application; (3) the mailing date of a first Office action on the merits; or (4) the mail date of a first Office action after the filing of a request for continued examination, but before the mailing date of the earlier of a final office action under §1.113, a notice of allowance under §1.311, or an action that otherwise closes prosecution in the application, and this statement is accompanied by one of:

  ___   a certification as specified in §1.97(e) is provided below; **or**

  ___   a fee of $180.00 as set forth in §1.17(p) is authorized below, enclosed, or
      included with the payment of other papers filed together with this statement.

___ This statement qualifies under 37 C.F.R. §1.97, subsection (d), because this statement is
being filed after the mailing date of the earlier of a final office action under §1.113, a
notice of allowance under §1.311 or an action that otherwise closes prosecution, but is
filed on or before payment of the issue fee, and this statement is accompanied by:

  ___   a certification as specified in §1.97(e) is completed below; **and**

  ___   a fee of $180.00 as set forth in §1.17(p) is authorized below, enclosed, or
      included with the payment of other papers filed together with this statement.

___ This statement is being filed after the payment of the issue fee but before issuance of the
patent.

___ Statement under 37 C.F.R. §1.97(e) - I hereby certify that either:
   (1) That each item of information contained in the information disclosure
statement was first cited in any communication from a foreign patent office in a
counterpart foreign application not more than three months prior to the filing of the
information disclosure statement; or

   (2) That no item of information contained in the information disclosure statement
was cited in a communication from a foreign patent office in a counterpart foreign
application, and, to the knowledge of the person signing the certification after making
reasonable inquiry, no item of information contained in the information disclosure
statement was known to any individual designated in § 1.56(c) more than three months
prior to the filing of the information disclosure statement.

     Signature: _____

     Respectfully submitted,

     By: _____/Shun Yao/_____
        Shun Yao
      Reg. No. 59,242

PARK, VAUGHAN, FLEMING and DOWLER LLP
2800 Fifth Street, Suite 110
Davis, CA 95618-7759
Tel: (530) 759-1667
Fax: (530) 204-4064
Email: shun@parklegal.com
Date: 14 November 2014

Attorney Docket No. PARC-20121083-US-NP



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/873,061 | 04/29/2013 | Michael Roberts | PARC-20121083-US-NP |

**CONFIRMATION NO. 1776**

35699
PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

**PUBLICATION NOTICE**


*OC000000071616768*

**Title:** GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM

**Publication No.** US-2014-0324751-A1
**Publication Date:** 10/30/2014

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

**PATENT APPLICATION**
Attorney Docket No. PARC-20121083-US-NP

## DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application entitled:

### GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM

the specification and claims of which

⊠ are attached hereto       OR   ☐ was filed on _____ as U.S. Application No. _____

The above-identified application was made or authorized to be made by me.

I hereby state that I have reviewed and understand the contents of the above-identified application, including the claims, as amended by any amendment specifically referred to above. I acknowledge the duty to disclose information which is material to the patentability as defined in Title 37, Code of Federal Regulations, §1.56.

**Authorization To Permit Access To Application by Participating Offices**

⊠ If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, or other intellectual property office in which a foreign application claiming priority to the above-identified application is filed to have access to the application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the application-as-filed with respect to: 1) the above-identified application, 2) any foreign application to which the above-identified application claims priority under 35 USC 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified US application, and 3) any U.S. application from which benefit is sought in the above-identified application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

Direct all correspondence to the address associated with Customer Number **35699**

Attorney Docket No. PARC-20121083-US-NP

## DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION, continued

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Name of sole or first inventor:   **Michael Roberts**

Inventor's Signature: _____       Date: _____
Residence:   **24655 Loma Prieta Avenue, Los Gatos, CA 95033**
Citizenship:   **United Kingdom**                          Mailing Address:
(Same as above)

Name of second joint inventor:   **Shane P. Ahern**

Inventor's Signature: _____       Date: 6/26/13
Residence:   **1151 Compass Lane, Apt. 207, Foster City, CA 94404**
Citizenship:   **United States**                          Mailing Address:
(Same as above)

Name of third joint inventor:   **Oliver Brdiczka**

Inventor's Signature: _____       Date: _____
Residence:   **565 Ortega Avenue #11, Mountain View, CA 94304**
Citizenship:   **Germany**                               Mailing Address:
(Same as above)

2

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 16170558 |
| **Application Number:** | 13873061 |
| **International Application Number:** | |
| **Confirmation Number:** | 1776 |
| **Title of Invention:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **First Named Inventor/Applicant Name:** | Michael Roberts |
| **Customer Number:** | 35699 |
| **Filer:** | Shun Yao |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | PARC-20121083-US-NP |
| **Receipt Date:** | 27-JUN-2013 |
| **Filing Date:** | 29-APR-2013 |
| **Time Stamp:** | 16:59:00 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Oath or Declaration filed | Oath.pdf | 78191<br>c1d767c0404db4ce51d70c9fdc57ce457af9564f | no | 2 |

**Warnings:**

**Information:**

Total Files Size (in bytes): 78191

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number

13/873,061

### APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE($) | FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 280 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 600 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 720 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 18 minus 20 = | * | | | OR | x 80 = | 0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 minus 3 = | * | | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1600 |

### APPLICATION AS AMENDED - PART II

|  | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

|  | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE($) | ADDITIONAL FEE($) | OR | RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/873,061 | 04/29/2013 | 2161 | 1740 | PARC-20121083-US-NP | 18 | 3 |

**CONFIRMATION NO. 1776**

35699
PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

**FILING RECEIPT**

*OC000000061707276*

Date Mailed: 06/11/2013

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**
    Michael Roberts, Los Gatos, CA;
    Shane P. Ahern, Foster City, CA;
    Oliver Brdiczka, Mountain View, CA;

**Applicant(s)**
    Palo Alto Research Center Incorporated, Palo Alto, CA

**Assignment For Published Patent Application**
    Palo Alto Research Center Incorporated, Palo Alto, CA

**Power of Attorney:** The patent practitioners associated with Customer Number 35699

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

Permission to Access - A proper **Authorization to Permit Access to Application by Participating Offices** (PTO/SB/39 or its equivalent) has been received by the USPTO.

**If Required, Foreign Filing License Granted:** 06/05/2013
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/873,061**

**Projected Publication Date:** 10/30/2014

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM

**Preliminary Class**

707

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/873,061 | 04/29/2013 | Michael Roberts | PARC-20121083-US-NP |

**CONFIRMATION NO. 1776**

35699
PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

**NOTICE**

*OC000000061707277*

Date Mailed: 06/11/2013

# INFORMATIONAL NOTICE TO APPLICANT

Applicant is notified that the above-identified application contains the deficiencies noted below. No period for reply is set forth in this notice for correction of these deficiencies. However, if a deficiency relates to the inventor's oath or declaration, the applicant must file an oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each actual inventor no later than the expiration of the time period set in the "Notice of Allowability" to avoid abandonment. See 37 CFR 1.53(f).

The item(s) indicated below are also required and should be submitted with any reply to this notice to avoid further processing delays.

• A properly executed inventor's oath or declaration has not been received for the following inventor(s):
Shane P. Ahern
Applicant may submit the inventor's oath or declaration at any time before the Notice of Allowance and Fee(s) Due, PTOL-85, is mailed.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/873,061 | 04/29/2013 | Michael Roberts | PARC-20121083-US-NP |

**CONFIRMATION NO. 1776**

35699
PVF -- PARC
c/o PARK, VAUGHAN, FLEMING & DOWLER LLP
2820 FIFTH STREET
DAVIS, CA 95618-7759

**POA ACCEPTANCE LETTER**


*OC000000061613768*

Date Mailed: 06/11/2013

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 04/29/2013.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/ysun/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | |
|---|---|---|
| | Application Number | 13873061 |
| | Filing Date | 2013-04-29 |
| | First Named Inventor | Michael Roberts |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | PARC-20121083-US-NP |

### U.S.PATENTS
Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. **Add**

### U.S.PATENT APPLICATION PUBLICATIONS
Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

### FOREIGN PATENT DOCUMENTS
Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

### NON-PATENT LITERATURE DOCUMENTS
Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 13873061 |
| | Filing Date | 2013-04-29 |
| | First Named Inventor | Michael Roberts |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | PARC-20121083-US-NP |

| | 1 | BELLOTTI, VICTORIA et al., "Activity-Based Serendipitous Recommendations with the Magitti Mobile Leisure Guide", CHI 2008 Proceedings, April 5-10, 2008. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button **Add**

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 13873061 |
| --- | --- | --- |
| | Filing Date | 2013-04-29 |
| | First Named Inventor | Michael Roberts |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | PARC-20121083-US-NP |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☒ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ None

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Shun Yao/ | Date (YYYY-MM-DD) | 2013-05-22 |
| --- | --- | --- | --- |
| Name/Print | Shun Yao | Registration Number | 59,242 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 15847179 |
| **Application Number:** | 13873061 |
| **International Application Number:** | |
| **Confirmation Number:** | 1776 |
| **Title of Invention:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **First Named Inventor/Applicant Name:** | Michael  Roberts |
| **Customer Number:** | 35699 |
| **Filer:** | Shun Yao |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | PARC-20121083-US-NP |
| **Receipt Date:** | 23-MAY-2013 |
| **Filing Date:** | |
| **Time Stamp:** | 14:25:08 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | Authorization-deposit-account-PARC.pdf | 21989  0703504a8c0f45b447dce3672d85c4cc6a8 6d7ee | no | 1 |

| | |
|---|---|
| Warnings: | |
| Information: | |

| 2 | Transmittal Letter | IDS_Certification_Statement.pdf | 93924 | no | 2 |
| | | | f809973d2bd4b148fefa34d7c4b095a61f5d dbd3 | | |

**Warnings:**

**Information:**

| 3 | Information Disclosure Statement (IDS) Form (SB08) | IDS_Form__SB_08a.pdf | 612189 | no | 4 |
| | | | b52301e1f9f1f2567dabb5f3743e87a94a6c 9aa0 | | |

**Warnings:**

**Information:**

A U.S. Patent Number Citation or a U.S. Publication Number Citation is required in the Information Disclosure Statement (IDS) form for autoloading of data into USPTO systems. You may remove the form to add the required data in order to correct the Informational Message if you are citing U.S. References. If you chose not to include U.S. References, the image of the form will be processed and be made available within the Image File Wrapper (IFW) system. However, no data will be extracted from this form. Any additional data such as Foreign Patent Documents or Non Patent Literature will be manually reviewed and keyed into USPTO systems.

| 4 | Non Patent Literature | Reference.pdf | 433113 | no | 10 |
| | | | 1e83ca52da07c570711be971bc59d214380 e1911 | | |

**Warnings:**

**Information:**

| | | | **Total Files Size (in bytes):** | | 1161215 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# AUTHORIZATION TO DEDUCT ANY UNDERPAYMENTS OR CREDIT ANY OVERPAYMENTS TO DEPOSIT ACCOUNT 24-0037

Please deduct any underpayments, credit any overpayments, and charge all required extension of time fees associated with attached filing to Deposit Account Number 24-0037.

Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel:  (530) 759-1661
Fax: (530) 759-1665
Email: richard@parklegal.com

Respectfully submitted,

By

A. Richard Park
Registration No. 41,241

Attorney Docket No.:PARC-20121083-US-NP

**INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97**

| | |
|---|---|
| **Inventor:** | Michael Roberts |
| **Title:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **Filing Date:** | 29 April 2013 |
| **Serial Number:** | 13/873,061 |
| **Group Art Unit:** | To be Assigned |
| **Examiner:** | To be Assigned |

Listed below or on an attached Form PTO/SB/08a is information known to applicant(s) and submitted pursuant to 37 C.F.R. §1.56. A copy of each listed publication and foreign patent, except for pending U.S. Patents and published U.S. Applications, is being submitted herewith, along with a concise explanation of information in a foreign language, if any, pursuant to 37 C.F.R. §1.97-1.98.

Applicants respectfully request that the listed information be considered by the Examiner and be made of record in the above-identified application. If form PTO/SB/08a is enclosed, the Examiner is requested to initial and return it in accordance with MPEP §609.

This statement is not intended to represent that a search has been made or that the information cited in the statement is, or is considered to be, material to patentability as defined in §1.56.



_X_   This statement qualifies under 37 C.F.R. §1.97, <u>subsection (b)</u> because (check all that apply):

    _X_    (1)    It is being filed within 3 months of the application filing date.
                        -- OR --
    _    (2)    It is being filed within 3 months of entry of a national stage.
                        -- OR --
    _X_    (3)    It is being filed before the mail date of the first Office Action on the merits.
                        -- OR --
    _    (4)    It is being filed before the mail date of a first Office action after the filing of a request for continued examination under 37 C.F.R. §1.114.

_    This statement qualifies under 37 C.F.R. §1.97, <u>subsection (c)</u>, because this statement is being filed after the latest of: (1) three months beyond the filing date of a national application; (2) three months beyond the date of entry of the national stage as set forth in §1.491 in an international application; (3) the mailing date of a first Office action on the merits; or (4) the mail date of a first Office action after the filing of a request for continued examination, but before the mailing date of the earlier of a final office action under §1.113, a notice of allowance under §1.311, or an action that otherwise closes prosecution in the application, and this statement is accompanied by one of:

___     a certification as specified in §1.97(e) is provided below; **or**

___     a fee of $180.00 as set forth in §1.17(p) is authorized below, enclosed, or included with the payment of other papers filed together with this statement.

___  This statement qualifies under 37 C.F.R. §1.97, <u>subsection (d)</u>, because this statement is being filed after the mailing date of the earlier of a final office action under §1.113, a notice of allowance under §1.311, or an action that otherwise closes prosecution, but is filed on or before payment of the issue fee, and this statement is accompanied by:

___     a certification as specified in §1.97(e) is completed below; **and**

___     a fee of $180.00 as set forth in §1.17(p) is authorized below, enclosed, or included with the payment of other papers filed together with this statement.

___  This statement is being filed after the payment of the issue fee but before issuance of the patent.

___  Statement under 37 C.F.R. 1.97(e) - I hereby certify that either:
(1) That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement; or

(2) That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in § 1.56(c) more than three months prior to the filing of the information disclosure statement.

Signature: _____

Respectfully submitted,

By: ____/Shun Yao/_____
Shun Yao
Reg. No. 59,242

PARK, VAUGHAN, FLEMING and DOWLER LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 759-1667
Fax: (530) 759-1665
Email: shun@parklegal.com
Date: 22 May 2013

2

Attorney Docket No.PARC-20121083-US-NP

**PATENT APPLICATION**
Attorney Docket No. PARC-20121083-US-NP

## <u>DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)</u>

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application entitled:

### GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM
the specification and claims of which

&#9746; are attached hereto        OR    &#9744; was filed on _____ as U.S. Application No. _____

The above-identified application was made or authorized to be made by me.

I hereby state that I have reviewed and understand the contents of the above-identified application, including the claims, as amended by any amendment specifically referred to above.  I acknowledge the duty to disclose information which is material to the patentability as defined in Title 37, Code of Federal Regulations, §1.56.


**Authorization To Permit Access To Application by Participating Offices**

&#9746; If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, or other intellectual property office in which a foreign application claiming priority to the above-identified application is filed to have access to the application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the application-as-filed with respect to: 1) the above-identified application, 2) any foreign application to which the above-identified application claims priority under 35 USC 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above–identified US application, and 3) any U.S. application from which benefit is sought in the above-identified application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.


Direct all correspondence to the address associated with Customer Number **35699**

1

Attorney Docket No. PARC-20121083-US-NP

**DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION, continued**

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Name of sole or first inventor:   **Michael Roberts**

Inventor's Signature:                                                  Date: 4/24/13
Residence:   **24655 Loma Prieta Avenue, Los Gatos, CA 95033**
Citizenship:   **United Kingdom**                          Mailing Address:
                                                                          (Same as above)

Name of second joint inventor:   **Shane P. Ahern**

Inventor's Signature:                                                  Date:
Residence:   **1151 Compass Lane, Apt. 207, Foster City, CA 94404**
Citizenship:   **United States**                              Mailing Address:
                                                                          (Same as above)

Name of third joint inventor:   **Oliver Brdiczka**

Inventor's Signature:                                                  Date: 04/22/2013
Residence:   **565 Ortega Avenue #11, Mountain View, CA 94304**
Citizenship:   **Germany**                                      Mailing Address:
                                                                          (Same as above)

2

**PATENT APPLICATION**
Attorney Docket No. PARC-20121083-US-NP

## <u>DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)</u>

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application entitled:

### GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM
the specification and claims of which

&#9746; are attached hereto     OR     &#9633; was filed on _____ as U.S. Application No. _____

The above-identified application was made or authorized to be made by me.

I hereby state that I have reviewed and understand the contents of the above-identified application, including the claims, as amended by any amendment specifically referred to above.  I acknowledge the duty to disclose information which is material to the patentability as defined in Title 37, Code of Federal Regulations, §1.56.

### Authorization To Permit Access To Application by Participating Offices

&#9746; If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, or other intellectual property office in which a foreign application claiming priority to the above-identified application is filed to have access to the application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the application-as-filed with respect to: 1) the above-identified application, 2) any foreign application to which the above-identified application claims priority under 35 USC 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified US application, and 3) any U.S. application from which benefit is sought in the above-identified application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

Direct all correspondence to the address associated with Customer Number <u>**35699**</u>

1

Attorney Docket No. PARC-20121083-US-NP

<u>**DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION, continued**</u>

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Name of sole or first inventor:   **Michael Roberts**

Inventor's Signature: _____   Date: _____
Residence:   **24655 Loma Prieta Avenue, Los Gatos, CA 95033**
Citizenship:   **United Kingdom**                      Mailing Address:
                                                       (Same as above)

Name of second joint inventor:   **Shane P. Ahern**   *Shane Ahern*   4/26/2013
                                                      DocuSigned by:
Inventor's Signature: _____   Date: _____
                                                      D8E498DC7E224C0...
Residence:   **1151 Compass Lane, Apt. 207, Foster City, CA 94404**
Citizenship:   **United States**                      Mailing Address:
                                                       (Same as above)

Name of third joint inventor:   **Oliver Brdiczka**

Inventor's Signature: _____   Date: _____
Residence:   **565 Ortege Avenue #11, Mountain View, CA 94304**
Citizenship:   **Germany**                            Mailing Address:
                                                       (Same as above)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## <u>GENERAL POWER OF ATTORNEY</u>

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Applicant or Patent Owner Name:

<u>PALO ALTO RESEARCH CENTER INCORPORATED</u>

hereby appoints the patent practitioners associated with **Customer No. 35699** as attorneys of record to prosecute any and all patents and patent applications in which this General Power of Attorney is filed, and all continuing applications thereof, for which the above individual or entity is an applicant or patent owner, and to transact all business in the Patent and Trademark Office.

The undersigned is authorized to execute this document as or on behalf of the applicant or patent owner.

9/5/2012
Date

_Signature_

Nola Mae McBain
Typed Name

Senior Patent Counsel
Title

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

<u>NOTE</u>: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| Application Number | N/A |
|---|---|
| Filing Date | 29 APRIL 2013 |
| First Named Inventor | MICHAEL ROBERTS |
| Title | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| Art Unit | N/A |
| Examiner Name | N/A |
| Attorney Docket Number | PARC-20121083-US-NP |

| SIGNATURE of Applicant or Patent Practitioner | | | |
|---|---|---|---|
| Signature | /Shun Yao/ | Date | 29 April 2013 |
| Name | Shun Yao | Telephone | 530-759-1667 |
| Registration Number | 59242 | | |

<u>NOTE</u>: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **First Named Inventor/Applicant Name:** | Michael Roberts |
| **Filer:** | Shun Yao |
| **Attorney Docket Number:** | PARC-20121083-US-NP |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 280 | 280 |
| Utility Search Fee | 1111 | 1 | 600 | 600 |
| Utility Examination Fee | 1311 | 1 | 720 | 720 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **1600** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 15643397 |
| **Application Number:** | 13873061 |
| **International Application Number:** | |
| **Confirmation Number:** | 1776 |
| **Title of Invention:** | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
| **First Named Inventor/Applicant Name:** | Michael  Roberts |
| **Customer Number:** | 35699 |
| **Filer:** | Shun Yao |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | PARC-20121083-US-NP |
| **Receipt Date:** | 29-APR-2013 |
| **Filing Date:** | |
| **Time Stamp:** | 20:06:00 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1600 |
| RAM confirmation Number | 7367 |
| Deposit Account | 240037 |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Miscellaneous Incoming Letter | Authorization-deposit-account-PARC.pdf | 21989<br><br>0703504a8c0f45b447dce3672d85c4cc6a86d7ee | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 2 | Application Data Sheet | Application_Data_Sheet.pdf | 1064091<br><br>c086347b4ad375adaddb60e181dc103a6ec9d6cb | no | 6 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 3 | | Application.pdf | 146582<br><br>fd79c509cda4c132242bc4b8d04cbb8e69864be0 | yes | 27 |
|---|---|---|---|---|---|

| **Multipart Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Specification | 1 | 20 |
| Claims | 21 | 26 |
| Abstract | 27 | 27 |

| **Warnings:** |
|---|

| **Information:** |
|---|

| 4 | Drawings-only black and white line drawings | Figures.pdf | 64701<br><br>e1bfa7d6a17e9453a2a5252da349fb038dd706ad | no | 8 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 5 | Oath or Declaration filed | Oath.pdf | 143902<br><br>4e48d4b7414eb938ef529e39759da04a15937d5b | no | 4 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 6 | Power of Attorney | PVF_PARC_General_Power_Attorney.pdf | 39354<br><br>e740967f3ec789d82a970a519332b3d814ff8ad | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 7 | Power of Attorney | POA_transmittal_AIA82A.pdf | 125930<br><br>0523a223d6343097d935f971ea52aa972ce2b1c9 | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 8 | Fee Worksheet (SB06) | fee-info.pdf | 32940<br><br>a6ac75fa577dc701275311cb34b38890a4fcf174 | no | 2 |

| Warnings: |
| Information: |

| Total Files Size (in bytes): | 1639489 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# AUTHORIZATION TO DEDUCT ANY UNDERPAYMENTS OR CREDIT ANY OVERPAYMENTS TO DEPOSIT ACCOUNT 24-0037

Please deduct any <u>underpayments,</u> credit any <u>overpayments,</u> and charge all required <u>extension of time fees</u> associated with attached filing to Deposit Account Number 24-0037.

Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 759-1661
Fax: (530) 759-1665
Email: richard@parklegal.com

Respectfully submitted,

By

A. Richard Park
Registration No. 41,241

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | PARC-20121083-US-NP |
|---|---|---|
| | Application Number | |

| Title of Invention | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

### Inventor   1                                                    [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Michael | | Roberts | |

| **Residence Information (Select One)** | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service | |
|---|---|---|---|---|
| City | Los Gatos | State/Province | CA | Country of Residence ⁱ | US |

**Mailing Address of Inventor:**

| Address 1 | 24655 Loma Prieta Avenue |
|---|---|
| Address 2 | |

| City | Los Gatos | | State/Province | CA |
|---|---|---|---|---|
| Postal Code | 95033 | Country ⁱ | US | |

### Inventor   2                                                    [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shane | P. | Ahern | |

| **Residence Information (Select One)** | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service | |
|---|---|---|---|---|
| City | Foster City | State/Province | CA | Country of Residence ⁱ | US |

**Mailing Address of Inventor:**

| Address 1 | 1151 Compass Lane |
|---|---|
| Address 2 | Apt. 207 |

| City | Foster City | | State/Province | CA |
|---|---|---|---|---|
| Postal Code | 94404 | Country ⁱ | US | |

### Inventor   3                                                    [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Oliver | | Brdiczka | |

| **Residence Information (Select One)** | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

PTO/AIA/14 (08-12)
Approved for use through 11/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | PARC-20121083-US-NP |
|---|---|---|
| | Application Number | |

| Title of Invention | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
|---|---|

| City | Mountain View | State/Province | CA | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 565 Ortega Avenue | | |
|---|---|---|---|
| Address 2 | #11 | | |
| City | Mountain View | State/Province | CA |
| Postal Code | 94304 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    [ Add ]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

[ ]   An Address is being provided for the correspondence Information of this application.

| Customer Number | 35699 | |
|---|---|---|
| Email Address | shun@parklegal.com | [ Add Email ] [ Remove Email ] |

## Application Information:

| Title of the Invention | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM | |
|---|---|---|
| Attorney Docket Number | PARC-20121083-US-NP | Small Entity Status Claimed [ ] |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Suggested Class (if any) | | Sub Class (if any) |
| Suggested Technology Center (if any) | | |
| Total Number of Drawing Sheets (if any) | 8 | Suggested Figure for Publication (if any)   1 |

## Publication Information:

[ ]   Request Early Publication (Fee required at time of Request 37 CFR 1.219)

[ ]   **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

PTO/AIA/14 (08-12)
Approved for use through 11/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | PARC-20121083-US-NP |
|---|---|---|
| | Application Number | |

| Title of Invention | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
|---|---|

| Please Select One: | ◉ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 35699 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application.  Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.      Add

## Foreign Priority Information:

This section allows for the applicant to claim benefit of foreign priority and to identify any prior foreign application for which priority is not claimed. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(a).

| | | | Remove |
|---|---|---|---|
| Application Number | Country i | Filing Date (YYYY-MM-DD) | Priority Claimed |
| | | | ◯ Yes  ◉ No |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.      Add

## Authorization to Permit Access:

☒    Authorization to Permit Access to the Instant Application by the Participating Offices

PTO/AIA/14 (08-12)
Approved for use through 04/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | **Attorney Docket Number** | PARC-20121083-US-NP |
| | **Application Number** | |

| Title of Invention | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
|---|---|

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO),
the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO),
and any other intellectual property offices in which a foreign application claiming priority to the instant patent application
is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant
does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority
to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect
to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application
claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of
37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is
sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing this Authorization.

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR
to have an assignment recorded by the Office.

**Applicant    1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed.
The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR
1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person
who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an
applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient
proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be
identified in this section.

[ Remove ]

| ● Assignee | ○ Legal Representative under  35 U.S.C. 117 |
|---|---|
| ○ Person to whom the inventor is obligated to assign. | ○ Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Assignee is an Organization check here.    ☒

| Organization Name | Palo Alto Research Center Incorporated |
|---|---|

**Mailing Address Information:**

| Address 1 | 3333 Coyote Hill Road | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Palo Alto | **State/Province** | CA |
| **Country** [i] | US | Postal Code | 94304 |
| Phone Number | 650-812-4000 | Fax Number | |

PTO/AIA/14 (08-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | PARC-20121083-US-NP |
|---|---|---|
| | Application Number | |

| Title of Invention | GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM |
|---|---|

| Email Address | |
|---|---|

Additional Applicant Data may be generated within this form by selecting the Add button.    `Add`

## Signature:    `Remove`

NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications

| **Signature** | /Shun Yao/ | | | Date  (YYYY-MM-DD) | 2013-04-29 |
|---|---|---|---|---|---|
| First Name | Shun | Last Name | Yao | Registration Number | 59242 |

Additional Signature may be generated within this form by selecting the Add button.    `Add`

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PATENT APPLICATION
ATTORNEY DOCKET NO.  PARC-20121083-US-NP

5

# GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM

**Inventors:** Michael Roberts, Shane P. Ahern, and Oliver Brdiczka

10

## BACKGROUND

15  **Field**

[0001] This disclosure is generally related to contextual intelligence. More specifically, this disclosure is related to a method and system for collecting mobile device contextual information and facilitating efficient adaptation of a generic contextual intelligence system for customized applications.

20

**Related Art**

[0002] As mobile devices equipped with technology to detect physical surroundings become more pervasive in our everyday lives, software on the mobile devices that detect and make use of physical surroundings can

25  increasingly contribute to improving the lifestyle of mobile device users.  Such software includes context-aware systems that may adapt to the computing environment, including physical surroundings, and make recommendations based on the physical surroundings.  A context-aware system on a mobile device detects the computing environment and adapts to changing conditions detected from the

1

environment, such as location and movement of the mobile device, nearby devices, and other surrounding conditions.

[0003] Such context-aware systems may vary according to architecture and user model.  A user model describes user activity and interests at different points in time, including present and future activity.  The system may recommend activities, such as leisure activities, based on the user model.  Unfortunately, it takes considerable time and expense to develop such context-aware systems.

## SUMMARY

[0004] One embodiment of the present invention provides a system for providing user information to a recommender.  During operation, the system receives, from the recommender, a registration for notification of changes to a context graph.  The context graph includes information about user behavior and/or user interests.  Next, the system receives, from a mobile device, event data derived from contextual data collected using detectors that detect the mobile device's physical surroundings.  The system modifies the context graph based on the event data.  The system then determines that the modification to the context graph matches the registration, and sends a notification of context graph change to the recommender.

[0005] In a variation on this embodiment, the system receives, from the mobile device, additional event data including application event data and/or operating system event data.  The system then modifies the context graph based on the additional event data.  The system determines that the modification to the context graph matches the registration, and sends a notification of context graph change to the recommender.

[0006] In a variation on this embodiment, the event data includes high-level event data generated by the mobile device from contextual data.

2

[0007] In a variation on this embodiment, the system receives a query for context graph data from the recommender, and sends the context graph data to the recommender.

[0008] In a variation on this embodiment, the system receives real-time event data through a RESTful WebAPI, and modifies the context graph data based on the received real-time event data.

[0009] In a variation on this embodiment, the system receives bulk upload of event data through an event posting interface, and modifies the context graph data based on the received bulk upload event data.

## BRIEF DESCRIPTION OF THE FIGURES

[0010] FIG. 1 presents a block diagram illustrating mobile devices communicating event data to a server, according to an embodiment.

[0011] FIG. 2 presents a block diagram illustrating a client side architecture, according to an embodiment.

[0012] FIG. 3 presents a block diagram illustrating the relationship between client-side and server-side event processing components, according to an embodiment.

[0013] FIG. 4 presents a block diagram illustrating the relationship between events, the mapper, and the context graph, according to an embodiment.

[0014] FIG. 5 presents a flowchart illustrating an exemplary process of collecting and publishing event data on the client, according to an embodiment.

[0015] FIG. 6 presents a flowchart illustrating an exemplary process of event processing on the server, according to an embodiment.

[0016] FIG. 7 illustrates an exemplary mobile device for capturing event data, in accordance with one embodiment of the present invention.

3

[0017] FIG. 8 illustrates an exemplary server for processing events, in accordance with one embodiment of the present invention.

[0018] In the figures, like reference numerals refer to the same figure elements.

5

## DETAILED DESCRIPTION

[0019] The following description is presented to enable any person skilled in the art to make and use the embodiments, and is provided in the context of a particular application and its requirements.  Various modifications to the disclosed embodiments will be readily apparent to those skilled in the art, and the general principles defined herein may be applied to other embodiments and applications without departing from the spirit and scope of the present disclosure. Thus, the present invention is not limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features disclosed herein.

10

15

### Overview

[0020] Embodiments of the present invention solve the problem of efficiently developing context aware systems by providing a generic contextual intelligence platform that may be adapted for specific applications.  Such a contextual intelligence system facilitates real-time processing of contextual information and support contextual application development for Web and mobile applications.

20

[0021] The generic contextual intelligence platform includes a client-side architecture and a server-side architecture.  The client-side architecture collects contextual data and sends processed contextual data to the server-side architecture as event data.  Contextual data describes a computing context detected by a

25

4

mobile device client, such as physical surroundings and/or application and/or operating system context. The server-side architecture stores the contextual data and uses the contextual data to modify a graph containing user behavior and interest information. Applications may use information from the graph to modify

5    application-specific user models and generate recommendations.

[0022] The client-side architecture collects contextual data by detecting a computing context including physical surroundings, application, and operating system context, and analyzes and writes the collected data to storage. The client-side architecture processes context detected through a hardware detector, from an

10   application, or from the operating system, and the resulting contextual data is stored as low-level event data. Low-level event data indicate events that are detected from context, and not generated, by the client-side architecture. For example, a low-level event can be a walking pattern sensed by an accelerometer, the selection of a button in an application, or a screen capture. The client-side

15   architecture may generate high-level events using the contextual data and send the high-level events to a server. A high-level event can be, for example, a user reading e-mail. The client-side architecture may also send event data to applications executing on the client.

[0023] The server-side architecture receives event information from the

20   client and may analyze the event information to modify a context graph. A context graph is an in-memory model that stores facts and assertions about a user's behavior and interests. The server may also use a publish/subscribe event system to send events to recommenders. A recommender is an application that recommends items or activities for a user. These recommenders maintain

25   application-specific user models using user information derived from the context graph. The server sends event data to a recommender when the event matches a subscription request from that particular recommender. The recommenders then

5

modify their application-specific user models with the user information and make recommendations based on the application-specific user models.

[0024] In order to adapt the disclosed generic infrastructure to customized needs, one need only provide customized activity detection modules, customized user models, and/or customized recommenders. The infrastructure is designed as a modular structure and the different functions are compartmentalized and not dependent on each other. One can customize one or more modules for their particular application and/or also use default modules. An engineer adapting the generic infrastructure may embed contextual intelligence in their application and even monetize the application with contextually aware features. By adapting a generic infrastructure, one can save considerable time and expense in developing a customized contextual intelligence system.

**Detailed Description**

[0025] FIG. 1 presents a block diagram illustrating mobile devices communicating event data to a server, according to an embodiment. In FIG. 1, mobile devices 102, 104, and 106 collect contextual data using detectors such as a GPS, an accelerometer, and/or a compass. Such contextual data may indicate that a user is performing certain activities such as, for example, walking, running, or opening an application on the mobile device. The contextual data may also include low-level operating system event data. The mobile devices can process and store the contextual data as low-level event data. The mobile devices can also generate high-level event data, such as data to indicate that a user is writing a document. The mobile devices may send event data to a server 108 through a network 110. In one embodiment, mobile devices may send only high-level events to the server.

6

[0026] Server 108 stores, analyzes, and publishes the received event data. Server 108 may modify a context graph using the event data. One can modify application-specific user models by using user information stored in the context graph. Such application-specific user models facilitate implementation of recommender applications.

## Client-Side Architecture

[0027] FIG. 2 presents a block diagram illustrating a client-side architecture, according to an embodiment. Client-side architecture 200 includes various components for collecting physical and application contextual data, then processing and recording the data to a database. The components analyze the data and generate high-level events based on the analyzed data. Client-side architecture 200 publishes the events to applications on a client and to a server.

[0028] Client-side architecture 200 includes physical detectors such as GPS 202, accelerometer 204, and compass 206. The physical detectors detect physical context surrounding a mobile device and the system provides abstractions for utilizing the physical detectors, including a platform application programming interface (API) 208. Platform API 208 facilitates communication with the devices and may preprocess the contextual data. Platform API 208 then sends its output to a data logger 210 and a client analytics package 216. The client analytics package 216 analyzes the physical and application data and generates high-level events to forward to the server. Multiple analytics components may run on the client. The system can also send captured application data 209 to the data logger 210. Note that captured application data 209 includes user events occurring within an application. The data logger 210 may write the physical context data and the captured application data to a platform database 212

7

via a database abstraction layer 214.  Platform database 212 stores historical traces to facilitate analysis of the data.

[0029]  The system can collect contextual data using a number of different techniques.  The system can obtain the contextual data either from inside a client application, or via a specific data-logger application.  For example, the system can collect contextual data directly from applications via embedded hooks.  The system can also collect contextual data through the operating system, including by capturing screens, detecting click events, and transferring event log files.  Further, the system can collect contextual data from devices such as GPS receivers, accelerometers, etc.

[0030]  The client-side architecture 200 implements a centralized listener pattern that allows for connected applications to register to receive contextual events from the analytics system.  There may be a number of applications and modules that register for and utilize contextual information.  Using the centralized listener pattern, the client can also transfer events to a centralized server system, either as low-level activity traces, or as higher level events generated by the analytics systems.

[0031]  An in-memory publish/subscribe system 218 implements the centralized listener pattern to provide contextual events to client applications and to the HTTP server stub 220.  The client-side architecture 200 allows applications to register for particular types of events.  For example, an application interested in location-specific events may choose to register for GPS events.  With client-side analytics and interest registration, the infrastructure can reduce the impact of a multi-user system with a large volume of events, thereby reducing the likelihood of overloading a server.

[0032]  In one embodiment, the HTTP server stub 220 facilitates transmission of high-level events to a remote server.  The HTTP server stub 220

8

can receive events from the publish-subscribe system 218 and transmit events using HTTP to a remote server system (e.g., in JavaScript Object Notation (JSON) format). Note that one can configure the stub to customize transmission of events. In one embodiment, the stub only relays events that are registered with the publish/subscribe system.

**Sending Data To Server**

[0033] Server-side processing facilitates social applications, applications that require a higher level of data processing than can be accomplished on a single client, or applications that require a server-side persistent state. For these scenarios requiring server-side processing, the client can upload data to the server either by uploading in real time or using bulk upload.

[0034] For continuous, real-time events upload, the client can post JSON messages to a server-based RESTful Web API. A RESTful web API is a web service implemented using HTTP and the principles of representational state transfer (REST). REST is a style of software architecture for distributed systems such as the World Wide Web. The client can identify the real-time events with a userid for the user data is associated with. Real-time upload of events allows the client to continuously update user state for real-time applications.

[0035] For bulk uploads the client can use HTTP POST to upload large data files (e.g., from a database). Application-specific code can process such bulk uploads into a server-side data store. Note that clients can use bulk upload for large blocks of data, such as screenshots or extensive low-level log files intended for analysis using machine-learning techniques.

**Server-Side Event Processing**

9

[0036] FIG. 3 presents a block diagram illustrating the relationship between client-side and server-side event processing components, according to an embodiment.  FIG. 3 illustrates an event processing system in the server receiving event data from a mobile device and the subsequent analysis and storage of the event data.  This figure also shows server component interactions with a publish/subscribe event system that sends event data to a context graph.  The context graph stores generic user model information that may be adapted for application-specific user models and is further described in conjunction with FIG. 4.

[0037] In FIG. 3, as described with respect to FIG. 2, a mobile device 300 initially collects physical contextual data using GPS 202 and compass 206, as well as detect application events including user interactions 301.  Mobile device 300 may analyze contextual data and/or generate high-level events using client-side analytics 216 and transmit events to the server.  The client can transmit both high-level events and low-level events to the server via an event posting interface 302 and/or a RESTful WebAPI (see FIG. 4).

[0038] When the server receives events at the server-side RESTful WebAPI, the server can convert the events into internal message queue events.  Using a message queuing architecture on the server allows the system to decouple event reception from event processing.  Any module on the server can subscribe to the message queue, either using a user identifier or otherwise.

[0039] The server may write the event data to storage, analyze the data, and/or publish the event data.  The server may write the data to storage for subsequent analysis.  The server may transfer event information from an event posting 3022 data store adapter 304.  Such event information may be transferred via a real-time event stream, which may include streams of real-time events for each user.  The server may use a data store adapter 304 to record events to low-

10

level storage, such as low-level event history database 306. Low-level event history database 306 can be, for example, a NoSQL database storing low-level event history information.

[0040] Server-side analytics 310 can include machine learning modules

5   for analyzing the event data. Components in server-side analytics 310 can access real-time data from the publish/subscribe event system 308 or historical data from the low-level event history database 306. Typically, such components run in batch mode rather than real-time. In one implementation, such components may run during low load periods (e.g., at night time) in order to optimize user models.

10   The system may redirect the processing output from such components back into the event processing system for transfer into a context graph. The server can also write the output from server-side analytics 310 into low-level event history database 306.

[0041] The server may also publish event data to subscribers, and may use

15   some of the event data to modify a context graph, as further discussed in FIG. 4. The server may publish events through a publish/subscribe event system 308 using multiple, concurrent, queues. Server-side analytics 310 may use a high-level event stream to send events to publish/subscribe event system 308.

[0042] In one implementation, the server may use RabbitMQ for message

20   queuing functionality. The server may also use high performance event processing subsystems for greater transaction volumes, such as that based on 0MQ or message passing interface (MPI). 0MQ is a high-performance synchronous messaging library for use in scalable distributed or concurrent applications. MPI is a portable, standardized message-passing system that

25   functions on parallel computers. In one implementation, the system includes an embeddable stub that allows analytic components to post data from an application

11

into publish/subscribe event system 308, where the data can be transferred to a context graph.

[0043] The server can also receive and combine data from multiple clients to leverage its greater processing power. In one embodiment, the server may analyze data aggregated from a number of clients. For example, the server may analyze co-location events involving locations of a number of clients. To transfer data back to a client, a server-side application may push events into a client's publish/subscribe system asynchronously using a long-poll persistent push connection. For example, the server may push notifications to the clients involved in the co-location events. Note that the system may also use a long-poll connection to deliver recommendations to clients. For example, the system may inject recommendations as specially labeled messages into the event processing system, which transfers the messages to the client for display via a long-poll connection. Note that the system may also use traditional polling instead of long-polling.

[0044] One embodiment of the present invention may also include a framework for developing machine learning components that include stubs providing access to stored event data and real-time events, and access to publish/subscribe event system 308 for posting events into the system. Machine learning modules can use a data-driven approach, in that their parameters are serializable into a database.

[0045] In one embodiment, the system instantiates a machine learning component in an application using a low number of function calls. The system can instantiate a suitable component with data from the database. The system can then connect the component to the event processing system, and activate the component for a particular user. In one implementation, a web-based authoring system can facilitate the design and provisioning of such functionality.

12

## Relationship Between Events, Mapper, And Context Graph

[0046] FIG. 4 presents a block diagram illustrating the relationship between events, the mapper, and the context graph, according to an embodiment. The operation of the server includes receiving events from clients and publishing events to subscribers. Some of the subscribers are machine learning modules, and others include a mapper and a dependency system. The mapper and a RESTful WebAPI modify the context graph, and the dependency system provides context graph change information to recommenders. The recommenders can modify implementation-specific user models based on the data received from the context graph, and make recommendations based on the information-specific user models. For example, a recommender can utilize data from a user model to affect the score of an item when determining a recommendation.

[0047] As illustrated in FIG. 4, during operation, event posting interface 302 sends events received from clients to publish/subscribe event system 308. Publish/subscribe event system 308 may send some events to machine learning modules, such as machine learning module1 402 and machine learning module2 404, which form part of server-side analytics 310. The machine learning modules may determine appropriate responses to events. The system may employ a number of different types of machine learning modules, including classifiers, re-enforcement learners, and other miscellaneous types. The system can train classifiers using historical data from the low-level event history. The classifiers may also have a detection component, which can run either in real-time on the event stream, or periodically on the data in the stored history. Re-enforcement learners can also observe changes to the mobile device context via event observation and learn appropriate responses.

13

[0048] In one embodiment, the system may store contextual data for each user.  Each user is associated with a context graph 406 that describes their current state.  Context graph 406 is a per-user, in-memory, graph-based model that stores facts and assertions about user behavior and actions.  Context graph 406 is a database of information about the user.  For example, context graph 406 may include data relating to the personal habits of the user.  Such data may include that a user tends to drink coffee at four o'clock, or that the user tends to go to work at two o'clock.

[0049] Context graph 406 functions as a storage component of a generalized user model.  A user model describes predicted current and future activities and interests for a user.  The system can store data in context graph 406 using a type-less approach to data storage.  Context graph 406 may store data according to different data models, including data models for entity-relationship data and unstructured data.  Note that context graphs can also be shared between users.  In one embodiment, the system can manage context graphs with greater numbers of nodes using cross module interconnections.

[0050] The system enters data into context graph 406 through subscriptions to publish/subscribe event system 308.  A mapper 314 modifies context graph 406 after receiving information from publish/subscribe event system 308.  The components that transfer event information into context graph 406 can be specially developed for specific applications.  As discussed with respect to FIG. 2, clients may also send and receive information directly to and from the context graph 406 using a RESTful WebAPI 408.

**Dependency System**

[0051] A dependency system 410 connects recommenders to context graph 406 so that the system may notify recommenders of context graph changes.

14

Changes to the data in context graph 406 trigger changes and alerts via the
dependency system 410.  Such changes include topological changes and/or
changes to individual properties on objects (e.g., nodes and edges) in context
graph 406.

5          [0052] Dependency system 410 can transfer data from context graph 406
into an application-specific user model.  Such an application-specific user model
may be used in a rule or mixed-model based recommender or any other type of
recommender.

[0053] In one embodiment, when the dependency system 410 detects the
10   graph changes, the changes trigger a recommender to compute rankings and/or
scores for recommendable items and/or activities and/or services.  The
recommender may push recommendations asynchronously to the client.

[0054] A recommender using the data in context graph 406 can register
for graph modification callbacks with dependency system 410.  The recommender
15   can use the callbacks, in conjunction with graph queries and assertions, to update
application-specific model values when graph data changes in context graph 406.
The recommender may then generate and/or modify recommendations based on
the application-specific model values.

[0055] Note that the data stored in context graph 406 and the change
20   notification mechanism is sufficient for many recommendation applications.
However, for more sophisticated applications, such as a mixed-model
recommendation system, one can add an interface layer for propagating changes
from context graph 406 to an application-specific user model.  Further, one may
also add a query language to the system so that the recommenders may use the
25   query language to issue queries against the context graph, thereby facilitating
update of the application-specific user model.

15

**Exemplary Prototype Applications**

[0056] Two exemplary prototype applications utilizing application-specific user models are discussed below.  The first example is a rule-based recommendation engine that uses dependency system 410 to update rules.  The

5 second example is a mixed-model content recommendation system that subscribes to the context graph 406 and uses their output to affect changes to its variables.  Additionally, modules for combining recommendations are suggested below.

[0057] In one embodiment, a system using a rule-based recommendation engine may use the dependency system to update the status of rules, which can

10 push recommendations to a client.  Changes to the context graph trigger re-evaluation of the rule state.  When the rule state changes, the recommender makes recommendations via the association of a recommendable item with the rule.  In a trivial case, the recommender pushes recommendations to a client.  More complex systems can vote on recommendations, with the votes assembled via a ranking

15 system.

[0058] In another embodiment, a mixed-model content recommendation system can utilize discrete variables to indicate user interest in particular subjects, and can score or rank content that has similar variables indicating the content type.  The mixed-model system can subscribe to the context graph, and use their

20 output to affect changes to its variables.  Each recommendable item can be characterized by a number of variables in a vector space.  Variables can, for example, indicate ethnicity of restaurants.  When changes are made to the context graph, the recommender calculates recommendations by executing a calculation relating model factors with recommendation vector variables.  The recommender

25 then assigns each recommendable item a numerical score.

[0059] The system described herein may also include combiner modules that accept output from recommenders and combine the output to determine a

16

recommendation score.  For example, a vote-based combiner can score recommendations according to the number of votes they receive.  This is suitable for combining the output from a number of rule-based recommenders.  As another example, a combiner may also select a best recommendation from among multiple

5   recommendation scores to determine an output recommendation score.

### Exemplary Process For Collecting And Publishing Event Data On The Client

[0060] FIG. 5 presents a flowchart illustrating an exemplary process of collecting and publishing event data on the client, according to an embodiment.

10   During operation, the client initially collects physical, application, and operating system contextual data (operation 502).  For example, the client may collect physical surroundings contextual data such as the location, movement, and/or compass measurement of the mobile device.  The client then stores the contextual data (or otherwise processes the contextual data as low-level event data) and

15   generates high-level events (operation 504).  For example, the client may generate high-level event indicating that a user is using a web browser.  The client then publishes event data to subscribers on the client and server (operation 506).  The client may use event posting interface 302 and/or RESTful WebAPI 408 to send event data to the server.

20   [0061] FIG. 6 presents a flowchart illustrating an exemplary process of event processing on the server, according to an embodiment.  During operation, the server receives event data from clients (operation 602).  The server may queue the event data for processing.  Next, the server stores and processes the event data (operation 604).  The server may analyze the event data, either by performing

25   real-time analysis or analyzing in batch mode.  The server may publish events to a publish/subscribe event system.  Further, the server may analyze co-location events and push events to clients.  The server can update context graph 406 using

17

the event data (operation 606).  The server may modify context graph 406 using output from server analytics components.  Using dependency system 410, the server may send context graph 406 data to recommenders (operation 608).  When the graph changes, the system can send the new graph data to relevant

5       recommenders.  The recommenders can then form recommendations using the new graph data.

[0062] FIG. 7 illustrates an exemplary mobile device for capturing event data, in accordance with one embodiment of the present invention.  In one embodiment, a computer and communication system 700 includes a

10     processor 702, a memory 704, an optional display 705, and a storage device 706. Storage device 706 stores a number of applications, such as applications 707 and 709.  Storage device 706 also stores a platform API 208, as well as other applications, such as client analytics package 216, data logger 210, and publish/subscribe system 218.  During operation, the applications are loaded from

15     storage device 706 into memory 704 and then executed by processor 702.  While executing the program, processor 702 performs the aforementioned functions.

[0063] FIG. 8 illustrates an exemplary server for processing events, in accordance with one embodiment of the present invention.  In one embodiment, a computer and communication system 800 includes a processor 802, a memory

20     804, and a storage device 806.  Storage device 806 stores a number of applications, such as applications 810 and 812.  Storage device 806 also stores a machine learning module 402, mapper 314, dependency system 410, context graph 406, RESTful WebAPI 408, and recommender 824.  During operation, one or more applications are loaded from storage device 806 into memory 804 and

25     then executed by processor 802.  While executing the program, processor 802 performs the aforementioned functions.  Computer and communication system 800 is coupled to an optional display 815, keyboard 816, and pointing device 818.

18

[0064] The data structures and code described in this detailed description are typically stored on a computer-readable storage medium, which may be any device or medium that can store code and/or data for use by a computer system. The computer-readable storage medium includes, but is not limited to, volatile memory, non-volatile memory, magnetic and optical storage devices such as disk drives, magnetic tape, CDs (compact discs), DVDs (digital versatile discs or digital video discs), or other media capable of storing computer-readable media now known or later developed.

[0065] The methods and processes described in the detailed description section can be embodied as code and/or data, which can be stored in a computer-readable storage medium as described above. When a computer system reads and executes the code and/or data stored on the computer-readable storage medium, the computer system performs the methods and processes embodied as data structures and code and stored within the computer-readable storage medium.

[0066] Furthermore, methods and processes described herein can be included in hardware modules or apparatus. These modules or apparatus may include, but are not limited to, an application-specific integrated circuit (ASIC) chip, a field-programmable gate array (FPGA), a dedicated or shared processor that executes a particular software module or a piece of code at a particular time, and/or other programmable-logic devices now known or later developed. When the hardware modules or apparatus are activated, they perform the methods and processes included within them.

[0067] The foregoing descriptions of various embodiments have been presented only for purposes of illustration and description. They are not intended to be exhaustive or to limit the present invention to the forms disclosed. Accordingly, many modifications and variations will be apparent to practitioners

19

skilled in the art.  Additionally, the above disclosure is not intended to limit the present invention.

20

**What Is Claimed Is:**

1   1.   A computer-executable method performed by a server to provide
2   user information to a recommender, comprising:
3   receiving, from the recommender, a registration for notification of
4   changes to a context graph, wherein the context graph includes
5   information about user behavior and/or user interests;
6   receiving, from a mobile device, event data derived from
7   contextual data collected using detectors that detect the mobile device's
8   physical surroundings;
9   modifying the context graph based on the event data;
10   determining that the modification to the context graph matches the
11   registration; and
12   sending a notification of context graph change to the
13   recommender.

1   2.   The method of claim 1, further comprising:
2   receiving, from the mobile device, additional event data including
3   application event data and/or operating system event data;
4   modifying the context graph based on the additional event data;
5   determining that the modification to the context graph matches the
6   registration; and
7   sending a notification of context graph change to the recommender.

1   3.   The method of claim 1, wherein the event data includes high-level
2   event data generated by the mobile device from contextual data.

21

Attorney Docket No. PARC-20121083-US-NP                    Inventors: Roberts et al.

1    4.    The method of claim 1, further comprising:

2    receiving a query for context graph data from the recommender; and

3    sending the context graph data to the recommender.

1    5.    The method of claim 1, further comprising:

2    receiving real-time event data through a RESTful WebAPI; and

3    modifying the context graph data based on the received real-time event

4    data.

1    6.    The method of claim 1, further comprising:

2    receiving bulk upload of event data through an event posting interface;

3    and

4    modifying the context graph data based on the received bulk upload event

5    data.

1    7.    A computer-readable storage medium storing instructions that

2    when executed by a computer cause the computer to provide user information to a

3    recommender, the method comprising:

4    receiving, from the recommender, a registration for notification of

5    changes to a context graph, wherein the context graph includes

6    information about user behavior and/or user interests;

7    receiving, from a mobile device, event data derived from

8    contextual data collected using detectors that detect the mobile device's

9    physical surroundings;

10    modifying the context graph based on the event data;

22

Attorney Docket No. PARC-20121083-US-NP                    Inventors: Roberts et al.

11    determining that the modification to the context graph matches the

12   registration; and

13    sending a notification of context graph change to the

14   recommender.

1   8.  The computer-readable storage medium of claim 7, wherein the

2 computer-readable storage medium stores additional instructions that, when

3 executed, cause the computer to perform additional steps comprising:

4   receiving, from the mobile device, additional event data including

5 application event data and/or operating system event data;

6   modifying the context graph based on the additional event data;

7   determining that the modification to the context graph matches the

8 registration; and

9   sending a notification of context graph change to the recommender.

1   9.  The computer-readable storage medium of claim 7, wherein the

2 event data includes high-level event data generated by the mobile device from

3 contextual data.

1   10.  The computer-readable storage medium of claim 7, further

2 comprising:

3   receiving a query for context graph data from the recommender; and

4   sending the context graph data to the recommender.

1   11.  The computer-readable storage medium of claim 7, further

2 comprising:

3   receiving real-time event data through a RESTful WebAPI; and

23

4        modifying the context graph data based on the received real-time event

5    data.

1        12.     The computer-readable storage medium of claim 7, further

2    comprising:

3        receiving bulk upload of event data through an event posting interface;

4    and

5        modifying the context graph data based on the received bulk upload event

6    data.

1        13.     A computing system for providing user information to a

2    recommender, the system comprising:

3        one or more processors,

4        a computer-readable medium coupled to the one or more processors

5    having instructions stored thereon that, when executed by the one or more

6    processors, cause the one or more processors to perform operations comprising:

7        receiving, from the recommender, a registration for notification of changes

8    to a context graph, wherein the context graph includes information about user

9    behavior and/or user interests;

10       receiving, from a mobile device, event data derived from contextual data

11    collected using detectors that detect the mobile device's physical surroundings;

12       modifying the context graph based on the event data;

13       determining that the modification to the context graph matches the

14    registration; and

15       sending a notification of context graph change to the recommender.

24

1       14.     The computer-readable storage medium of claim 13, wherein the
2 computer-readable storage medium stores additional instructions that, when
3 executed, cause the computer to perform additional steps comprising:
4       receiving, from the mobile device, additional event data including
5 application event data and/or operating system event data;
6       modifying the context graph based on the additional event data;
7       determining that the modification to the context graph matches the
8 registration; and
9       sending a notification of context graph change to the recommender.

1       15.     The computer-readable storage medium of claim 13, wherein the
2 event data includes high-level event data generated by the mobile device from
3 contextual data.

1       16.     The computer-readable storage medium of claim 13, wherein the
2 computer-readable storage medium stores additional instructions that, when
3 executed, cause the computer to perform additional steps comprising:
4       receiving a query for context graph data from the recommender; and
5       sending the context graph data to the recommender.

1       17.     The computer-readable storage medium of claim 13, wherein the
2 computer-readable storage medium stores additional instructions that, when
3 executed, cause the computer to perform additional steps comprising:
4       receiving real-time event data through a RESTful WebAPI; and
5       modifying the context graph data based on the received real-time event
6 data.

Attorney Docket No. PARC-20121083-US-NP                     Inventors: Roberts et al.

1       18.    The computer-readable storage medium of claim 13, wherein the

2    computer-readable storage medium stores additional instructions that, when

3    executed, cause the computer to perform additional steps comprising:

4        receiving bulk upload of event data through an event posting interface;

5        and

6        modifying the context graph data based on the received bulk upload event

7    data.

Attorney Docket No. PARC-20121083-US-NP                  Inventors: Roberts et al.

# GENERALIZED CONTEXTUAL INTELLIGENCE PLATFORM

## ABSTRACT

One embodiment of the present invention provides a system for providing user information to a recommender.  During operation, the system receives, from the recommender, a registration for notification of changes to a context graph.  The context graph includes information about user behavior and/or user interests.  Next, the system receives, from a mobile device, event data derived from contextual data collected using detectors that detect the mobile device's physical surroundings.  The system modifies the context graph based on the event data.  The system then determines that the modification to the context graph matches the registration, and sends a notification of context graph change to the recommender.

27

PARC-20121083-US-NP

SHEET 1 OF 8



FIG. 1



**FIG. 2**

PARC-20121083-US-NP

SHEET 3 OF 8



**FIG. 3**



FIG. 4

PARC-20121083-US-NP

SHEET 5 OF 8



FIG. 5

PARC-20121083-US-NP

SHEET 6 OF 8



FIG. 6

PARC-20121083-US-NP

SHEET 7 OF 8



**FIG. 7**

PARC-20121083-US-NP

SHEET 8 OF 8



**FIG. 8**

Document code:  WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date:  06/04/2013

CCETIN      SALE  #00000043     Mailroom Dt:  04/29/2013      240037    13873061
                    01    FC : 1051                 140.00  DA