McKOOL SMITH, P.C.

1  Alan P. Block (SBN 143783)
   ablock@mckoolsmith.com
2  MCKOOL SMITH HENNIGAN, P.C.
   300 South Grand Avenue, Suite 2900
3  Los Angeles, California 90071
   Telephone:   (213) 694-1200
4  Facsimile:    (213) 694-1234

5  David Sochia (TX SBN 00797470)
   *(Pro Hac Vice)*
6  dsochia@McKoolSmith.com
   Ashley N. Moore (TX SBN 24074748)
7  *(Pro Hac Vice)*
   amoore@McKoolSmith.com
8  Alexandra F. Easley (TX SBN 24099022)
   *(Pro Hac Vice)*
9  aeasley@McKoolSmith.com
   McKool Smith, P.C.
10 300 Crescent Court, Suite 500
   Dallas, Texas 75201
11 Telephone (214) 978-4000
   Facsimile: (214) 978-4044
12
   James E. Quigley (TX SBN 24075810)
13 *(Pro Hac Vice)*
   jquigley@McKoolSmith.com
14 McKool Smith, P.C.
   300 W. 6th Street, Suite 700
15 Austin, Texas 7870
   Telephone: (512) 692-8700
16 Facsimile: (512) 692-8744

17 Attorneys for Plaintiff
   PALO ALTO RESEARCH CENTER INC.
18

19          **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
20              **WESTERN DIVISION**

21

22 PALO ALTO RESEARCH CENTER INC.,        Case No. 2:20-cv-10755 AB(MRWx)

       Plaintiff/Counterclaim-Defendant.
23                                         **PALO ALTO RESEARCH**
       v.                                  **CENTER INC.'S REPLY TO**
24                                         **SNAP, INC.'S ANSWER AND**
   SNAP INC.,                              **COUNTERCLAIMS**
25
       Defendant/Counterclaim-Plaintiff.
26

27

28

---

McKool Smith, P.C.

Plaintiff Palo Alto Research Center Inc. ("PARC" or "Plaintiff") hereby replies to the answer and counterclaims set forth in Snap Inc.'s ("Snap") Answer and Counterclaims (Dkt. 37) as follows:

## AFFIRMATIVE DEFENSES

107.   Paragraph 107 of Snap's Answer and Counterclaims does not contain a statement which warrants an affirmance or denial. To the extent any response is warranted, PARC responds as follows: denied.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

108.   PARC denies the allegations in paragraph 108 of Snap's Answer and Counterclaims.

### SECOND AFFIRMATIVE DEFENSE

### (Non-Infringement)

109.   PARC denies the allegations in paragraph 109 of Snap's Answer and Counterclaims.

### THIRD AFFIRMATIVE DEFENSE

### (Invalidity)

110.   PARC denies the allegations in paragraph 110 of Snap's Answer and Counterclaims.

### FOURTH AFFIRMATIVE DEFENSE

### (Prosecution History Estoppel)

111.   PARC denies the allegations in paragraph 111 of Snap's Answer and Counterclaims.

### FIFTH AFFIRMATIVE DEFENSE

### (Causation)

112.   PARC denies the allegations in paragraph 112 of Snap's Answer and Counterclaims.

PARC REPLY TO SNAP ANSWER AND COUNTERCLAIMS          CASE NO. 2:20-CV-10755 AB(MRWx)

McKOOL SMITH, P.C.

## SIXTH AFFIRMATIVE DEFENSE

### (Absence of Damages)

113.   PARC denies the allegations in paragraph 113 of Snap's Answer and Counterclaims.

## SEVENTH AFFIRMATIVE DEFENSE

### (Limitation on Damages)

114.   PARC denies the allegations in paragraph 114 of Snap's Answer and Counterclaims.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

115.   PARC denies the allegations in paragraph 115 of Snap's Answer and Counterclaims.

## NINTH AFFIRMATIVE DEFENSE

### (No Willful Infringement)

116.   PARC denies the allegations in paragraph 116 of Snap's Answer and Counterclaims.

## TENTH AFFIRMATIVE DEFENSE

### (No Injunctive Relief)

117.   PARC denies the allegations in paragraph 117 of Snap's Answer and Counterclaims.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unavailability of Equitable Remedies)

118.   PARC denies the allegations in paragraph 118 of Snap's Answer and Counterclaims.

## TWELFTH AFFIRMATIVE DEFENSE

### (Estoppel)

119.   PARC denies the allegations in paragraph 119 of Snap's Answer and Counterclaims.

PARC REPLY TO SNAP ANSWER AND COUNTERCLAIMS          CASE NO. 2:20-CV-10755 AB(MRWx)

McKool Smith, P.C.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mark)

120.   PARC denies the allegations in paragraph 120 of Snap's Answer and Counterclaims.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Inequitable Conduct as to Inventorship)

121.   PARC denies the allegations in paragraph 121 of Snap's Answer and Counterclaims.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure to Join Necessary Parties)

122.   PARC denies the allegations in paragraph 122 of Snap's Answer and Counterclaims.

## OTHER AFFIRMATIVE DEFENSES

123.   Paragraph 123 of Snap's Answer and Counterclaims does not contain a statement which warrants an affirmance or denial. To the extent any response is warranted, PARC responds as follows: denied.

## SNAP'S COUNTERCLAIMS AGAINST PARC

## PARTIES

1.   On information and belief, based solely on paragraph 1 of Snap's Counterclaims as pleaded by Snap, Snap is a corporation organized under the laws of the State of Delaware and having a principal place of business at 2772 Donald Douglas Loop, North, Santa Monica, CA 90405. Except as expressly admitted, PARC denies the allegations in paragraph 1 of Snap's Answer and Counterclaims.

2.   PARC admits the allegations in paragraph 2 of Snap's Answer and Counterclaims.

## JURISDICTION AND VENUE

3.   PARC admits that Snap's counterclaims arise under the Patent Laws of the United Sates, Title 35, United States Code. PARC admits that the jurisdiction of

4

1   this Court is proper over these counterclaims. Except as expressly admitted, PARC

2   denies the allegations in paragraph 3 of Snap's Answer and Counterclaims.

3       4.      As to this particular case, PARC admits that this Court has personal

4   jurisdiction over PARC. Except as expressly admitted, PARC denies the allegations in

5   paragraph 4 of Snap's Answer and Counterclaims.

6       5.      As to this particular case, PARC admits that venue is proper in this

7   District. Except as expressly admitted, PARC denies the allegations in paragraph 5 of

8   Snap's Answer and Counterclaims.

9                          **FIRST CAUSE OF ACTION**

10           **(Declaratory Judgment of Non-Infringement – '599 Patent)**

11      6.      Paragraph 6 of Snap's Answer and Counterclaims does not contain a

12   statement which warrants an affirmance or denial. To the extent any response is

13   warranted, PARC responds as follows: denied.

14      7.      PARC admits that Snap alleges that its counterclaim arises under the

15   Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Except as expressly

16   admitted, PARC denies the allegations in paragraph 7 of Snap's Answer and

17   Counterclaims.

18      8.      PARC admits that on November 25, 2020, PARC filed this lawsuit

19   against Snap related to Snap's infringement of U.S. Patent Nos. 8,489,599 (the "'599

20   Patent"); 9,208,439 (the "'439 Patent"); and 8,966,362 (the "'362 Patent")

21   (collectively, the "Patents-in-Suit"). Except as expressly admitted, PARC denies the

22   allegations in paragraph 8 of Snap's Answer and Counterclaims.

23      9.      PARC denies the allegations in paragraph 9 of Snap's Answer and

24   Counterclaims.

25      10.     PARC admits that it has alleged that Snap has infringed and/or infringes,

26   directly and/or indirectly, the '599 Patent and that a case or controversy as to Snap's

27   infringement, ripe for this Court to adjudicate, exists. Except as expressly admitted,

28   PARC denies the allegations in paragraph 10 of Snap's Answer and Counterclaims.

McKool Smith, P.C.

PARC REPLY TO SNAP ANSWER AND COUNTERCLAIMS          CASE NO. 2:20-CV-10755 AB(MRWx)

1    11.    PARC denies the allegations in paragraph 11 of Snap's Answer and
2  Counterclaims.

3                    **SECOND CAUSE OF ACTION**

4             **(Declaratory Judgment of Invalidity – '599 Patent)**

5    12.    Paragraph 12 of Snap's Answer and Counterclaims does not contain a
6  statement which warrants an affirmance or denial. To the extent any response is
7  warranted, PARC responds as follows: denied.

8    13.    PARC admits that Snap alleges that its counterclaim arises under the
9  Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Except as expressly
10 admitted, PARC denies the allegations in paragraph 13 of Snap's Answer and
11 Counterclaims.

12    14.    PARC admits that on November 25, 2020, PARC filed this lawsuit
13 against Snap related to Snap's infringement of the Patents-in-Suit. Except as expressly
14 admitted, PARC denies the allegations in paragraph 14 of Snap's Answer and
15 Counterclaims.

16    15.    PARC denies the allegations in paragraph 15 of Snap's Answer and
17 Counterclaims.

18    16.    PARC admits that it has alleged that Snap has infringed and/or infringes,
19 directly and/or indirectly, the '599 Patent and that a case or controversy as to Snap's
20 infringement, ripe for this Court to adjudicate, exists. Except as expressly admitted,
21 PARC denies the allegations in paragraph 16 of Snap's Answer and Counterclaims.

22    17.    PARC denies the allegations in paragraph 17 of Snap's Answer and
23 Counterclaims.

24                    **THIRD CAUSE OF ACTION**

25   **(Declaratory Judgment of Unenforceability of the '599 Patent for Inequitable**

26        **Conduct—Material Misrepresentation Concerning Inventorship**

27                    **with Intent to Deceive)**

28    18.    Paragraph 18 of Snap's Answer and Counterclaims does not contain a

McKool Smith, P.C.

6

1    statement which warrants an affirmance or denial. To the extent any response is

2    warranted, PARC responds as follows: denied.

3        19.    PARC admits that Snap alleges that its counterclaim arises under the

4    Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Except as expressly

5    admitted, PARC denies the allegations in paragraph 19 of Snap's Answer and

6    Counterclaims.

7        20.    PARC admits that on November 25, 2020, PARC filed this lawsuit

8    against Snap related to Snap's infringement of the Patents-in-Suit. Except as expressly

9    admitted, PARC denies the allegations in paragraph 20 of Snap's Answer and

10   Counterclaims.

11       21.    PARC denies the allegations in paragraph 21 of Snap's Answer and

12   Counterclaims.

13       22.    PARC admits that on December 2, 2008, applicant filed an Application

14   Data Sheet in the prosecution of U.S. Patent Application No. 12/326,457 that

15   identified PARC as the assignee and listed nine individuals as inventors: Victoria

16   M.E. Bellotti, Nicolas B. Ducheneaut, Glenn E. Durfee, Philippe J.P. Golle, Qingfeng

17   Huang, Marc E. Mosko, Kurt E. Partridge, Nicholas K. Yee, and Rebecca L.

18   Braynard. No inventor oath or declaration was filed at that time. On January 12, 2009,

19   applicant filed a Supplemental Application Data Sheet in the prosecution of U.S.

20   Patent Application No. 12/326,457 that identified PARC as the assignee and listed one

21   individual as inventor: Victoria M.E. Bellotti. Applicant also submitted a preliminary

22   amendment reflecting the same. On January 15, 2009, applicant submitted a

23   Declaration and Power of Attorney for Patent Application in the prosecution of U.S.

24   Patent Application No. 12/326,457 signed by Victoria M.E. Bellotti, which stated in

25   part: "I believe I am the original, first and sole inventor (if only one name is listed

26   below)" and listed only Victoria M.E. Bellotti as "sole or first inventor." Except as

27   expressly admitted, PARC denies the allegations in paragraph 22 of Snap's Answer

28   and Counterclaims.

McKool Smith, P.C.

7

McKool Smith, P.C.

23.     PARC admits that Glenn Durfee was employed by PARC from at least early 2002 until spring 2008. PARC also admits that Qingfeng Huang was employed by PARC from at least late 2003 until late 2008. PARC further admits that Glenn Durfee and Qingfeng Huang both signed assignment agreements in which they agreed:

> During and after my employment at PARC, I will promptly notify PARC of all inventions, discoveries, computer programs and systems, works of authorship, improvements, and developments, which I may produce during my employment with PARC, and I assign my right, title, and interest to PARC in such inventions, discoveries, computer programs and systems, works of authorship, improvements, and developments.
>
> I also assign my right, title and interest in any patents or patent applications based on such inventions, discoveries, computer programs and systems, works of authorship, improvements, and developments to PARC, and will assist (at no personal financial expense) in obtaining and maintaining any patents for the benefit of PARC.

PARC additionally admits that Glenn Durfee and Qingfeng Huang were both employed by PARC at all relevant times. Except as expressly admitted, PARC denies the allegations in paragraph 23 of Snap's Answer and Counterclaims.

24.     PARC admits that on or about December 9, 2008, Victoria M.E. Bellotti assigned all rights in U.S. Patent Application No. 12/326,457 and related inventions to PARC. Except as expressly admitted, PARC denies the allegations in paragraph 24 of Snap's Answer and Counterclaims.

25.     PARC incorporates by reference its response to paragraph 23 of Snap's Answer and Counterclaims. Except as expressly admitted, PARC denies the allegations in paragraph 25 of Snap's Answer and Counterclaims.

26.     PARC incorporates by reference its response to paragraph 23 of Snap's Answer and Counterclaims. Except as expressly admitted, PARC denies the

8

1  allegations in paragraph 26 of Snap's Answer and Counterclaims.

2      27.   PARC admits that on October 9, 2012, applicant filed a Notice of Appeal

3  in the prosecution of U.S. Patent Application No. 12/326,457 that stated "In re

4  Applicant of Victoria M.E. Bellotti et al" with a corresponding Fee Worksheet listing

5  only Victoria M.E. Bellotti as inventor. PARC further admits that on December 10,

6  2012, applicant filed an Appeal Brief in the prosecution of U.S. Patent Application

7  No. 12/326,457 that listed "Bellotti, Ducheneaut, Durfee, Golle, Huang, Mosko,

8  Partridge, Yee, and Braynard" as "Appellant" with a corresponding Fee Worksheet

9  listing only Victoria M.E. Bellotti as inventor. PARC additionally admits that on

10  March 15, 2013, the USPTO issued a Notice of Allowability listing only Victoria

11  M.E. Bellotti as applicant. Except as expressly admitted, PARC denies the allegations

12  in paragraph 27 of Snap's Answer and Counterclaims.

13      28.   PARC denies the allegations in paragraph 28 of Snap's Answer and

14  Counterclaims.

15      29.   PARC denies the allegations in paragraph 29 of Snap's Answer and

16  Counterclaims.

17      30.   PARC admits that Victoria M.E. Bellotti is the sole inventor of the '599

18  Patent. Except as expressly admitted, PARC denies the allegations in paragraph 30 of

19  Snap's Answer and Counterclaims.

20      31.   PARC admits that it has alleged that Snap has infringed and/or infringes,

21  directly and/or indirectly, the '599 Patent and that a case or controversy as to Snap's

22  infringement, ripe for this Court to adjudicate, exists. Except as expressly admitted,

23  PARC denies the allegations in paragraph 31 of Snap's Answer and Counterclaims.

24      32.   PARC denies the allegations in paragraph 32 of Snap's Answer and

25  Counterclaims.

26  **FOURTH CAUSE OF ACTION**

27  **(Declaratory Judgment of Non-Infringement – '439 Patent)**

28      33.   Paragraph 33 of Snap's Answer and Counterclaims does not contain a

9

1   statement which warrants an affirmance or denial. To the extent any response is
2   warranted, PARC responds as follows: denied.

3       34.     PARC admits that Snap alleges that its counterclaim arises under the
4   Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Except as expressly
5   admitted, PARC denies the allegations in paragraph 34 of Snap's Answer and
6   Counterclaims.

7       35.     PARC admits that on November 25, 2020, PARC filed this lawsuit
8   against Snap related to Snap's infringement of the Patents-in-Suit. Except as expressly
9   admitted, PARC denies the allegations in paragraph 35 of Snap's Answer and
10  Counterclaims.

11      36.     PARC denies the allegations in paragraph 36 of Snap's Answer and
12  Counterclaims.

13      37.     PARC admits that it has alleged that Snap has infringed and/or infringes,
14  directly and/or indirectly, the '439 Patent and that a case or controversy as to Snap's
15  infringement, ripe for this Court to adjudicate, exists. Except as expressly admitted,
16  PARC denies the allegations in paragraph 37 of Snap's Answer and Counterclaims.

17      38.     PARC denies the allegations in paragraph 38 of Snap's Answer and
18  Counterclaims.

19                          **FIFTH CAUSE OF ACTION**

20              **(Declaratory Judgment of Invalidity – '439 Patent)**

21      39.     Paragraph 39 of Snap's Answer and Counterclaims does not contain a
22  statement which warrants an affirmance or denial. To the extent any response is
23  warranted, PARC responds as follows: denied.

24      40.     PARC admits that Snap alleges that its counterclaim arises under the
25  Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Except as expressly
26  admitted, PARC denies the allegations in paragraph 40 of Snap's Answer and
27  Counterclaims.

28      41.     PARC admits that on November 25, 2020, PARC filed this lawsuit

McKool Smith, P.C.

PARC REPLY TO SNAP ANSWER AND COUNTERCLAIMS          CASE NO. 2:20-CV-10755 AB(MRWx)

1  against Snap related to Snap's infringement of the Patents-in-Suit. Except as expressly

2  admitted, PARC denies the allegations in paragraph 41 of Snap's Answer and

3  Counterclaims.

4      42.    PARC denies the allegations in paragraph 42 of Snap's Answer and

5  Counterclaims.

6      43.    PARC admits that it has alleged that Snap has infringed and/or infringes,

7  directly and/or indirectly, the '439 Patent and that a case or controversy as to Snap's

8  infringement, ripe for this Court to adjudicate, exists. Except as expressly admitted,

9  PARC denies the allegations in paragraph 43 of Snap's Answer and Counterclaims.

10     44.    PARC denies the allegations in paragraph 44 of Snap's Answer and

11 Counterclaims.

## SNAP'S REQUESTED RELIEF

13     PARC denies that Snap is entitled to the relief requested in paragraphs A-G of

14 its Answer and Counterclaims or any other relief on its Counterclaims.

## PRAYER FOR RELIEF

16     WHEREFORE, Plaintiff Palo Alto Research Center Inc. prays for the following

17 relief against Defendant Snap Inc.:

18     A.    that all relief requested by PARC in its Complaint be granted;

19     B.    that all relief requested by Snap in its Answer and Counterclaims to

20           Plaintiff's Complaint be denied and that Snap take nothing by way of its

21           Counterclaims;

22     C.    that Snap be ordered to pay the costs of this action (including all

23           disbursements) and attorneys' fees as provided by 35 U.S.C. § 285 and

24           all other applicable statutes, rules, and common law; and

25     D.    such other and further relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

27     PARC demands a trial by jury of any and all issues triable of right before a jury.

28

McKool Smith, P.C.

PARC REPLY TO SNAP ANSWER AND COUNTERCLAIMS        CASE NO. 2:20-CV-10755 AB(MRWx)

MCKOOL SMITH, P.C.

1   DATED: April 20, 2021

Respectfully submitted,

2
MCKOOL SMITH, P.C.

3

BY  */s/ David Sochia*

4
David Sochia

5
Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
6   McKool Smith Hennigan, P.C.
300 South Grand Avenue, Suite 2900
7   Los Angeles, California 90071
Telephone: (213) 694-1200
8   Facsimile: (213) 694-1234

9   David Sochia (TX SBN 00797470)
*(Pro Hac Vice)*
10  dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
11  *(Pro Hac Vice)*
amoore@McKoolSmith.com
12  Alexandra F. Easley (TX SBN 24099022)
*(Pro Hac Vice)*
13  aeasley@McKoolSmith.com
McKool Smith, P.C.
14  300 Crescent Court, Suite 500
Dallas, Texas 75201
15  Telephone (214) 978-4000
Facsimile: (214) 978-4044

16
James E. Quigley (TX SBN 24075810)
17  *(Pro Hac Vice)*
jquigley@McKoolSmith.com
18  McKool Smith, P.C.
300 W. 6th Street, Suite 700
19  Austin,, Texas 7870
Telephone: (512) 692-8700
20  Facsimile: (512) 692-8744

21  ATTORNEYS FOR PLAINTIFF
PALO ALTO RESEARCH CENTER INC.
22

23

24

25

26

27

28

12