1    YAR R. CHAIKOVSKY (SB# 175421)
     yarchaikovsky@paulhastings.com
2    PHILIP OU (SB# 259896)
     philipou@paulhastings.com
3    DAVID OKANO (SB# 278485)
     davidokano@paulhastings.com
4    BRUCE YEN (SB# 277920)
     bruceyen@paulhastings.com
5    PAUL HASTINGS LLP
     1117 S. California Avenue
6    Palo Alto, California  94304-1106
     Telephone:  1(650) 320-1800
7    Facsimile:  1(650) 320-1900

8
     STEVEN A. MARENBERG (SB# 101033)
9    stevenmarenberg@paulhastings.com
     PAUL HASTINGS LLP
10   1999 Avenue of the Stars, Suite 2700
     Century City, California  90067
11   Telephone:  1(310) 620-5710
     Facsimile: 1(310) 620-5270

12
     Attorneys for Defendant
13   SNAP INC.

14   *See Additional Counsel Next Page*

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17

18

| | |
|---|---|
| 19  PALO ALTO RESEARCH CENTER INC., | Case No.  2:20-cv-10753-AB-MRW |
| 20          Plaintiff, | **DEFENDANTS' NOTICE OF SUPPLEMENTAL SUBMISSION RE JOINT RULE 26(f) REPORT** |
| 21        v. | **SCHEDULING CONFERENCE** |
| 22  FACEBOOK, INC., | Date: May 21, 2021 |
| 23          Defendant. | Time: 10:00 am<br>Courtroom: 7B |
| 24  TWITTER, INC., | |
| 25          Defendant. | Case No.  2:20-cv-10754-AB-MRW |
| 26 | |
| 27  SNAP INC., | Case No.  2:20-cv-10755-AB-MRW |
| 28          Defendant. | |

1     *Additional Counsel:*

2

3     BIRD, MARELLA, BOXER,
      WOLPERT, NESSIM, DROOKS,
4     LINCENBERG & RHOW, P.C.
5     Ekwan E. Rhow  (174604)
      erhow@birdmarella.com
6     Grace W. Kang (271260)
7     gkang@birdmarella.com
      1875 Century Park East, 23rd Floor
8     Los Angeles, California 90067-2561
9     Telephone: (310) 201-2100

10     PAUL, WEISS, RIFKIND,
      WHARTON & GARRISON LLP
11     Nicholas Groombridge (*pro hac vice*)
12     ngroombridge@paulweiss.com
      Jenny C. Wu (*pro hac vice*)
13     jcwu@paulweiss.com
14     Michael F. Milea (*pro hac vice*)
      mmilea@paulweiss.com
15     1285 Avenue of the Americas
16     New York, New York 10019-6064
17     Telephone: (212) 373-3000

18     PAUL, WEISS, RIFKIND,
19     WHARTON & GARRISON LLP
      J. Steven Baughman (*pro hac vice*)
20     sbaughman@paulweiss.com
21     Megan Raymond (*pro hac vice*)
      mraymond@paulweiss.com
22     Tanya S. Manno (*pro hac vice*)
23     tmanno@paulweiss.com
      2001 K Street, NW
24     Washington, DC 20006-1047
25     Telephone: (202) 223-7300

26     Attorneys for Defendant
      TWITTER, INC.
27

28

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

COOLEY LLP
EMILY E. TERRELL (234353)
(eterrell@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

Attorneys for Defendant
FACEBOOK, INC.

1    Defendants in the above-captioned actions respectfully provide the Court with

2  the following update relevant to the parties' Joint Rule 26(f) Report (Case No. 2:20-cv-

3  10753, Dkt. 41; Case No. 2:20-cv-10754, Dkt. 52; Case No. 2:20-cv-10755, Dkt. 39)

4  and the Scheduling Conference set for May 21, 2021 at 10:00 a.m.

5    On May 11, 2021, plaintiff PARC served infringement contentions as to each of

6  the three Defendants.  PARC asserts 102 patent claims against Facebook, 80 claims

7  against Twitter, and 34 claims against Snap.  (*See* Exhibits A-C hereto.)

8
   Respectfully Submitted:
9

10  Dated: May 13, 2021                      */s/ Yar R. Chaikovksy*
                                             PAUL HASTINGS LLP
11                                           Yar R. Chaikovsky (175421)
                                             yarchaikovsky@paulhastings.com
12                                           Philip Ou (259896)
                                             philipou@paulhastings.com
13                                           David Okano (278485)
                                             davidokano@paulhastings.com
14                                           Bruce Yen (277920)
                                             bruceyen@paulhastings.com
15                                           1117 S. California Avenue
                                             Palo Alto, California 94304-1106
16                                           Telephone: 1(650) 320-1800
17
18
                                             Steven A. Marenberg (101033)
19                                           stevenmarenberg@paulhastings.com
                                             PAUL HASTINGS LLP
20                                           1999 Avenue of the Stars, Suite 2700
                                             Century City, California  90067
21                                           Telephone: 1(310) 620-5710
                                             Facsimile: 1(310) 620-5270
22
23                                           Attorneys for Defendant
                                             SNAP INC.
24
25
26  Dated: May 13, 2021                      */s/ Heidi L. Keefe*
                                             COOLEY LLP
27                                           HEIDI L. KEEFE (178960)
                                             (hkeefe@cooley.com)
28

|    |    |
|----|----|
| 1  | MARK R. WEINSTEIN (193043) |
|    | (mweinstein@cooley.com) |
| 2  | LOWELL MEAD (223989) |
|    | (lmead@cooley.com) |
| 3  | 3175 Hanover Street |
|    | Palo Alto, CA  94304-1130 |
| 4  | Telephone:   (650) 843-5000 |
|    | Facsimile:    (650) 849-7400 |
| 5  | |
|    | COOLEY LLP |
| 6  | EMILY E. TERRELL (234353) |
|    | (eterrell@cooley.com) |
| 7  | 1299 Pennsylvania Avenue, NW |
|    | Suite 700 |
| 8  | Washington, DC 20004-2400 |
|    | Telephone:  (202) 842-7800 |
| 9  | Facsimile:  (202) 842-7899 |
| 10 | Attorneys for Defendant |
| 11 | FACEBOOK, INC. |
| 12 | Dated: May 13, 2021          */s/ Nicholas Groombridge* |
|    | BIRD, MARELLA, BOXER, |
| 13 | WOLPERT, NESSIM, DROOKS, |
| 14 | LINCENBERG & RHOW, P.C. |
|    | Ekwan E. Rhow  (174604) |
| 15 | erhow@birdmarella.com |
| 16 | Grace W. Kang (271260) |
|    | gkang@birdmarella.com |
| 17 | 1875 Century Park East, 23rd Floor |
| 18 | Los Angeles, California 90067-2561 |
|    | Telephone: (310) 201-2100 |
| 19 | |
| 20 | PAUL, WEISS, RIFKIND, |
|    | WHARTON & GARRISON LLP |
| 21 | Nicholas Groombridge (*pro hac vice*) |
| 22 | ngroombridge@paulweiss.com |
|    | Jenny C. Wu (*pro hac vice*) |
| 23 | jcwu@paulweiss.com |
| 24 | Michael F. Milea (*pro hac vice*) |
|    | mmilea@paulweiss.com |
| 25 | 1285 Avenue of the Americas |
| 26 | New York, New York 10019-6064 |
|    | Telephone: (212) 373-3000 |
| 27 | |
| 28 | PAUL, WEISS, RIFKIND, |

**DEFENDANTS' NOTICE RE RULE 26(f) REPORT**
**Case Nos. 2:20-cv-10753; 2:20-cv-10754;**
**2:20-cv-10755**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHARTON & GARRISON LLP
J. Steven Baughman (*pro hac vice*)
sbaughman@paulweiss.com
Megan Raymond (*pro hac vice*)
mraymond@paulweiss.com
Tanya S. Manno (*pro hac vice*)
tmanno@paulweiss.com
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300

Attorneys for Defendant
TWITTER, INC.

**DEFENDANTS' NOTICE RE RULE 26(f) REPORT**
**Case Nos. 2:20-cv-10753; 2:20-cv-10754;**
**2:20-cv-10755**

1

## **ATTESTATION OF AUTHORIZATION**

2          Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document

3    hereby attests that all other signatories listed, and on whose behalf the filing is submitted,

4    concur in the filing's content and have authorized this filing.

5

6    Dated:  May 13, 2021                    */s/ Yar R. Chaikovsky*

7                                            Yar R. Chaikovsky

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28