1  YAR R. CHAIKOVSKY (SB# 175421)
   yarchaikovsky@paulhastings.com
2  PHILIP OU (SB# 259896)
   philipou@paulhastings.com
3  DAVID OKANO (SB# 278485)
   davidokano@paulhastings.com
4  BRUCE YEN (SB# 277920)
   bruceyen@paulhastings.com
5  PAUL HASTINGS LLP
   1117 S. California Avenue
6  Palo Alto, California 94304-1106
   Telephone: 1(650) 320-1800
7  Facsimile: 1(650) 320-1900

8
   STEVEN A. MARENBERG (SB# 101033)
9  stevenmarenberg@paulhastings.com
   PAUL HASTINGS LLP
10 1999 Avenue of the Stars, Suite 2700
   Century City, California 90067
11 Telephone: 1(310) 620-5710
   Facsimile: 1(310) 620-5270
12
   Attorneys for Defendant
13 SNAP INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> SNAP INC., <br><br> Defendant. | CASE NO. 2:20-cv-10755-AB-MRW <br><br> **SNAP INC.'S NOTICE OF MOTION AND MOTION TO STAY PENDING INTER PARTES REVIEW** <br><br> DATE: July 2, 2021 <br> TIME: 10:00AM <br> COURTROOM: 7B <br> JUDGE: Hon. André Birotte Jr. |

1   PLEASE TAKE NOTICE that Defendant Snap Inc. ("Snap"), by and
2   through its counsel, shall and hereby does move the Court to stay this case
3   pending *inter partes* review of the patents-in-suit.  The motion shall be heard on
4   July 2, 2021 at 10:00 am in Courtroom 7B, United States Courthouse, 350 West
5   First Street, Los Angeles, CA  90012.  This motion is made following the
6   conference of counsel pursuant to L.R. 7-3, which took place on May 26, 2021.
7   This motion is based upon this notice of motion and the accompanying
8   memorandum (including exhibits), filed concurrently herewith, and upon such
9   other and further matters, papers, and arguments as may be submitted to the Court
10  at or before the hearing on this motion.

11      Specifically, Snap moves the Court to stay the case pending resolution of the
12  *inter partes* reviews of U.S. Patent Nos. 8,489,599 and 9,208,439, including
13  through institution and final written decision, and including any appeals.

| | | |
|---|---|---|
| 1 | DATED: June 3, 2021 | PAUL HASTINGS LLP |
| 2 | | |
| 3 | | By: */s/ Yar R. Chaikovsky* |
| 4 | | Yar R. Chaikovsky (SB# 175421) |
| | | yarchaikovsky@paulhastings.com |
| 5 | | Philip Ou (SB# 259896) |
| 6 | | philipou@paulhastings.com |
| | | David Okano (SB#278485) |
| 7 | | davidokano@paulhastings.com |
| 8 | | Bruce Yen (SB# 277920) |
| | | bruceyen@paulhastings.com |
| 9 | | PAUL HASTINGS LLP |
| 10 | | 1117 S. California Avenue |
| | | Palo Alto, California  94304-1106 |
| 11 | | Telephone:  1(650) 320-1800 |
| 12 | | Facsimile:  1(650) 320-1900 |
| 13 | | Steven A. Marenberg (SB# 101033) |
| 14 | | PAUL HASTINGS LLP |
| | | 1999 Avenue of the Stars, Twenty- |
| 15 | | Seventh Floor |
| 16 | | Century City, CA 90067 |
| | | Telephone: 1(310) 620-5710 |
| 17 | | Facsimile: 1(310) 620-5810 |
| 18 | | *Attorneys for Defendant* |
| 19 | | SNAP INC. |