# EXHIBIT C

**UNITED STATES PATENT AND TRADEMARK OFFICE**

**uspto**

EXHIBIT C PAGE1

# PTAB Trial Statistics
# FY21 Q2 Outcome Roundup
# IPR, PGR, CBM

## Patent Trial and Appeal Board
## Fiscal Year 2021 2nd Quarter



EXHIBIT C PAGE2

## Petitions filed by trial type
**(FY21 through Q2: Oct. 1, 2020 to Mar. 31, 2021)**



IPR
634
91%

693
Total

PGR
59
9%

Trial types include Inter Partes Review (IPR), Post Grant Review (PGR), and Covered Business Method (CBM). The Office will not consider a CBM petition filed on or after September 16, 2020.



3

EXHIBIT C PAGE3

## Petitions filed by technology
### (FY21 through Q2: Oct. 1, 2020 to Mar. 31, 2021)



- Mechanical & Business Method: 158, 23%
- Chemical: 45, 6%
- Bio/Pharma: 45, 6%
- Design: 1, 0%
- Electrical/Computer: 444, 64%
- 693 Total





## Petitions filed by month
(Mar. 2021 and Previous 12 Months: Mar. 1, 2020 to Mar. 31, 2021)

(634 IPRs in FY21)

IPR: 88, 85, 119, 152, 155, 133, 151, 119, 103, 108, 74, 114, 116 (Mar-20 to Mar-21)

(59 PGRs in FY21)

PGR: 9, 9, 7, 6, 3, 4, 5, 6, 4, 16, 9, 15, 9 (Mar-20 to Mar-21)

(0 CBMs in FY21)

CBM: 2, 0, 1, 1, 0, 1, 8, 0, 0, 0, 0, 0, 0 (Mar-20 to Mar-21)

The Office will not consider a CBM petition filed on or after September 16, 2020.

uspto

5

EXHIBIT C PAGE5



## Institution rates by petition
**(FY17 to FY21 through Q2: Oct. 1, 2016 to Mar. 31, 2021)**

by Petition

■ Instituted
■ Denied

| | FY17 | FY18 | FY19 | FY20 | FY21 YTD |
|---|---|---|---|---|---|
| Instituted | 954 | 859 | 859 | 648 | 369 |
| Denied | 558 | 577 | 510 | 507 | 251 |
| % | 63% | 60% | 63% | 56% | 60% |

uspto

6

EXHIBIT C PAGE6





# Institution rates by patent and by petition
**(FY17 to FY21 through Q2: Oct. 1, 2016 to Mar. 31, 2021)**

| | FY17 | FY18 | FY19 | FY20 | FY21 YTD |
|---|---|---|---|---|---|
| by Patent | 69% | 67% | 70% | 64% | 67% |
| by Petition | 63% | 60% | 63% | 56% | 60% |

uspto

8

EXHIBIT C PAGE8



EXHIBIT C PAGE9

# Settlements
**(FY17 to FY21 through Q2: Oct. 1, 2016 to Mar. 31, 2021)**



Settlement rate is calculated by dividing total settlements by concluded proceedings in each fiscal year (i.e., denied institution, settled, dismissed, requested adverse judgment, and final written decision), excluding joined cases.



10

EXHIBIT C PAGE10

## Outcomes by petition
(FY21 through Q2: Oct. 1, 2020 to Mar. 31, 2021)





11

EXHIBIT C PAGE11



## Outcomes by patent
(FY21 through Q2: Oct. 1, 2020 to Mar. 31, 2021)

FWD patentability or unpatentability reported with respect to the claims at issue in the FWD.

"Mixed Outcome" is shown for patents receiving more than one type of outcome from the list of: denied, settled, dismissed, and/or req. adverse judgement only.

A patent is listed in a FWD category if it ever received a FWD, regardless of other outcomes.

## Outcomes by claim challenged
**(FY21 through Q2: Oct. 1, 2020 to Mar. 31, 2021)**



"Challenged But No FWD" most commonly refers to settlement, but can also refer to challenged claims subject to mixed non-FWD outcomes, such as both a denial and a dismissal.

13

EXHIBIT C PAGE13



EXHIBIT C PAGE14



EXHIBIT C PAGE15