|    |                                   |
|----|-----------------------------------|
| 1  |                                   |
| 2  |                                   |
| 3  |                                   |
| 4  |                                   |
| 5  |                                   |
| 6  |                                   |
| 7  |                                   |
| 8  |                                   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| PALO ALTO RESEARCH CENTER INC., | CASE NO. 2:20-cv-10755-AB-MRW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SNAP INC.'S MOTION TO STAY PENDING INTER PARTES REVIEW** |
| vs. | |
| SNAP INC., | DATE: July 2, 2021 |
| Defendant. | TIME: 10:00 AM |
|  | COURTROOM: 7B |
|  | JUDGE: Hon. André Birotte Jr. |

|   |   |
|---|---|
| 1 | Having considered Snap Inc.'s motion to stay pending *inter partes* review, |
| 2 | and for good cause shown, |
| 3 | **IT IS HEREBY ORDERED that Snap Inc's. Motion is GRANTED.** |
| 4 |   |
| 5 | DATED: |

Honorable André Birotte Jr.