Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 694-1200
Facsimile:   (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(Pro Hac Vice)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 500
Dallas, Texas 75201
Telephone (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
McKool Smith, P.C.
300 W. 6th Street, Suite 700
Austin,, Texas 7870
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Attorneys for Plaintiff
PALO ALTO RESEARCH CENTER INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff. <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB(MRWx) <br><br> **DECLARATION OF ALEXANDRA F. EASLEY IN SUPPORT OF PALO ALTO RESEARCH CENTER INC.'S RESPONSE TO SNAP INC.'S MOTION TO STAY PENDING INTER PARTES REVIEW** <br><br> DATE: July 2, 2021 <br> TIME: 10:00AM <br> COURTROOM: 7B <br> JUDGE: Hon. André Birotte Jr. |

I, Alexandra F. Easley, declare:

1.  I am an attorney with McKool Smith, P.C. and counsel in this action for Plaintiff Palo Alto Research Center, Inc. ("PARC"). I submit this declaration in support of PARC's Response to Snap Inc.'s Motion to Stay Pending *Inter Partes* Review. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2.  Attached hereto as **Exhibit A** is a true and correct copy of Snap Inc.'s Objections and Responses to Palo Alto Research Center Inc.'s Interrogatories (Nos. 1-19), dated June 1, 2021.

3.  Attached hereto as **Exhibit B** is a true and correct copy of Snap Inc.'s Objections and Responses to Palo Alto Research Center Inc.'s Requests for Production of Documents (Nos. 1-84), dated June 1, 2021.

4.  Attached hereto as **Exhibit C** is a true and correct copy of Palo Alto Research Center Inc.'s Rule 26(A)(1) Initial Disclosures, dated May 14, 2021.

5.  Attached hereto as **Exhibit D** is a true and correct copy of Snap Inc.'s Rule 26(A)(1) Initial Disclosures, dated May 14, 2021.

6.  Attached hereto as **Exhibit E** is a true and correct copy of correspondence from Ms. Callaway (PARC) to Mr. Chaikovsky (Snap) regarding Snap Inc.'s discovery responses, dated June 10, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed June 11, 2021, in Dallas, Texas.

*/s/ Alexandra F. Easley*
Alexandra F. Easley