# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff. <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB(MRWx) <br><br> [PROPOSED] ORDER DENYING SNAP INC.'S MOTION TO STAY <br><br> DATE: July 2, 2021 <br> TIME: 10:00AM <br> COURTROOM: 7B <br> JUDGE: Hon. André Birotte Jr. |

The Court, having considered Snap's Motion to Stay Pending *Inter Partes* Review, and Palo Alto Research Center Inc.'s Response thereto, is of the opinion that the Motion should be denied. It is therefore:

ORDERED that Defendant Snap Inc.' Motion to Stay Pending *Inter Partes* Review is DENIED.

DATED: _____   _____

André Birotte Jr.
United States District Judge