1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No.  2:20-cv-10753-AB-MRW <br><br> **[PROPOSED] ORDER ON STIPULATION RE CASE SCHEDULE** |
| TWITTER, INC. <br><br><br> Defendant. | Case No.  2:20-cv-10754-AB-MRW |
| SNAP INC. <br><br><br> Defendant. | Case No.  2:20-cv-10755-AB-MRW |

Upon consideration of the Stipulation Re Case Schedule filed by Plaintiff Palo Alto Research Center Inc. and Defendants Facebook, Inc., Twitter, Inc., and Snap Inc., and for good cause shown,

IT IS HEREBY ORDERED that the case schedule in effect in the above-

captioned actions is hereby modified as follows:

- Elections of asserted claims.
  - o Preliminary Election of Asserted Claims: By August 3, 2021, as to each Defendant, PARC will identify not more than 10 asserted claims from each patent, and not more than 32 asserted claims total.
  - o Final Election of Asserted Claims:   By October 22, 2021, as to each Defendant, PARC will identify not more than 5 asserted claims from each patent, and not more than 16 asserted claims total, from among the claims PARC previously identified in the Preliminary Election of Asserted Claims regarding that Defendant.
- Elections of prior art references.
  - o As to defendants Twitter and Snap:
    - ▪ Preliminary Election of Asserted Prior Art: By August 17, 2021, each Defendant shall serve a Preliminary Election of Asserted Prior Art, which shall assert no more than twelve prior art references against each patent and not more than a total of 40 references. For purposes of this Order, a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.
    - ▪ Final Election of Asserted Prior Art: By November 15, 2021, each Defendant shall serve a Final Election of Asserted Prior Art, which shall identify no more than six asserted prior art grounds per patent from among the twelve prior art references previously identified for that particular patent in that Defendant's Preliminary Election of Asserted Prior Art and no more than a total of 20 grounds.
  - o As to defendant Facebook:

2.

1
2
3
4
5
6
7
8

- ▪ Preliminary Election of Asserted Prior Art: By August 17, 2021, Facebook shall serve a Preliminary Election of Asserted Prior Art, which shall assert no more than twelve prior art references against each patent and not more than a total of 60 references. For purposes of this Order, a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.

9
10
11
12
13
14
15

- ▪ Final Election of Asserted Prior Art: By November 15, 2021, Facebook shall serve a Final Election of Asserted Prior Art, which shall identify no more than six asserted prior art grounds per patent from among the twelve prior art references previously identified for that particular patent in Facebook's Preliminary Election of Asserted Prior Art and no more than a total of 30 grounds.

16
17

The following two deadlines in the Court's May 19, 2021 Scheduling Order are hereby modified as follows:

18
19
20

- • Deadline for accused infringer to amend Preliminary Invalidity Contentions and serve related expert reports: modified from December 3, 2021 to November 15, 2021.

21
22

- • Deadline for rebuttal expert reports regarding invalidity: modified from December 31, 2021 to December 13, 2021.

23
24
25

Dated: _____

26   Hon. André Birotte, Jr.
     United States District Judge
27
28

3.