[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB(MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Court's July 1, 2021 In Chambers Order Granting Defendant's Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On May 21, 2021, Defendant Snap Inc. ("Defendant") filed petitions for *inter partes* review of U.S. Patent Nos. 8,489,599 (the "'599 Patent") and 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petitions as IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") patent owner preliminary response to each petition is due on September 7, 2021.

The Patent Trial and Appeal Board's decision on whether to institute either of Defendant's IPR petitions are due by approximately December 7, 2021.

Since Snap's filing of its IPR petitions on May 21, 2021, Facebook, Inc., also filed a petition for *inter partes* review of the '599 Patent, which has been docketed as IPR2021-01294.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute either of Defendant's IPR petitions, whichever is sooner.

Respectfully Submitted,

Dated: July 30, 2021

MCKOOL SMITH, P.C.

By: /s/ David Sochia

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.

Dated: July 30, 2021

PAUL HASTINGS LLP

By: /s/ Philip Ou

Yar R. Chaikovsky (SB# 175421)
yarchaikovsky@paulhastings.com
Philip Ou (SB# 259896)

| | | |
|---|---|---|
| 1 | 300 South Grand Avenue, Suite 2900 | philipou@paulhastings.com |
| 2 | Los Angeles, California 90071 | David Okano (SB#278485) |
|   | Telephone: (213) 694-1200 | davidokano@paulhastings.com |
| 3 | Facsimile: (213) 694-1234 | Bruce Yen (SB# 277920) |
| 4 | David Sochia (TX SBN 00797470) | bruceyen@paulhastings.com |
|   | (Pro Hac Vice) | PAUL HASTINGS LLP |
| 5 | dsochia@McKoolSmith.com | 1117 S. California Avenue |
| 6 | Ashley N. Moore (TX SBN 24074748) | Palo Alto, California 94304-1106 |
|   | (Pro Hac Vice) | Telephone: (650) 320-1800 |
| 7 | amoore@McKoolSmith.com | Facsimile: (650) 320-1900 |
| 8 | Alexandra F. Easley (TX SBN 24099022) | Steven A. Marenberg (SB# 101033) |
|   | (Pro Hac Vice) | PAUL HASTINGS LLP |
| 9 | aeasley@McKoolSmith.com | 1999 Avenue of the Stars |
| 10 | McKool Smith, P.C. | Twenty-Seventh Floor |
|    | 300 Crescent Court, Suite 1500 | Los Angeles, CA 90067 |
| 11 | Dallas, Texas 75201 | Telephone: (310) 620-5710 |
| 12 | Telephone: (214) 978-4000 | Facsimile: (310) 620-5810 |
|    | Facsimile: (214) 978-4044 | |
| 13 | | ATTORNEYS FOR DEFENDANT |
|    | James E. Quigley (TX SBN 24075810) | SNAP INC. |
| 14 | (Pro Hac Vice) | |
| 15 | jquigley@McKoolSmith.com | |
|    | McKool Smith, P.C. | |
| 16 | 303 Colorado, Suite 2100 | |
|    | Austin, Texas 78701 | |
| 17 | Telephone: (512) 692-8700 | |
| 18 | Facsimile: (512) 692-8744 | |
| 19 | ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC. | |

McKool Smith, P.C.

2
JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10755 AB(MRWx)

**ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 30, 2021          Respectfully submitted,

                              /s/ David Sochia
                              David Sochia

                              *Attorney for Plaintiff*