[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB(MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Court's July 1, 2021 In Chambers Order Granting Defendant's Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On May 21, 2021, Defendant Snap Inc. ("Defendant") filed petitions for *inter partes* review of U.S. Patent Nos. 8,489,599 (the "'599 Patent") and 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petitions as IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") filed its patent owner preliminary response to each petition on September 7, 2021.

The Patent Trial and Appeal Board's decision on whether to institute either of Defendant's IPR petitions is due by approximately December 7, 2021.

Since Snap's filing of its IPR petitions on May 21, 2021, Facebook, Inc. ("Facebook") has filed two petitions for *inter partes* review of the '599 Patent, (docketed as IPR2021-01294 and IPR2021-1536) and a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-01461). On October 28, 2021, Plaintiff filed its patent owner preliminary response to Facebook's first '599 Petition. The PTAB's decision on whether to institute the IPR petition is due on approximately January 28, 2022. Plaintiff's patent owner preliminary response to Facebook's '439 Patent petition is due on December 28, 2021, and the PTAB's decision on whether to institute the IPR petition is due on approximately March 28, 2022. Plaintiff's patent owner preliminary response to Facebook's second '599 Patent petition is due on January 7, 2022, and the PTAB's decision on whether to institute the IPR petition is due on approximately April 7, 2022.

Twitter, Inc. ("Twitter") has filed a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-01430), and two petitions as to the '599 Patent (docketed as IPR2021-01458 and 01459). Plaintiff's patent owner preliminary

response to Twitter's '439 Petition is due on December 17, 2021, and the PTAB's decision on whether to institute the IPR petition is due on approximately March 17, 2022. Plaintiff's patent owner preliminary responses to Twitter's two '599 Petitions are due on January 8, 2022, and the PTAB's decisions on whether to institute the IPR petitions are due on approximately April 10, 2022.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute either of Defendant's IPR petitions, whichever is sooner.

Respectfully Submitted,

Dated: October 29, 2021

| MCKOOL SMITH, P.C. | PAUL HASTINGS LLP |
|---|---|
| By: /s/ David Sochia | By: /s/ Philip Ou |

| | |
|---|---|
| Alan P. Block (SBN 143783)<br>ablock@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234<br><br>David Sochia (TX SBN 00797470)<br>(Pro Hac Vice)<br>dsochia@McKoolSmith.com<br>Ashley N. Moore (TX SBN 24074748)<br>(Pro Hac Vice)<br>amoore@McKoolSmith.com<br>Alexandra F. Easley (TX SBN 24099022)<br>(Pro Hac Vice)<br>aeasley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>James E. Quigley (TX SBN 24075810)<br>(Pro Hac Vice)<br>jquigley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>303 Colorado, Suite 2100<br>Austin,, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC. | Yar R. Chaikovsky (SB# 175421)<br>yarchaikovsky@paulhastings.com<br>Philip Ou (SB# 259896)<br>philipou@paulhastings.com<br>David Okano (SB#278485)<br>davidokano@paulhastings.com<br>Bruce Yen (SB# 277920)<br>bruceyen@paulhastings.com<br>PAUL HASTINGS LLP<br>1117 S. California Avenue<br>Palo Alto, California 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Steven A. Marenberg (SB# 101033)<br>PAUL HASTINGS LLP<br>1999 Avenue of the Stars,<br>Twenty-Seventh Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 620-5710<br>Facsimile: (310) 620-5810<br><br>ATTORNEYS FOR DEFENDANT SNAP INC. |

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: October 29, 2021                    Respectfully submitted,

/s/ David Sochia
David Sochia

*Attorney for Plaintiff*