1  [counsel listed on signature page]

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**
                  **WESTERN DIVISION**
10

PALO ALTO RESEARCH CENTER INC.,          Case No. 2:20-cv-10755 AB(MRWx)
11
                        Plaintiff,
12                                                **JOINT STATUS REPORT**
        v.                                        **REGARDING** *INTER PARTES*
13                                                **REVIEW PETITIONS**
SNAP INC.,
14
                        Defendant.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKOOL SMITH, P.C.

1
2
3

McKool Smith, P.C.

4
5
6
7

8
9

10
11
12
13
14
15

16
17
18
19
20
21
22
23
24
25
26
27

28

Pursuant to the Court's July 1, 2021 In Chambers Order Granting Defendant's Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On May 21, 2021, Defendant Snap Inc. ("Defendant") filed petitions for *inter partes* review of U.S. Patent Nos. 8,489,599 (the "'599 Patent") and 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petitions as IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") filed its patent owner preliminary response to each petition on September 7, 2021.

The Patent Trial and Appeal Board instituted both IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23, 2021, and final written decisions in both are due by approximately November 23, 2022. The deadline for Plaintiff's patent owner responses and motions to amend the patent in both the IPR2021-0987 and IPR 2021-00986 proceedings is, by stipulation, now due February 25, 2022.

Since Snap's filing of its IPR petitions on May 21, 2021, Facebook, Inc. ("Facebook") has filed two petitions for *inter partes* review of the '599 Patent, (docketed as IPR2021-01294 and IPR2021-1536) and a petition for *inter partes review* of the '439 Patent (docketed as IPR2021-01461). On October 28, 2021, Plaintiff filed its patent owner preliminary response to Facebook's first '599 Petition. The PTAB instituted IPR2021-01294 on January 28, 2022, and Plaintiff's patent owner response and motion to amend the patent in is due April 15, 2022. Plaintiff filed its patent owner preliminary response to Facebook's '439 Patent petition on December 28, 2021, and the PTAB's decision on whether to institute the IPR petition is due on approximately March 28, 2022. Plaintiff's patent owner preliminary response to Facebook's second '599 Patent petition was filed on January 7, 2022, and the PTAB's decision on whether to institute the IPR petition is due on approximately April 7, 2022.

Twitter, Inc. ("Twitter") has filed a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-01430), and two petitions as to the '599 Patent (docketed as IPR2021-01458 and 01459).  Plaintiff filed its patent owner preliminary response to Twitter's '439 Patent petition on December 17, 2021, and the PTAB's decision on whether to institute the IPR petition is due on approximately March 17, 2022.  Plaintiff's patent owner preliminary responses to Twitter's two '599 Petitions were filed on January 10, 2022, and the PTAB's decisions on whether to institute the IPR petitions are due on approximately April 10, 2022.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute either of Defendant's IPR petitions, whichever is sooner.

1  Respectfully Submitted,

2

3  Dated: January 27, 2022

4  MCKOOL SMITH, P.C.                    PAUL HASTINGS LLP

5  By: _/s/    David Sochia_            By:_/s/    Bruce Yen_

6  Alan P. Block (SBN 143783)           Yar R. Chaikovsky (SB# 175421)
7  ablock@mckoolsmith.com               yarchaikovsky@paulhastings.com
   MCKOOL SMITH HENNIGAN, P.C.          Philip Ou (SB# 259896)
8  300 South Grand Avenue, Suite 2900   philipou@paulhastings.com
   Los Angeles, California 90071        David Okano (SB#278485)
9  Telephone: (213) 694-1200            davidokano@paulhastings.com
   Facsimile: (213) 694-1234            Bruce Yen (SB# 277920)
10                                       bruceyen@paulhastings.com
11  David Sochia (TX SBN 00797470)      PAUL HASTINGS LLP
    (Pro Hac Vice)                      1117 S. California Avenue
12  dsochia@McKoolSmith.com             Palo Alto, California 94304-1106
    Ashley N. Moore (TX SBN 24074748)   Telephone: (650) 320-1800
13  (Pro Hac Vice)                      Facsimile: (650) 320-1900
14  amoore@McKoolSmith.com
    Alexandra F. Easley (TX SBN
15  24099022)                           Steven A. Marenberg (SB# 101033)
    (Pro Hac Vice)                      PAUL HASTINGS LLP
16  aeasley@McKoolSmith.com             1999 Avenue of the Stars,
    MCKOOL SMITH, P.C.                  Twenty-Seventh Floor
17  300 Crescent Court, Suite 1500      Los Angeles, CA 90067
18  Dallas, Texas 75201                 Telephone: (310) 620-5710
    Telephone: (214) 978-4000           Facsimile: (310) 620-5810
19  Facsimile: (214) 978-4044
20                                       ATTORNEYS FOR DEFENDANT
21  James E. Quigley (TX SBN 24075810)  SNAP INC.
    (Pro Hac Vice)
22  jquigley@McKoolSmith.com
    MCKOOL SMITH, P.C.
23  303 Colorado, Suite 2100
24  Austin,, Texas 78701
    Telephone: (512) 692-8700
25  Facsimile: (512) 692-8744

26  ATTORNEYS FOR PLAINTIFF PALO
27  ALTO RESEARCH CENTER INC.

28

MCKOOL SMITH, P.C.

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: January 27, 2022                  Respectfully submitted,


                                         /s/ David Sochia
                                         David Sochia

                                         *Attorney for Plaintiff*

McKool Smith, P.C.

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10755 AB(MRWx)