[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB(MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Court's July 1, 2021 In Chambers Order Granting Defendant's Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On May 21, 2021, Defendant Snap Inc. ("Defendant") filed petitions for *inter partes* review of U.S. Patent Nos. 8,489,599 (the "'599 Patent") and 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petitions as IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") filed its patent owner preliminary response to each petition on September 7, 2021.

The Patent Trial and Appeal Board instituted both IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23, 2021, and final written decisions in both are due by approximately November 23, 2022. Plaintiff patent owner filed its responses and motions to amend the patent in both the IPR2021-0987 and IPR 2021-00986 proceedings on February 25, 2022.

Since Snap's filing of its IPR petitions on May 21, 2021, Facebook, Inc. ("Facebook") has filed two petitions for *inter partes* review of the '599 Patent, (docketed as IPR2021-01294 and IPR2021-1536) and a petition for *inter partes review* of the '439 Patent (docketed as IPR2021-01461). On October 28, 2021, Plaintiff filed its patent owner preliminary response to Facebook's first '599 Petition. The PTAB instituted IPR2021-01294 on January 28, 2022, and Plaintiff's patent owner response and motion to amend the patent are due April 15, 2022. Plaintiff filed its patent owner preliminary response to Facebook's '439 Patent petition on December 28, 2021, and the PTAB's decision on whether to institute the IPR petition is due on approximately March 28, 2022. Plaintiff's patent owner preliminary response to Facebook's second '599 Patent petition was filed on January 7, 2022, and the PTAB's decision on whether to institute the IPR petition is due on approximately April 7, 2022.

Twitter, Inc. ("Twitter") has filed a petition for *inter partes* review of the '439

Patent (docketed as IPR2021-01430), and two petitions as to the '599 Patent (docketed as IPR2021-01458 and 01459). Plaintiff filed its patent owner preliminary response to Twitter's '439 Patent petition on December 17, 2021, and the PTAB's decision on whether to institute the IPR petition is due on approximately March 17, 2022. Plaintiff's patent owner preliminary responses to Twitter's two '599 Petitions were filed on January 10, 2022, and the PTAB's decisions on whether to institute the IPR petitions are due on approximately April 10, 2022.

      As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute either of Defendant's IPR petitions, whichever is sooner.

Respectfully Submitted,

Dated: February 28, 2022

| MCKOOL SMITH, P.C. | PAUL HASTINGS LLP |
|---|---|
| By: /s/   David Sochia | By: /s/   Bruce Yen |

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(Pro Hac Vice)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

Yar R. Chaikovsky (SB# 175421)
yarchaikovsky@paulhastings.com
Philip Ou (SB# 259896)
philipou@paulhastings.com
David Okano (SB#278485)
davidokano@paulhastings.com
Bruce Yen (SB# 277920)
bruceyen@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Steven A. Marenberg (SB# 101033)
PAUL HASTINGS LLP
1999 Avenue of the Stars,
Twenty-Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 620-5710
Facsimile: (310) 620-5810

ATTORNEYS FOR DEFENDANT SNAP INC.

## **ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 28, 2022             Respectfully submitted,


                                     /s/ David Sochia
                                     David Sochia

                                     *Attorney for Plaintiff*