[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB(MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Court's July 1, 2021 In Chambers Order Granting Defendant's Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On May 21, 2021, Defendant Snap Inc. ("Defendant") filed petitions for *inter partes* review of U.S. Patent Nos. 8,489,599 (the "'599 Patent") and 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petitions as IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") filed its patent owner preliminary response to each petition on September 7, 2021.

The Patent Trial and Appeal Board instituted both IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23, 2021. Plaintiff filed its responses and motions to amend the patent in both the IPR2021-0987 and IPR 2021-00986 proceedings on February 25, 2022. Defendant Snap filed its replies and oppositions to amendment in the IPR2021-0987 and IPR 2021-00986 proceedings on May 20, 2022. Oral argument in both the IPR2021-00987 and IPR 2021-00986 proceedings was held on August 24, 2022. Final written decisions in both the IPR2021-00987 and IPR 2021-00986 proceedings are due by approximately November 23, 2022.

After Snap filed its petitions, Facebook, Inc. ("Facebook") filed two petitions for *inter partes* review of the '599 Patent, (docketed as IPR2021-01294 and IPR2021-01536) and a petition for *inter partes review* of the '439 Patent (docketed as IPR2021-01461).

On October 28, 2021, Plaintiff filed its patent owner preliminary response to Facebook's first '599 Petition, IPR2021-01294. The PTAB instituted IPR2021-01294 on January 25, 2022, and Plaintiff's patent owner response and contingent motion to amend the patent were filed on April 15, 2022. Oral argument in the IPR2021-01294 proceedings is set for October 28, 2022, and a final written decision is due approximately January 25, 2023. The PTAB denied institution on Facebook's '599

Petition, IPR2021-01536, and terminated proceedings on March 29, 2022.

Plaintiff filed its patent owner preliminary response to IPR2021-01461, Facebook's '439 Patent petition, on December 28, 2021, and the PTAB instituted the IPR petition on March 24, 2022. Plaintiff's patent owner response and contingent motion to amend the patent were filed on June 10, 2022. Oral argument in the IPR2021-01461 proceedings is set for December 12, 2022, and a final written decision is due approximately March 24, 2023.

Twitter, Inc. ("Twitter") filed a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-01430) on September 17, 2021, and two petitions as to the '599 Patent (docketed as IPR2021-01458 and -01459) on October 8 2021. Plaintiff filed its patent owner preliminary response to Twitter's '439 Patent petition on December 17, 2021. The PTAB instituted IPR2021-01430 on March 15, 2022, and Plaintiff's patent owner response and motion to amend were filed on June 8, 2022. Oral argument in IPR2021-01430 is set for December 14, 2022, and a final written decision is due approximately March 15, 2023.

Plaintiff's patent owner preliminary responses to Twitter's two '599 Petitions were filed on January 10, 2022, and the PTAB instituted and consolidated both IPR petitions under IPR2021-1458 on April 6, 2022. Patent owner filed its response and motion to amend on June 29, 2022. Oral argument in IPR2021-1458 is set for January 11, 2023, and a final written decision is due approximately April 6, 2023.

As ordered by the Court, the Parties will continue to file a joint status report every thirty days.

Respectfully Submitted,

Dated: October 26, 2022

| MCKOOL SMITH, P.C. | PAUL HASTINGS LLP |
|---|---|
| By: /s/ David Sochia | By: /s/ Bruce Yen |

| | |
|---|---|
| Alan P. Block (SBN 143783)<br>ablock@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234<br><br>David Sochia (TX SBN 00797470)<br>(Pro Hac Vice)<br>dsochia@McKoolSmith.com<br>Ashley N. Moore (TX SBN 24074748)<br>(Pro Hac Vice)<br>amoore@McKoolSmith.com<br>Alexandra F. Easley (TX SBN 24099022)<br>(Pro Hac Vice)<br>aeasley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>James E. Quigley (TX SBN 24075810)<br>(Pro Hac Vice)<br>jquigley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>303 Colorado, Suite 2100<br>Austin,, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC. | Yar R. Chaikovsky (SB# 175421)<br>yarchaikovsky@paulhastings.com<br>Philip Ou (SB# 259896)<br>philipou@paulhastings.com<br>David Okano (SB#278485)<br>davidokano@paulhastings.com<br>Bruce Yen (SB# 277920)<br>bruceyen@paulhastings.com<br>PAUL HASTINGS LLP<br>1117 S. California Avenue<br>Palo Alto, California 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Steven A. Marenberg (SB# 101033)<br>PAUL HASTINGS LLP<br>1999 Avenue of the Stars,<br>Twenty-Seventh Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 620-5710<br>Facsimile: (310) 620-5810<br><br>ATTORNEYS FOR DEFENDANT SNAP INC. |

## **ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: October 26, 2022          Respectfully submitted,


                                 */s/ David Sochia*
                                 David Sochia

                                 *Attorney for Plaintiff*