[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10755 AB(MRWx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |
| SNAP INC., | |
| Defendant. | |

Pursuant to the Court's July 1, 2021 In Chambers Order Granting Defendant's Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On May 21, 2021, Defendant Snap Inc. ("Defendant") filed petitions for *inter partes* review of U.S. Patent Nos. 8,489,599 (the "'599 Patent") and 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petitions as IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") filed its patent owner preliminary response to each petition on September 7, 2021.

The Patent Trial and Appeal Board instituted both IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23, 2021. Plaintiff filed its responses and motions to amend the patent in both the IPR2021-0987 and IPR 2021-00986 proceedings on February 25, 2022. Defendant Snap filed its replies and oppositions to amendment in the IPR2021-0987 and IPR 2021-00986 proceedings on May 20, 2022. Oral argument in both the IPR2021-00987 and IPR 2021-00986 proceedings was held on August 24, 2022. The final written decision in the IPR2021-00987 proceeding is due by approximately May 24, 2023, after a November 14, 2022 order of the Board extending the one-year period to account for proceedings related to the '599 Patent (IPR2021-01458 & IPR2021-01294) brought by Twitter, Inc. and Facebook, Inc. The final written decision in the IPR 2021-00986 proceeding is due by approximately May 24, 2023, after a November 14, 2022 order of the Board extending the one-year period to account for proceedings related to the '439 Patent (IPR2021-01461 & IPR2021-01430) brought by Facebook, Inc. and Twitter, Inc.

After Snap filed its petitions, Facebook, Inc. ("Facebook") filed two petitions for *inter partes* review of the '599 Patent, (docketed as IPR2021-01294 and IPR2021-01536) and a petition for *inter partes review* of the '439 Patent (docketed as IPR2021-01461).

On October 28, 2021, Plaintiff filed its patent owner preliminary response to Facebook's first '599 Petition, IPR2021-01294. The PTAB instituted IPR2021-01294 on January 25, 2022, and Plaintiff's patent owner response and contingent motion to amend the patent were filed on April 15, 2022. Oral argument in the IPR2021-01294 proceedings was held on October 28, 2022, and a final written decision is due by approximately July 25, 2023, after a November 14, 2022 order of the Board extending the one-year period to account for proceedings related to the '599 Patent (IPR2021-01458 & IPR2021-00987) brought by Twitter, Inc. and Defendant Snap Inc. The PTAB denied institution on Facebook's '599 Petition, IPR2021-01536, and terminated proceedings on March 29, 2022.

Plaintiff filed its patent owner preliminary response to IPR2021-01461, Facebook's '439 Patent petition, on December 28, 2021, and the PTAB instituted the IPR petition on March 24, 2022. Plaintiff's patent owner response and contingent motion to amend the patent were filed on June 10, 2022. Oral argument in the IPR2021-01461 proceedings is set for December 12, 2022, and a final written decision is due approximately March 24, 2023.

Twitter, Inc. ("Twitter") filed a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-01430) on September 17, 2021, and two petitions as to the '599 Patent (docketed as IPR2021-01458 and -01459) on October 8 2021. Plaintiff filed its patent owner preliminary response to Twitter's '439 Patent petition on December 17, 2021. The PTAB instituted IPR2021-01430 on March 15, 2022, and Plaintiff's patent owner response and motion to amend were filed on June 8, 2022. Oral argument in IPR2021-01430 is set for December 14, 2022, and a final written decision is due approximately September 15, 2023, after a November 14, 2022 order of the Board extending the one-year period to account for proceedings related to the '439 Patent (IPR2021-01461 & IPR00986) brought by Facebook, Inc. and Defendant Snap Inc.

Plaintiff's patent owner preliminary responses to Twitter's two '599 Petitions

were filed on January 10, 2022, and the PTAB instituted and consolidated both IPR petitions under IPR2021-1458 on April 6, 2022. Patent owner filed its response and motion to amend on June 29, 2022. Oral argument in IPR2021-1458 is set for January 11, 2023, and a final written decision is due approximately April 6, 2023.

      As ordered by the Court, the Parties will continue to file a joint status report every thirty days.

1  Respectfully Submitted,

3  Dated: November 28, 2022

4  MCKOOL SMITH, P.C.                    PAUL HASTINGS LLP

5  By: /s/    David Sochia               By: /s/    Bruce Yen

Alan P. Block (SBN 143783)               Yar R. Chaikovsky (SB# 175421)
ablock@mckoolsmith.com                   yarchaikovsky@paulhastings.com
MCKOOL SMITH HENNIGAN, P.C.              Philip Ou (SB# 259896)
300 South Grand Avenue, Suite 2900       philipou@paulhastings.com
Los Angeles, California 90071            David Okano (SB#278485)
Telephone: (213) 694-1200                davidokano@paulhastings.com
Facsimile: (213) 694-1234                Bruce Yen (SB# 277920)
                                         bruceyen@paulhastings.com
David Sochia (TX SBN 00797470)           PAUL HASTINGS LLP
(Pro Hac Vice)                           1117 S. California Avenue
dsochia@McKoolSmith.com                  Palo Alto, California 94304-1106
Ashley N. Moore (TX SBN 24074748)        Telephone: (650) 320-1800
(Pro Hac Vice)                           Facsimile: (650) 320-1900
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN              Steven A. Marenberg (SB# 101033)
24099022)                                PAUL HASTINGS LLP
(Pro Hac Vice)                           1999 Avenue of the Stars,
aeasley@McKoolSmith.com                  Twenty-Seventh Floor
MCKOOL SMITH, P.C.                       Los Angeles, CA 90067
300 Crescent Court, Suite 1500           Telephone: (310) 620-5710
Dallas, Texas 75201                      Facsimile: (310) 620-5810
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
                                         ATTORNEYS FOR DEFENDANT
James E. Quigley (TX SBN 24075810)       SNAP INC.
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO
ALTO RESEARCH CENTER INC.

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: November 28, 2022          Respectfully submitted,

*/s/ David Sochia*
David Sochia

*Attorney for Plaintiff*