[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB(MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

1  Pursuant to the Court's July 1, 2021 In Chambers Order Granting Defendant's Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this Joint Status Report:

On May 21, 2021, Defendant Snap Inc. ("Defendant") filed petitions for *inter partes* review of U.S. Patent Nos. 8,489,599 (the "'599 Patent") and 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petitions as IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent).

Plaintiff Palo Alto Research Center Inc. ("Plaintiff") filed its patent owner preliminary response to each petition on September 7, 2021.

The Patent Trial and Appeal Board instituted both IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23, 2021. Oral argument in both the IPR2021-00987 and IPR 2021-00986 proceedings was held on August 24, 2022. The final written decision in the IPR2021-00987 proceeding is due by approximately May 24, 2023, after a November 14, 2022, order of the Board extending the one-year period to account for proceedings related to the '599 Patent (IPR2021-01458 & IPR2021-01294) brought by Twitter, Inc. and Facebook, Inc. The final written decision in the IPR 2021-00986 proceeding is due by approximately May 24, 2023, after a November 14, 2022, order of the Board extending the one-year period to account for proceedings related to the '439 Patent (IPR2021-01461 & IPR2021-01430) brought by Facebook, Inc. and Twitter, Inc.

After Snap filed its petitions, Facebook, Inc. ("Facebook") filed two petitions for *inter partes* review of the '599 Patent, (docketed as IPR2021-01294 and IPR2021-01536) and a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-01461).

The PTAB instituted IPR2021-01294 on January 25, 2022, and denied the petition and terminated proceedings in IPR2021-01536 on March 29, 2022. Oral argument in the IPR2021-01294 proceedings was held on October 28, 2022, and a final

1  written decision is due by approximately July 25, 2023, after a November 14, 2022,
2  order of the Board extending the one-year period to account for proceedings related to
3  the '599 Patent (IPR2021-01458 & IPR2021-00987) brought by Twitter, Inc. and
4  Defendant Snap Inc.

5  Oral argument in the IPR2021-01461 proceedings was held on December 12,
6  2022, and a final written decision is due approximately March 24, 2023.

7  Twitter, Inc. ("Twitter") filed a petition for *inter partes* review of the '439 Patent
8  (docketed as IPR2021-01430) on August 25, 2021, and two petitions as to the '599
9  Patent (docketed as IPR2021-01458 and IPR2021-01459) on August 31, 2021. The
10 PTAB instituted IPR2021-01430 on March 15, 2022. Oral argument in IPR2021-01430
11 was held on December 14, 2022, and a final written decision is due approximately
12 September 15, 2023, after a November 14, 2022, order of the Board extending the one-
13 year period to account for proceedings related to the '439 Patent (IPR2021-01461 &
14 IPR2021-00986) brought by Facebook, Inc. and Defendant Snap Inc.

15 The PTAB instituted and consolidated both Twitter '599 IPR petitions under
16 IPR2021-01458 on April 6, 2022. Oral argument in IPR2021-01458 was held on
17 January 11, 2023, and a final written decision is due approximately April 6, 2023.

18 As ordered by the Court, the Parties will continue to file a joint status report every
19 thirty days.

Respectfully Submitted,

Dated: February 27, 2023

| MCKOOL SMITH, P.C. | PAUL HASTINGS LLP |
|---|---|
| By: /s/ David Sochia | By: /s/ Bruce Yen |

| | |
|---|---|
| Alan P. Block (SBN 143783)<br>ablock@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234<br><br>David Sochia (TX SBN 00797470)<br>(Pro Hac Vice)<br>dsochia@McKoolSmith.com<br>Alexandra F. Easley (TX SBN 24099022)<br>(Pro Hac Vice)<br>aeasley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>James E. Quigley (TX SBN 24075810)<br>(Pro Hac Vice)<br>jquigley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>303 Colorado, Suite 2100<br>Austin,, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC. | Yar R. Chaikovsky (SB# 175421)<br>yarchaikovsky@paulhastings.com<br>Philip Ou (SB# 259896)<br>philipou@paulhastings.com<br>David Okano (SB#278485)<br>davidokano@paulhastings.com<br>Bruce Yen (SB# 277920)<br>bruceyen@paulhastings.com<br>PAUL HASTINGS LLP<br>1117 S. California Avenue<br>Palo Alto, California 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Steven A. Marenberg (SB# 101033)<br>PAUL HASTINGS LLP<br>1999 Avenue of the Stars,<br>Twenty-Seventh Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 620-5710<br>Facsimile: (310) 620-5810<br><br>ATTORNEYS FOR DEFENDANT SNAP INC. |

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 27, 2023

Respectfully submitted,

*/s/ David Sochia*
David Sochia

*Attorney for Plaintiff*