1 BRUCE YEN (SB# 277920)
Bruce.yen@whitecase.com
2 WHITE & CASE LLP
3000 El Camino Real. 2 Palo Alto Square,
3 Suite 900
Palo Alto, California  94306
4 Telephone:   (650) 212-0300
Facsimile:    (650) 213-8158
5

6 Attorney for Defendant
SNAP INC.
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 WESTERN DIVISION

11

| 12 | PALO ALTO RESEARCH CENTER INC., | CASE NO. 2:20-cv-10755-AB-MRW |
|---|---|---|
| 13 | | **NOTICE OF CHANGE OF FIRM AND ADDRESS** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | SNAP INC., | |
| 17 | Defendant. | |

|   |   |
|---|---|
| 1 | PLEASE TAKE NOTICE, that effective March 7, 2023, attorney Bruce Yen |
| 2 | has moved from Paul Hastings LLP to the law firm of White & Case LLP. |
| 3 | All counsel are requested to send copies of future pleadings, orders, notices, |
| 4 | and correspondence to Bruce Yen at the law firm of White & Case LLP.  Mr. Yen's |
| 5 | contact information is provided below: |

Bruce Yen<br>
White & Case LLP LLP<br>
3000 El Camino Real. 2 Palo Alto Square, Suite 900<br>
Palo Alto, California  94306-2109<br>
Telephone:  (650) 213-0300

Email:  bruce.yen@whitecase.com

DATED:  March 12, 2023                    WHITE & CASE LLP

By: */s/ Bruce Yen*
Bruce Yen (SB# 277920)
Bruce.yen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real. 2 Palo Alto Square, Suite 900
Palo Alto, California  94306
Telephone:  (650) 212-0300
Facsimile:   (650) 213-8158

*Attorney for Defendant*
SNAP INC.

Case No. 2:20-cv-10755-AB-MRW     - 1 -     NOTICE OF CHANGE OF FIRM AND ADDRESS