| | |
|---|---|
| 1 | YAR R. CHAIKOVSKY (SB# 175421) |
| 2 | yar.chaikovsky@whitecase.com<br>WHITE & CASE LLP |
| 3 | 3000 El Camino Real. 2 Palo Alto Square,<br>Suite 900 |
| 4 | Palo Alto, California  94306<br>Telephone:   (650) 212-0300 |
| 5 | Facsimile:   (650) 213-8158 |
| 6 | Attorney for Defendant |
| 7 | SNAP INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PALO ALTO RESEARCH CENTER INC., | | CASE NO. 2:20-cv-10755-AB-MRW |
| | Plaintiff, | **NOTICE OF CHANGE OF FIRM AND ADDRESS** |
| | vs. | |
| SNAP INC., | | |
| | Defendant. | |

PLEASE TAKE NOTICE, that effective March 20, 2023, attorney Yar R. Chaikovsky has moved from Paul Hastings LLP to the law firm of White & Case LLP.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Yar R. Chaikovsky at the law firm of White & Case LLP. Mr. Chaikovsky's contact information is provided below:

Yar R. Chaikovsky<br>
White & Case LLP LLP<br>
3000 El Camino Real. 2 Palo Alto Square, Suite 900<br>
Palo Alto, California  94306-2109<br>
Telephone:  (650) 213-0300<br>
Email:  yar.chaikovsky@whitecase.com

DATED:  March 20, 2023                        WHITE & CASE LLP

By: */s/ Yar R. Chaikovsky*
Yar R. Chaikovsky (SB# 175421)
yar.chaikovsky@whitecase.com
WHITE & CASE LLP
3000 El Camino Real. 2 Palo Alto Square, Suite 900
Palo Alto, California  94306
Telephone:  (650) 212-0300
Facsimile:   (650) 213-8158

*Attorney for Defendant*
SNAP INC.

Case No. 2:20-cv-10755-AB-MRW          - 1 -          NOTICE OF CHANGE OF FIRM AND ADDRESS