[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10755 AB-MRW |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |
| SNAP INC., | |
| Defendant. | |

Pursuant to the Court's July 1, 2021 In Chambers Order Granting Defendant's Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this Joint Status Report:

On May 21, 2021, Defendant Snap Inc. ("Defendant") filed petitions for *inter partes* review of U.S. Patent Nos. 8,489,599 (the "'599 Patent") and 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petitions as IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent).

Plaintiff Palo Alto Research Center Inc. ("Plaintiff") filed its patent owner preliminary response to each petition on September 7, 2021.

The Patent Trial and Appeal Board instituted both IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23, 2021. Oral argument in both the IPR2021-00987 and IPR 2021-00986 proceedings was held on August 24, 2022.  The Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims of the '439 Patent unpatentable on March 22, 2023. A notice of appeal is due by May 24, 2023.  The Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims of the '599 Patent unpatentable on March 24, 2023. A notice of appeal is due by May 26, 2023.

After Snap filed its petitions, Facebook, Inc. ("Facebook") filed two petitions for *inter partes* review of the '599 Patent, (docketed as IPR2021-01294 and IPR2021-01536) and a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-01461).

The PTAB instituted IPR2021-01294 on January 25, 2022, and denied the petition and terminated proceedings in IPR2021-01536 on March 29, 2022. Oral argument in the IPR2021-01294 proceedings was held on October 28, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims of the '599 Patent unpatentable on March 24, 2023. A notice of appeal is due by May 26, 2023.

Oral argument in the IPR2021-01461 proceedings was held on December 12, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims of the '439 Patent unpatentable on March 22, 2023. A notice of appeal is due by May 24, 2023.

Twitter, Inc. ("Twitter") filed a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-01430) on August 25, 2021, and two petitions as to the '599 Patent (docketed as IPR2021-01458 and IPR2021-01459) on August 31, 2021. The PTAB instituted IPR2021-01430 on March 15, 2022. Oral argument in IPR2021-01430 was held on December 14, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims of the '439 Patent unpatentable on March 22, 2023. A notice of appeal is due by May 24, 2023.

The PTAB instituted and consolidated both Twitter '599 IPR petitions under IPR2021-01458 on April 6, 2022. Oral argument in IPR2021-01458 was held on January 11, 2023, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims of the '599 Patent unpatentable on March 24, 2023. A notice of appeal is due by May 26, 2023.

As ordered by the Court, the Parties will continue to file a joint status report every thirty days.

Respectfully Submitted,

Dated: April 28, 2023

| MCKOOL SMITH, P.C. | WHITE & CASE LLP |
|---|---|
| By: /s/ David Sochia | By: /s/ Bruce Yen |

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

Yar R. Chaikovsky (SB# 175421)
yar.chaikovsky@whitecase.com
Philip Ou (SB# 259896)
Philip.ou@whitecase.com
David Okano (SB#278485)
David.okano@whitecase.com
Bruce Yen (SB# 277920)
Bruce.yen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, California 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

PAUL HASTINGS LLP

Steven A. Marenberg (SB# 101033)
PAUL HASTINGS LLP
1999 Avenue of the Stars,
Twenty-Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 620-5710
Facsimile: (310) 620-5810

ATTORNEYS FOR DEFENDANT SNAP INC.

# ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: April 28, 2023                         Respectfully submitted,

                                              /s/ David Sochia
                                              David Sochia

                                              *Attorney for Plaintiff*