| | |
|---|---|
| WHITE & CASE LLP<br>Yar R. Chaikovsky (SB# 175421)<br>yar.chaikovsky@whitecase.com<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, California 94306<br>Telephone: (650) 213-0300<br><br>Attorneys for Defendant<br>SNAP INC. | MCKOOL SMITH, P.C.<br>Alan P. Block (143783)<br>ablock@mckoolsmith.com<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br><br>Attorneys for Plaintiff<br>PALO ALTO RESEARCH CENTER INC.<br><br>Attorneys for Proposed Substitute Plaintiff<br>XEROX CORPORATION |

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>　　　　　Plaintiff.<br><br>　v.<br><br>SNAP INC.,<br><br>　　　　　Defendant. | Case No. 2:20-cv-10755 AB(MRWx)<br><br>**JOINT STIPULATION TO SUBSTITUTE PARTIES AND AMEND CASE CAPTION** |

Pursuant to Local Rule 7-1, Plaintiff Palo Alto Research Center Inc., and Defendant Snap, Inc. ("Snap") respectfully submit the following joint stipulation, subject to the Court's approval, to substitute parties and amend the case caption. A proposed order is submitted herewith.

Palo Alto Research Center Inc. represents that:

1. Palo Alto Research Center Inc. has changed its corporate form to a limited liability company—Palo Alto Research Center LLC ("PARC").
2. PARC transferred certain patent assets, including each of the patents involved in this litigation ("Asserted Patents"), to its now-former parent company, Xerox Corporation ("Xerox").
3. Xerox now owns the patents involved in this litigation.
4. PARC implemented a litigation hold in 2020.
5. A litigation hold of commensurate scope remains in effect at PARC and will continue until such time as the final conclusion of this litigation and all related appeals.
6. PARC, to the extent Xerox does not possess requested documents or otherwise refuses to produce requested documents, agrees to limit its objections to any document subpoenas that are served in connection with this case to those objections a party could make, and will not use its changed status as a non-party to object to, limit, or otherwise resist discovery, although it may make other appropriate objections.
7. PARC agrees that it may be served in connection with matters related to this suit through its outside counsel, which is presently McKool Smith P.C. PARC further agrees that it will promptly notify Snap Inc.'s outside counsel for this matter of any changes to its outside counsel for this matter and immediately provide an alternative agent of service who, by virtue of this stipulation, will be authorized to accept discovery requests for PARC.

Xerox represents that:

1. Xerox now owns the patents involved in this litigation.
2. Xerox will continue to be represented in this case by McKool Smith P.C.
3. Following PARC's transfer of said patent assets to Xerox, Xerox donated PARC to another entity, which places PARC beyond Xerox's possession, custody, or control.

In view of the foregoing, the parties have conferred, agree, and respectfully submit, subject to the Court's approval, that:

1. Xerox Corporation be substituted for Palo Alto Research Center Inc. in this case.
2. PARC, to the extent Xerox does not possess requested documents or otherwise refuses to produce requested documents, agrees to limit its objections to any document subpoenas that are served in connection with this case to those objections a party could make, and will not use its changed status as a non-party to object to, limit, or otherwise resist discovery, although it may make other appropriate objections;
3. PARC shall accept service of said subpoenas through its outside counsel for this matter, which is presently McKool Smith P.C. PARC shall promptly notify Snap Inc. through its outside counsel if it changes its outside counsel for this matter and immediately provide an alternative agent of service who, by virtue of this stipulation, will be authorized to accept discovery requests for PARC; and
4. The caption of this case be amended to reflect changes (1) and (2) as follows:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| XEROX CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:20-cv-10755 AB (MRWx) |

Respectfully Submitted,

Dated: May 22, 2023

MCKOOL SMITH, P.C.

By: /s/ *David Sochia*

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

ATTORNEYS FOR PROPOSED SUBSTITUTE PLAINTIFF XEROX CORPORATION

Dated:  May 22, 2023

WHITE & CASE LLP

By: /s/   *Bruce Yen*

Yar R. Chaikovsky (SB# 175421)
yar.chaikovsky@whitecase.com
Philip Ou (SB# 259896)
Philip.ou@whitecase.com
David Okano (SB#278485)
David.okano@whitecase.com
Bruce Yen (SB# 277920)
Bruce.yen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, California 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

PAUL HASTINGS LLP

Steven A. Marenberg (SB# 101033)
PAUL HASTINGS LLP
1999 Avenue of the Stars,
Twenty-Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 620-5710
Facsimile: (310) 620-5810

ATTORNEYS FOR DEFENDANT SNAP INC.

**ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 22, 2023                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ David Sochia*
　　　　　　　　　　　　　　　　　　　　　　　David Sochia

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*