[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| XEROX CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>SNAP INC.,<br><br>          Defendant. | Case No. 2:20-cv-10755 AB-MRW<br><br>**JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

1    Pursuant to the Court's July 1, 2021 In Chambers Order Granting Defendant's
2  Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit
3  this Joint Status Report:

4    On May 21, 2021, Defendant Snap Inc. ("Defendant") filed petitions for *inter
5  partes* review of U.S. Patent Nos. 8,489,599 (the "'599 Patent") and 9,208,439 (the
6  "'439 Patent"). The Patent Trial and Appeal Board docketed the petitions as IPR2021-
7  00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent).
8  Patent Owner filed its patent owner preliminary response to each petition on September
9  7, 2021. The Patent Trial and Appeal Board instituted both IPR2021-00987 (regarding
10 the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23,
11 2021.  Oral argument in both the IPR2021-00987 and IPR 2021-00986 proceedings was
12 held on August 24, 2022.  The Patent Trial and Appeal Board issued a Final Written
13 Decision determining all challenged claims of the '439 Patent unpatentable on March
14 22, 2023. Patent Owner filed a notice of appeal on May 23, 2023.  The Patent Trial and
15 Appeal Board issued a Final Written Decision determining all challenged claims of the
16 '599 Patent unpatentable on March 24, 2023. Patent Owner filed a notice of appeal on
17 May 24, 2023.

18   After Snap filed its petitions, Facebook, Inc. ("Facebook") filed two petitions for
19 *inter partes* review of the '599 Patent, (docketed as IPR2021-01294 and IPR2021-
20 01536) and a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-
21 01461).

22   The PTAB instituted IPR2021-01294 on January 25, 2022, and denied the
23 petition and terminated proceedings in IPR2021-01536 on March 29, 2022. Oral
24 argument in the IPR2021-01294 proceedings was held on October 28, 2022, and the
25 Patent Trial and Appeal Board issued a Final Written Decision determining all
26 challenged claims of the '599 Patent unpatentable on March 24, 2023. Patent Owner
27 filed a notice of appeal on May 24, 2023.

28

The PTAB instituted IPR2021-01461 on March 24, 2022. Oral argument in the IPR2021-01461 proceedings was held on December 12, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims of the '439 Patent unpatentable on March 22, 2023. Patent Owner filed a notice of appeal on May 23, 2023.

Twitter, Inc. ("Twitter") filed a petition for *inter partes* review of the '439 Patent (docketed as IPR2021-01430) on August 25, 2021, and two petitions as to the '599 Patent (docketed as IPR2021-01458 and IPR2021-01459) on August 31, 2021.

The PTAB instituted IPR2021-01430 on March 15, 2022. Oral argument in IPR2021-01430 was held on December 14, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims of the '439 Patent unpatentable on March 22, 2023. Patent Owner filed a notice of appeal on May 23, 2023.

The PTAB instituted and consolidated both Twitter '599 IPR petitions under IPR2021-01458 on April 6, 2022. Oral argument in IPR2021-01458 was held on January 11, 2023, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims of the '599 Patent unpatentable on March 24, 2023. Patent Owner filed a notice of appeal on May 24, 2023.

Moreover, pursuant to the Court's April 25, 2023 Order Re: Stay (Dkt. 101) in *Xerox Corporation v. X Corp.*, No. 2:20-cv-10754 (C.D. Cal.), the Parties have conferred, and jointly request that the Court continue the stay in this case, which is outlined in the Court's July 1, 2021 Order Re: Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50). The Parties additionally request that the Court issue an order amending its July 1, 2021 Order Re: Motion to Stay Case Pending *Inter Partes* Review (Dkt. 50), such that the Parties submit a joint status report every 180 days, or within 10 days of a Federal Circuit opinion as to any appeal, whichever is sooner.

\*\*\*

In absence of such an Order from the Court, the Parties will continue to file a joint status report every thirty days.

Respectfully Submitted,

Dated: May 30, 2023

| MCKOOL SMITH, P.C. | WHITE & CASE LLP |
|---|---|
| By: _/s/ David Sochia_ | By: _/s/ Bruce Yen_ |

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF
XEROX CORPORATION

Yar R. Chaikovsky (SB# 175421)
yar.chaikovsky@whitecase.com
Philip Ou (SB# 259896)
Philip.ou@whitecase.com
David Okano (SB#278485)
David.okano@whitecase.com
Bruce Yen (SB# 277920)
Bruce.yen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, California 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

WHITE & CASE LLP

Steven A. Marenberg (SB# 101033)
PAUL HASTINGS LLP
1999 Avenue of the Stars,
Twenty-Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 620-5710
Facsimile: (310) 620-5810

PAUL HASTINGS LLP

ATTORNEYS FOR DEFENDANT
SNAP INC.

## **ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 30, 2023                                     Respectfully submitted,

                                                                            */s/ David Sochia*
                                                                            David Sochia

                                                                            *Attorney for Plaintiff*