| | |
|---|---|
| 1 | Alan P. Block (SBN 143783) |
|   | ablock@mckoolsmith.com |
| 2 | McKool Smith, P.C. |
|   | 300 South Grand Avenue, Suite 2900 |
| 3 | Los Angeles, California 90071 |
|   | Telephone:  (213) 694-1200 |
| 4 | Facsimile:   (213) 694-1234 |
| 5 | David Sochia (TX SBN 00797470) |
|   | (Pro Hac Vice) |
| 6 | dsochia@McKoolSmith.com |
|   | Alexandra F. Easley (TX SBN 24099022) |
| 7 | (Pro Hac Vice) |
|   | aeasley@McKoolSmith.com |
| 8 | McKool Smith, P.C. |
|   | 300 Crescent Court, Suite 500 |
| 9 | Dallas, Texas 75201 |
|   | Telephone: (214) 978-4000 |
| 10 | Facsimile: (214) 978-4044 |
| 11 | James E. Quigley (TX SBN 24075810) |
|   | (Pro Hac Vice) |
| 12 | jquigley@McKoolSmith.com |
|   | McKool Smith, P.C. |
| 13 | 303 Colorado Street, Suite 2100 |
|   | Austin, Texas 78701 |
| 14 | Telephone: (512) 692-8700 |
|   | Facsimile: (512) 692-8744 |
| 15 | |
| 16 | Attorneys for Plaintiff |
|   | XEROX CORPORATION |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| XEROX CORPORATION, | Case No. 2:20-cv-10755 AB(MRWx) |
|   Plaintiff. | **CORPORATE DISCLOSURE STATEMENT FOR XEROX CORPORATION** |
|   v. | |
| SNAP, INC., | |
|   Defendant. | |

CORPORATE DISCLOSURE STATEMENT FOR XEROX CORPORATION
CASE NO. 2:20-CV-10755 AB(MRWx)

Pursuant to and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Xerox Corporation states:

- Xerox Corporation certifies that it is a wholly-owned subsidiary of Xerox Holdings Corporation.

- No publicly held company owns more than 10% of Xerox Holdings Corporation's outstanding common stock.

McKool Smith, P.C.

1

CORPORATE DISCLOSURE STATEMENT FOR XEROX CORPORATION
CASE NO. 2:20-CV-10755 AB(MRWx)

DATED: May 31, 2023

Respectfully submitted,

MCKOOL SMITH, P.C.

BY  /s/ *David Sochia*
     David Sochia

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF
XEROX CORPORATION