Case: 2:20cv10755  Doc: 79



Philip Ou
Paul Hastings LLP
1117 South California Avenue
Palo Alto, CA 94304-1106

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS


