[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| XEROX CORPORATION,<br><br>    Plaintiff,<br><br> v.<br><br>SNAP INC.,<br><br>    Defendant. | Case No. 2:20-cv-10755 AB-MRWx<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

McKool Smith, P.C.

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and
2  Defendant, through their attorneys of record, jointly stipulate to dismiss all claims,
3  counterclaims, and defenses asserted in this case with prejudice. Each party shall bear
4  its own costs and attorneys' fees.
5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| Dated: September 10, 2025 | Respectfully Submitted, |
| By: /s/ *David Sochia* | By: */s/ Yar R. Chaikovsky* |
| Alan P. Block (SBN 143783)<br>ablock@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234<br><br>David Sochia (TX SBN 00797470)<br>(*Pro Hac Vice*)<br>dsochia@McKoolSmith.com<br>Alexandra F. Easley (TX SBN 24099022)<br>(*Pro Hac Vice*)<br>aeasley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>James E. Quigley (TX SBN 24075810)<br>(*Pro Hac Vice*)<br>jquigley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>303 Colorado, Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>ATTORNEYS FOR PLAINTIFF XEROX CORPORATION | Yar R. Chaikovsky (SB# 175421)<br>yar.chaikovsky@whitecase.com<br>Philip Ou (SB# 259896)<br>Philip.ou@whitecase.com<br>David Okano (SB#278485)<br>David.okano@whitecase.com<br>Bruce Yen (SB# 277920)<br>Bruce.yen@whitecase.com<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, California 94306<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br><br>Matthew P. Lewis (SB# 155516)<br>Matthew.lewis@whitecase.com<br>WHITE & CASE LLP<br>555 S. Flower Street, Suite 2700,<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329<br><br>ATTORNEYS FOR DEFENDANT SNAP INC. |

**ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 10, 2025     Respectfully submitted,

/s/ David Sochia
David Sochia

*Attorney for Plaintiff*